Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search Back Location : Justice Court Help

# REGISTER OF ACTIONS
## CASE NO. 23A000316

**Allanna Warren, Plaintiff(s) vs. Lincoln Financial Group, Defendant(s)** § § § § §

Case Type: **Small Claims - General Individual Plaintiff**
Date Filed: **02/19/2023**
Location: **JC Department 1**

### RELATED CASE INFORMATION

**Related Cases**
23A000317 (Related Case)

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | **Lincoln Financial Group** | |
| **Plaintiff** | **Warren, Allanna** | **Pro Se** |

### EVENTS & ORDERS OF THE COURT

| | OTHER EVENTS AND HEARINGS |
|---|---|
| 02/19/2023 | **Start Time Tracking: JCRCP 41(e) - 2 years** |
| 02/19/2023 | **Start Time Tracking: JCRCP 41(e) - 5 years** |
| 02/19/2023 | **Start Time Tracking: JCRCP 93** |
| 02/19/2023 | **Small Claims Affidavit of Complaint - $7,500.01 to $10,000**<br>*Small Claims Complaint - $10,000.00* |
| 02/19/2023 | **Application to Proceed in Forma Pauperis - Fee Waiver Req**<br>*Fee Waiver* |
| 02/21/2023 | **Summons and Complaint**<br>Lincoln Financial Group Unserved |
| 02/21/2023 | **Order to Proceed In Forma Pauperis Granted** |
| 02/21/2023 | **Request for Continuance**<br>*Request for Continuance* |
| 02/28/2023 | **Order**<br>*Order Regarding Small Claims Motion/Request for Continuance* |
| 03/02/2023 | **General Request for Telephonic Hearing**<br>*Motion to attend hearing via Bluejean or remotely* |
| 03/07/2023 | **Order**<br>*Order Regarding Motion for Appearance by Alternative Means* |
| 03/23/2023 | **Proof of Service**<br>*Proof of service* |
| 03/23/2023 | **Motion**<br>*motion* |
| 03/23/2023 | **Motion: Service of Small Claims Complaint by Certified Mail**<br>*Motion to serve by Email or certified mail* |
| 03/28/2023 | **Order**<br>*Order Denying Motion for Service of Small Claims Complaint by Certified Mail* |
| 03/28/2023 | **Order**<br>*Order Regarding Motion "Requesting that Judges/Clerks Treat Me Fairly"* |
| 04/17/2023 | **Motion**<br>*motion* |
| 04/19/2023 | **Order**<br>*Order Denying Motion to Make NRCP are followed* |
| 05/23/2023 | *CANCELED* **Small Claims Individual** (10:00 AM) (Judicial Officer Graham, Elana Lee)<br>*Vacated* |
| 05/30/2023 | **Small Claims Individual** (10:00 AM) (Judicial Officer Graham, Elana Lee) |

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Defendant** Lincoln Financial Group | | | |
| | Total Financial Assessment | | | 6.00 |
| | Total Payments and Credits | | | 6.00 |
| | **Balance Due as of 04/19/2023** | | | **0.00** |
| 04/03/2023 | Transaction Assessment | | | 6.00 |
| 04/03/2023 | Payment (Mail) | Receipt # CIV-2023-37536 | Georlen K. Spangler | (6.00) |

EXHIBIT
1

Las Vegas Justice Court
Electronically Filed
2/19/2023 12:28 AM
Cynthia Cruz
CLERK OF THE COURT

**JUSTICE COURT, TOWNSHIP OF LAS VEGAS**
**Clark County, Nevada**

*Name and Address of Plaintiff(s):*
Allanna Warren
7500 W. Lake Mead Blvd., Suite 9-104
Las Vegas, NV 89128

| | |
|---|---|
| *Plaintiff(s)' Email Address* | |
| *Plaintiff(s)' Telephone Number* | 3234199602 |

VERSUS

*Name and Address of Defendant(s):*
Lincoln Financial Group LLC
3355 Spring Mountain Rd Ste 255
Las Vegas, NV 89102

| | |
|---|---|
| *Defendant(s)' Telephone Number and Email Address* | (702) 448-8960 |

**Case No.** 23A000316

**Department No.** ______________
Department #: LVJC 1

**SMALL CLAIMS COMPLAINT**

STATE OF NEVADA )
COUNTY OF CLARK )

I, *(insert your name)* Allanna Warren, being first duly sworn, deposes and says:

That the defendant is indebted to the plaintiff in the sum of $ 10,000.00; that the reason for this indebtedness is:

Racial profiling, intentional infliction of emotional distress, racial discrimination, conspiracy, and misuse of medical information. LVMPD and Sparks PD have spent the last five years going around/stalking me to places that I shop, work, spend time, with my family/friends, medical facilities, entities who have financial decision making power like Lincoln Financial Group (LFG) or Worker's comp. Because I am currently suing law enforcement for intentional misconduct they are retaliating against me. LFG is a willing participant in the retaliation. Law enforcement has used the Cartel, gang members, neighbors/landlords retired law enforcement (Louise Price, Howard Matts) to stalk, harass, follow, illegally tap my phone, emails, text, voicemails etc.

that this affiant has demanded payment of the sum; that the defendant refuses to pay the same. The Justice Court or the Las Vegas Township, in the County of Clark, State of Nevada is the proper venue for this action pursuant to NRS 73.010. I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

*Signature of Affiant* [signature]
*Print Name* Allanna Warren

*Dated* 2/19/23
*Attorney for* ______________

**ORDER TO APPEAR**

**NOTICE: YOU HAVE BEEN SUED. THE COURT MAY ENTER A JUDGMENT AGAINST YOU WITHOUT YOUR PRESENCE UNLESS YOU APPEAR AT THE TRIAL ON THE FOLLOWING DATE:**

**TRIAL DATE:** 05/23/23 **TRIAL TIME:** 10:00 AM **LOCATION:** 6C

**Any Evidence, including receipts, pictures or documents that are necessary to prove your case MUST be brought to trial. Please bring copies for Court to keep and for the opposing party.** Any witnesses should appear with you at the time of trial. Those wishing to appear by alternative means should submit a request no later than two (2) judicial days prior to your Trial.



@ *Civil Law Self-Help Center*, Rev. 04/20/2022

Las Vegas Justice Court
Electronically Filed
2/19/2023 12:28 AM
Cynthia Cruz
CLERK OF THE COURT

**AAFW**
Name: Allanna Warren
Address: 7500 W. Lake Mead Blvd
City, State, Zip: Las Vegas, NV 89128
Phone: 3234199602
Email: d1a2n3n4@proton.me

**JUSTICE COURT, LAS VEGAS TOWNSHIP**
**CLARK COUNTY, NEVADA**

Allanna Warren
Plaintiff,

vs.

Lincoln Financial Group LLC
Defendant.

CASE NO.: 23A000316

DEPT:

Department #: LVJC 1

## Application to Proceed in Forma Pauperis

I am unable to pay the costs of prosecuting or defending this action. I request permission to proceed without paying costs or fees pursuant to NRS 12.015 based on the following:

1. **Public Assistance.** I receive federal and/or state public assistance benefits: (*check all that you receive*)
   - ☒ Medicaid
   - ☐ SNAP (food stamp assistance)
   - ☐ TANF (temporary assistance for needy families)
   - ☐ Child care subsidy/ Child Care & Development Fund assistance
   - ☐ SSI (supplemental security income)
   - ☐ Other federal and/or state public assistance: ______.
   - ☐ I do not receive any kind of public assistance.

2. **Household Members**: In my household there are 2 adults (over 18) and ______ children (under 18) for a total of 2 people.

3. **Income** includes employment (include tips/overtime), unemployment, retirement, pension, social security, child support. Please list all income for household member: (*all numbers should be after taxes are taken out*):

For each adult in the home, list net monthly income (*after taxes*):

| | |
|---|---|
| My total income | $1800.00 |
| Household Adult #1 total income | $ |
| Household Adult #2 total income | $ |
| Household Adult #3 total income | $ |
| Household Adult #4 total income | $ |
| Household Adult #5 total income | $ |
| **HOUSEHOLD TOTAL** | $1800.00 |

4. **My basic monthly expense include:** *Fill out the chart below.*

| | |
|---|---|
| Rent / Mortgage | $1600.00 |
| Utilities (electric, gas, water, phone, other utilities) | $100.00 |
| Food | $ |
| Child care | $ |
| Medical expenses (health insurance, co-pays, out of pocket expenses) | $ |
| Transportation (bus fare, car, gas, insurance) | $100.00 |
| Other: | $1800.00 |
| **TOTAL** | $1800.00 |

5. **Other Compelling Reason.** Explain why you cannot pay the filing fee.

I am destitute

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED (*month*) February (*day*) 19, 2023.

Submitted By: (*Signature*) ▸ [signature]

Printed Name: Allanna Warren

**FOR COURT USE ONLY**

Upon consideration of the movant's Application to Proceed in Forma Pauperis, and good cause appearing therefore,

☒ The Application to Proceed in Forma Pauperis is **GRANTED**. The applicant shall be permitted to proceed with fees and costs waived in this action as permitted by NRS 12.015.

☐ The Application to Proceed in Forma Pauperis is **DENIED** for the following reasons:
- ☐ The applicant is not indigent within the meaning of NRS 12.015
- ☐ The application was incomplete or not legible.

2/21/2023 — Date

2/21/2023 — Justice of the Peace/Clerk of Court

Las Vegas Justice Court
Electronically Filed
3/23/2023 12:02 PM
Cynthia Cruz
CLERK OF THE COURT

JUSTICE COURT, Las Vegas
CLARK COUNTY, NEVADA

Allanna Warren, Plaintiff,

-vs-

Lincoln Financial Group, Defendant.

CASE NO. 23A000316
DEPT. NO. LVJC 1

MOTION TO Requesting that Judges/clerks treat me fairly
(complete title to describe relief requested)

COMES NOW, the ☑ Plaintiff ☐ Defendant in the above-entitled matter and files this Motion for the following reasons: After the uneithical, shameful, cruel, embarrassing, horrific, abusive and violent way Judge De La Garza and her clerks treated me during my hearing today, 3/15/2023, because her clerks aren't competent enough to handle evidence given in the Justice Court procedural way of emailing the dedicated email address of smallclai4msexhibits@clarkcountynv.gov, I am requesting that the court clerks have all my exhibits with the subject "Evidence for Case 23A000316 Allanna Warren VS. Lincoln F Group" removed from the spam/junk folders, have them prepared before my hearing, notify me of the new hearing and have them for the, hopefully unbiased, judge so I can get justice from this racist state.

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/22/23 | Allanna Warren | Allanna Warren |
| (date) | (type or print name) | (signature) |

Will Be Sent for Judicial Review

**NOTICE OF MOTION**

TO: (Name of Opposing Party) ______________________________; and

TO: (Name of attorney for Opposing Party, if any) ______________________________

PLEASE TAKE NOTICE that a hearing on (check one) ☐ Plaintiff's ☐ Defendant's MOTION TO (insert the title of your motion) ______________________________ will be held at the Justice Court located at: in Department ________, on the ________ day of ____________________, 20_____, at the hour of __________ ______M.

**YOU ARE REQUIRED TO FILE WITH THE COURT AND SERVE ON THE MOVING PARTY A WRITTEN "OPPOSITION" TO THIS MOTION WITHIN 10 (TEN) JUDICIAL DAYS. YOUR FAILURE TO FILE AND SERVE A WRITTEN OPPOSITION MAY BE UNDERSTOOD AS AN ADMISSION THAT**



© Civil Law Self-Help Center
Clark County, Nevada

Will Be Sent for Judicial Review

**THE MOTION IS VALID, AND MAY RESULT IN THE COURT GRANTING THE RELIEF REQUESTED IN THE MOTION AGAINST YOU.**

| 3/22/23 | Allanna Warren | Allanna Warren |
|---|---|---|
| (date) | (type or print name) | (signature) |

---

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that service of the foregoing MOTION TO Requesting that Judges/clerks trea was made on (insert date) March 22, 2023, pursuant to JCRCP 5(b) by depositing a copy of the same in the United States Mail in Las Vegas, NV, postage prepaid, addressed as follows:

(Other party's name) Lincoln Financial Group

(Other party's address) LFGCommunications_D53@lfg.com
ellen.cooper@lfg.com

I declare under penalty of perjury that the foregoing is true and correct.

| 3/22/23 | Allanna Warren | Allanna Warren |
|---|---|---|
| (date) | (type or print name) | (signature) |



© Civil Law Self-Help Center
Clark County, Nevada

Las Vegas Justice Court
Electronically Filed
3/28/2023 4:05 PM
Cynthia Cruz
CLERK OF THE COURT

**JUSTICE COURT, LAS VEGAS TOWNSHIP**

**CLARK COUNTY, NEVADA**

**Allanna Warren, Plaintiff(s)**
**vs.**
**Lincoln Financial Group, Defendant(s)**

**CASE NO.: 23A000316**

**JC DEPARTMENT 1**

**ORDER REGARDING MOTION "REQUESTING THAT JUDGES/CLERKS TREAT ME FAIRLY"**

This matter came before the Court on Plaintiff's Small Claims Motion "Requesting that Judges/Clerks treat me fairly" filed herein. The Court having reviewed all the pleadings on the motion, and good cause appearing, hereby finds the following;

☒ The Motion will be heard on the 30th day of May, 2023 at 10:00 am in Courtroom 6C, Regional Justice Center, 200 Lewis Avenue, Las Vegas NV 89155.

☒ The Trial Set for May 30, 2023 **STANDS.**

DATED 03/27/2023

ELANA LEE GRAHAM
Justice of the Peace

You must arrive 30 minutes prior to your trial time to check in with the clerk. Please bring with you all witnesses, and original and 2 copies of any evidence, receipts or books, necessary to prove your case. A mediator will be available in the courtroom prior to your trial should you wish to mediate this matter. You are further notified that in the event you do not appear, Default Judgment may be entered against you in the amount claimed due by the Plaintiff, which may result in the garnishment of wages and seizure of property.

Las Vegas Justice Court
Electronically Filed
3/28/2023 4:05 PM
Cynthia Cruz
CLERK OF THE COURT

**JUSTICE COURT, LAS VEGAS TOWNSHIP**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| **Allanna Warren, Plaintiff(s)**<br>**vs.**<br>**Lincoln Financial Group, Defendant(s)** | **CASE NO.: 23A000316**<br><br>**JC DEPARTMENT 1**<br><br>**ORDER DENYING MOTION FOR SERVICE OF SMALL CLAIMS COMPLAINT BY CERTIFIED MAIL** |

This matter came before the Court on Plaintiff's Motion for Service of Small Claims Complaint by Certified Mail filed herein.

The Court having reviewed all the pleadings on the motion and good cause appearing, hereby finds there is insufficient basis to establish the Defendant resides out of State, has departed from the State, or cannot, after due diligence, be found within the State or that Defendant is avoiding service pursuant to JCRCP4(e).

While the submitted affidavit shows that efforts to serve the Defendant at his last place of his work address were unsuccessful, no information has been provided to the Court to establish there is an address to which to send certified mail. Further investigative efforts to identify an address are necessary.

IT IS HEREBY ORDERED that Plaintiff's Motion for Service of Small Claims Complaint by Certified Mail is **DENIED.**

DATED 03/28/2023

E.L. Graham

ELANA LEE GRAHAM
Justice of the Peace

Las Vegas Justice Court
Electronically Filed
3/7/2023 10:02 PM
Cynthia Cruz
CLERK OF THE COURT

**JUSTICE COURT, LAS VEGAS TOWNSHIP**

**CLARK COUNTY, NEVADA**

**Allanna Warren, Plaintiff(s)**
**vs.**
**Lincoln Financial Group, Defendant(s)**

**CASE NO.: 23A000316**

**JC Department 1**

**ORDER REGARDING MOTION FOR APPEARANCE BY ALTERNATIVE MEANS**

This matter came before the Court on Plaintiff's Motion for Appearance by Alternative Means for the Trial scheduled for the 30th day of May 2023, at 10:00 a.m. The Court having reviewed all the pleadings on the motion, and good cause appearing, hereby finds the following;

Pursuant to the Supreme Court Rules, PART IX-B, (A), Rules Governing Appearance by Telephonic Transmission Equipment for Civil and Family Court Proceedings,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appearance by Alternative Means is

☒ **GRANTED**. You may access the BlueJeans hearing through any of the following methods:

1. Use the following link: https://bluejeans.com/7026713478 in an Internet browser.
2. Download the BlueJeans App on your iPhone or Android Phone, select Join a Meeting and enter the Meeting ID 7026713478
3. Call (408) 419-1715 and enter meeting ID 7026713478#

**DATED** 3/7/2023

Electronically signed by

Justice of the Peace
Department 1, Las Vegas Justice Court

ELANA LEE GRAHAM
Justice of the Peace

Las Vegas Justice Court
Electronically Filed
2/28/2023 2:08 PM
Cynthia Cruz
CLERK OF THE COURT

**JUSTICE COURT, LAS VEGAS TOWNSHIP**

**CLARK COUNTY, NEVADA**

**Allanna Warren, Plaintiff(s)**
**vs.**
**Lincoln Financial Group, Defendant(s)**

**CASE NO.: 23A000316**

**JC Department 1**

**ORDER REGARDING SMALL CLAIMS MOTION/REQUEST FOR CONTINUANCE**

This matter came before the Court on Plaintiff's Small Claims Motion/Request for Continuance filed herein. The Court having reviewed all the pleadings on the motion, and good cause appearing, hereby finds the following;

☒ The Small Claims Motion/Request for Continuance is **GRANTED**. The Trial is set for the 30th day of May, 2023 at 10:00 a.m. in Courtroom 6C, Regional Justice Center, 200 Lewis Avenue, Las Vegas NV 89155.

☒ Plaintiff is responsible for notifying opposing party of the new date. Notice must be provided at least 10 judicial days prior to the trial date set above.

**DATED** 2/28/2023

Electronically signed by
[signature]
Justice of the Peace
Department 1, Las Vegas Justice Court

ELANA LEE GRAHAM
Justice of the Peace

You must arrive 30 minutes prior to your trial time to check in with the clerk. Please bring with you all witnesses, and original and 2 copies of any evidence, receipts or books, necessary to prove your case. A mediator will be available in the courtroom prior to your trial should you wish to mediate this matter. You are further notified that in the event you do not appear, Default Judgment may be entered against you in the amount claimed due by the Plaintiff, which may result in the garnishment of wages and seizure of property.

Las Vegas Justice Court
Electronically Filed
3/23/2023 12:25 PM
Cynthia Cruz
CLERK OF THE COURT

# OFFICE OF THE SHERIFF
# CLARK COUNTY DETENTION
# CIVIL PROCESS SECTION

| | | |
|---|---|---|
| ALLANNA WARREN | ) | |
| | ) | |
| **PLAINTIFF** | ) | CASE No. 23A000316 |
| vs | ) | SHERIFF CIVIL NO: 23001177 |
| LINCOLN FINANCIAL GROUP | ) | |
| | ) | |
| **DEFENDANT** | ) | **NOT FOUND AFFIDAVIT** |

**STATE OF NEVADA** }
} **ss:**
**COUNTY OF CLARK** }

SGT ANTHONY LONGO, being duly sworn, deposes and says:

That he/she is a regularly appointed, qualified Sgt Deputy Constable of the said County of Clark, in the State of Nevada and over the age of twenty-one years, not a party to the action or related to either party, nor an attorney for a party, nor in any way interested in the within named action, and authorized to serve civil process by the laws of the State of Nevada, and competent to be a witness therein; that he/she and now is a citizen of the United States of America and of the State of Nevada and that he/she received the within stated civil process: SMALL CLAIMS COMPLAINT, ORDER TO APPEAR (5/23/23), ORDER REGARDING SMALL CLAIMS MOTION/REQUEST FOR CONTINUANCE on 3/6/2023 at the hour of 3:14 PM.

That after due search and diligent inquiry throughout Clark County, State of Nevada, I was unable to effect service upon the said ***LINCOLN FINANCIAL GROUP*** Defendant within Clark County, Nevada.

**ATTEMPTS TO LOCATE:**

**Date: 3/7/2023 @ 10:05 AM - 3355 SPRING MOUNTAIN ROAD SUITE 255 LAS VEGAS, NV 89102**

**Attempted By: Sgt ANTHONY LONGO**

**Service Type: UNABLE TO SERVE**

**Notes: BUSINESS IS VACANT**

*I. DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE ON NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.*

**Dated: March 8, 2023**

Kevin McMahill, Sheriff

By: Anthony Longo 9583
SGT ANTHONY LONGO P#9583
Sgt Deputy Constable

**301 E. Clark Ave. #100 Las Vegas, NV 89101 (702) 455-5400**

Las Vegas Justice Court
Electronically Filed
3/2/2023 3:28 AM
Cynthia Cruz
CLERK OF THE COURT

| JUSTICE COURT, LAS VEGAS TOWNSHIP<br>Clark County, Nevada | Case No: 23A000316<br>Department No: LVJC 6C |
|---|---|
| Name of Plaintiff(s):<br>Allanna Warren<br><br>VERSUS<br><br>Name of Defendant(s):<br>Lincoln Financial Group | SMALL CLAIMS – MOTION FOR TELEPHONIC APPEARANCE |

Upon the application of ■ Plaintiff or ☐ Defendant, in the above-entitled manner, it is hereby requested that for the hearing or trial scheduled on *(insert date of hearing)* 5/30/23 applicant be allowed to participate via telephone for the following reason(s):

I feel more comfortable attending this hearing via BlueJean. After Bella Lombardi, Ashley Tilley, Julie Donald and other employees at Lincoln Financial Group (LFG) conspired with Cano Health to delay, utilize my medical information unethically and ultimately deny my claim, I do not feel safe being in the same courtroom with them. LFG has taken its toll on me mentally, physically, psychologically and emotionally. I am already on an ADA leave from my job because Hilton Grand Vacation has treated me the same way. This is a direct product of law enforcement involving themselves in civil matters and orchestrating chaos. I appreciate the court's consideration in this matter.

**If my motion is granted**, the telephone number for the Court to call when the Trial/Hearing is ready to start is: (323) 4199602.

**CERTIFICATION OF MAILING**

The Undersigned certifies on the 2 day of March, 20 23, a copy of the foregoing Small Claims Motion for Telephonic Appearance Continue was mailed to Lincoln Financial Group at 3355 Spring Mountain Rd Ste 255 Las Vegas, NV 89102 by depositing a copy in the United States Mail in an addressed sealed envelope, postage prepaid.

DATE: 3/2/23

NAME: Allanna Warren

Per NRS 53.045, "I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct."

*(Signature)*: [signature]

*(Type or print name)*: Allanna Warren

*(Date)*: 3/2/23

LVJCVL Form-154 Revised 1/17

Las Vegas Justice Court
Electronically Filed
3/23/2023 12:39 PM
Cynthia Cruz
CLERK OF THE COURT

**JUSTICE COURT,** Las Vegas
**CLARK COUNTY, NEVADA**

Allanna Warren
Plaintiff,
-vs-
Lincoln Financial Group
Defendant.

**CASE NO.** 23A000316
**DEPT. NO.** LVJC 1

**MOTION TO** Serve Defendant via certified mail
(complete title to describe relief requested)

COMES NOW, the ☑ Plaintiff ☐ Defendant in the above-entitled matter and files this Motion for the following reasons: I have submitted a Not Found Affidavit on Thursday 3/23/23 to this court. The Civil unit of the Sheriff's department stated, "That after due search and diligent inquiry throughout Clark county, State of Nevada, I was unable to effect service upon Linconl Financial Group." Therefore, I am requesting the ability to serve all case related documents via certified mail and/or email.
I appreciate the court's consideration in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

3/23/23 (date) — Allanna Warren (type or print name) — *Allanna Warren* (signature)

Will Be Sent for Judicial Review

**NOTICE OF MOTION**

TO: (Name of Opposing Party) ______________________ ; and

TO: (Name of attorney for Opposing Party, if any) ______________________

PLEASE TAKE NOTICE that a hearing on (check one) ☐Plaintiff's ☐Defendant's MOTION TO (insert the title of your motion) ______________________ will be held at the Justice Court located at: in Department ______, on the ______ day of ______________, 20____, at the hour of ______ ______M.

**YOU ARE REQUIRED TO FILE WITH THE COURT AND SERVE ON THE MOVING PARTY A WRITTEN "OPPOSITION" TO THIS MOTION WITHIN 10 (TEN) JUDICIAL DAYS. YOUR FAILURE TO FILE AND SERVE A WRITTEN OPPOSITION MAY BE UNDERSTOOD AS AN ADMISSION THAT**

© *Civil Law Self-Help Center*
*Clark County, Nevada*

Will Be Sent for Judicial Review

**THE MOTION IS VALID, AND MAY RESULT IN THE COURT GRANTING THE RELIEF REQUESTED IN THE MOTION AGAINST YOU.**

| 3/23/23 | Allanna Warren | Allanna Warren |
|---|---|---|
| (date) | (type or print name) | (signature) |

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that service of the foregoing MOTION TO ______________________ was made on (insert date) March 23, 2023, pursuant to JCRCP 5(b) by depositing a copy of the same in the United States Mail in Las Vegas, NV, postage prepaid, addressed as follows:

(Other party's name) Lincoln Financial Group

(Other party's address) ______________________

______________________

I declare under penalty of perjury that the foregoing is true and correct.

| 3/23/23 | Allanna Warren | Allanna Warren |
|---|---|---|
| (date) | (type or print name) | (signature) |



*© Civil Law Self-Help Center*
*Clark County, Nevada*

**JUSTICE COURT,** Las Vegas
**CLARK COUNTY, NEVADA**

Allanna Warren )
) **CASE NO.** 23A000316
Plaintiff, ) **DEPT. NO.** 1
)
-vs- )
)
Lincoln Financial Group )
)
Defendant. ) **MOTION TO** Make sure NRCP are followed
) (complete title to describe relief requested)

COMES NOW, the ☑ Plaintiff ☐ Defendant in the above-entitled matter and files this Motion for the following reasons: Per the Nevada Rules of Civil Procedures I as the Plaintiff am entitled to receive any and all exhibits, evidence and discovery filed in this court by the defendant before the hearing so I have ime to go over it. This court has not followed NRCP rules in any of my cases. The most visible disregard for the NRCP were exhibited on 2/7/23 and 3/15/23 by a long dark haired judge and Judge Melisa De La Garza. Both displayed disrespect for me, the courtroom and the NRCP. They are both racist, a blight on the judicial bench and violated the Canons they swore to uphold. The NRCP have not been followed by the clerks, judges, court staff, sheriffs and bailiffs. I must file this just to be treated fair.

I declare under penalty of perjury that the foregoing is true and correct.

| 4/17/23 | Allanna Warren | Allanna Warren |
|---|---|---|
| (date) | (type or print name) | (signature) |

---

**NOTICE OF MOTION**

TO: (Name of Opposing Party) ______________________________ ; and

TO: (Name of attorney for Opposing Party, if any) ______________________________

PLEASE TAKE NOTICE that a hearing on (check one) ☐Plaintiff's ☐Defendant's MOTION TO (insert the title of your motion) ______________________ will be held at the Justice Court located at: in Department ________, on the ________ day of ____________________, 20____, at the hour of __________ ________M.

**YOU ARE REQUIRED TO FILE WITH THE COURT AND SERVE ON THE MOVING PARTY A WRITTEN "OPPOSITION" TO THIS MOTION WITHIN 10 (TEN) JUDICIAL DAYS. YOUR FAILURE TO FILE AND SERVE A WRITTEN OPPOSITION MAY BE UNDERSTOOD AS AN ADMISSION THAT**



© Civil Law Self-Help Center
Clark County, Nevada

**THE MOTION IS VALID AND MAY RESULT IN THE COURT GRANTING THE RELIEF REQUESTED IN THE MOTION AGAINST YOU.**

| | | |
|---|---|---|
| 4/17/23 | Allanna Warren | |
| (date) | (type or print name) | (signature) |

---

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that service of the foregoing MOTION TO Make sure NRCP are followed was made on (insert date) April 17, 20 23, pursuant to JCRCP 5(b) by depositing a copy of the same in the United States Mail in Las Vegas, NV, postage prepaid, addressed as follows:

(Other party's name) Lincoln Financial Group

(Other party's address) ctbeazer@gmail.com
ellen.cooper@lfg.com

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| 4/17/23 | Allanna Warren | Allanna Warren |
| (date) | (type or print name) | (signature) |



© Civil Law Self-Help Center
Clark County, Nevada

Las Vegas Justice Court
Electronically Filed
4/19/2023 7:56 AM
Cynthia Cruz
CLERK OF THE COURT

**JUSTICE COURT, LAS VEGAS TOWNSHIP**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| **ALLANNA WARREN,**<br>**Plaintiff**<br><br>**vs.**<br><br>**LINCOLN FINANCIAL GROUP,**<br>**Defendants.** | **CASE NO.: 23A000316**<br><br>**JC Department 1**<br><br>**ORDER DENYING MOTION TO MAKE SURE NRCP ARE FOLLOWED.** |

This matter came before the Court on Plaintiff's Motion to make sure NRCP are followed filed herein. The Court having reviewed all the pleadings, and good cause appearing, hereby finds the following;

Nevada Rules of Civil Procedure (NRCP) states in pertinent part:

> **Rule 1. Scope and Purpose**
> "These rules govern the procedure in all civil actions and proceedings in the district courts…"

The instant action is a Small Claims case in the Las Vegas Justice Court, therefore the Justice Court Rules of Civil Procedure (JCRCP) and the Las Vegas Justice Court Local Rules of Practice (LVJCLRP) apply.

Further, Plaintiff failed to set forth any evidence or cite a specific rule that has not been followed in this case. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Make Sure NRCP are Followed is **DENIED.**

**DATED** the 19th day of April, 2023.

ELANA LEE GRAHAM
Justice of the Peace