Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

***Pro Hac Vice* Petition Forthcoming**
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALLANNA WARREN,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Defendant.

Case No. 2:23-cv-00601

**DEFENDANT'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Defendant The Lincoln National Life Insurance Company files this Disclosure Statement and Certificate of Interested Persons pursuant to FRCP 7.1 and Local Rule 7.1-1 and shows the Court as follows:

**DISCLOSURE STATEMENT**

1. **The Lincoln National Life Insurance Company**, an Indiana insurance company, was the issuer of the relevant disability policy and is the correct name of the Defendant in this action.

2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of the Lincoln National Corporation, a publicly held corporation.

**CERTIFICATE OF INTERESTED PERSONS**

The undersigned attorney of record for Defendant certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1. Lincoln National Corporation
2. The Lincoln National Life Insurance Company
3. Allanna Warren

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated this 19th day of April 2023.

LAW OFFICE OF GEORLEN K. SPANGLER

By: *\/s/ Georlen Spangler*

Georlen Spangler
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April 2023, I electronically transmitted the foregoing, **DEFENDANT'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES,** to the clerk's office using the CM/ECF System for filing.

I further certify that a true and correct copy of the foregoing was served upon the following non-CM/ECF Registrants via US Priority Mail and by Electronic Mail:

Allana Warren
7500 W. Lake Mead Blvd., Suite 9-104
Las Vegas, NV 89128
Email: D1A2N3N4@proton.me
Email: therealisrealites221@gmail.com
*Pro Se Plaintiff*

/s/ *Georlen K. Spangler*
Georlen K. Spangler