**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLANNA WARREN<br><br>Plaintiff(s),<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>Defendant(s). | Case # 2:23-cv-00601<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Iwana Rademaekers (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Law Offices of Iwana Rademaekers, P.C.
(firm name)

with offices at 17304 Preston Road, Suite 800 (street address),

Dallas (city), Texas (state), 75252 (zip code),

214-579-9319 (area code + telephone number), iwana@rademaekerslaw.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by The Lincoln National Life Insurance Company [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

DocuSign Envelope ID: 8F60F8AC-2CC2-43C3-9088-DB01EF7316DD


3. That since 05/06/1988 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC for the Northern District of Texas | 11/07/1988 | |
| USDC for the Eastern District of Texas | 05/21/1998 | |
| USDC for the Western District of Texas | 09/02/1998 | |
| USDC for the Southern District of Texas | 09/11/1998 | 22781 |
| USDC Eastern/Western Districts of Arkansas | 05/22/1998 | |
| USDC for the District of Colorado | 1/14/2002 | |
| See attached for additional courts of admission | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

Texas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| May 18, 2020 | 2:20-cv-00690 | U.S.D.C., District of Nevada | Granted |
| March 7, 2022 | 2:22-cv-00405 | U.S.D.C., District of Nevada | Granted |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DocuSign Envelope ID: 8F60F8AC-2CC2-43C3-9088-DB01EF7316DD



That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF Texas )
)
COUNTY OF Dallas )

Iwana Rademaekers, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

19th day of April, 2023.

Notary Public or Clerk of Court

SANDRA J. ACKER
Notary Public, State of Texas
Comm. Expires 04-29-2026
Notary ID 128254128

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Georlen Spangler (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Law Office of Georlen K. Spangler, 2620 Regatta Drive, Suite 102 (street address),

Las Vegas (city), Nevada (state), 89128 (zip code),

702-381-5830 (area code + telephone number), spanglerlaw@outlook.com (Email address).

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Georlen Spangler as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:
Paula McGee
E30F7E4820F1451...
(party's signature)

By: Paula J. McGee, Assist. Vice President, Senior Counsel
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Georlen K Spangler 4-20-23
Designated Resident Nevada Counsel's signature

3818 spanglerlaw@outlook.com
Bar number Email address

APPROVED:

Dated: this 20 day of April, 2023.

UNITED STATES DISTRICT JUDGE

Pro Hac Vice Petition, Continuation Sheet

4. Courts Admitted Cont'd

| TITLE OF COURT | DATE ADMITTED | BAR NUMBER |
|---|---|---|
| USDC, Eastern District of Michigan | 12/29/2022 | |
| USDC, Western District of Michigan | 2/3/2023 | |
| USDC, Eastern District of Missouri | 6/14/2022 | 16452560T |
| USDC, District of New Mexico | 7/31/2020 | 20-169 |
| USDC, District of North Dakota | 1/2/2020 | |
| USDC, Eastern District of Oklahoma | 2/27/2023 | |
| USDC, Western District of Oklahoma | 8/13/2013 | 13-130 |
| USDC., Eastern District of Tennessee | 9/7/2022 | |
| USDC., Western District of Tennessee | 12/02/2019 | |
| USDC, Eastern District of Wisconsin | 09/07/2021 | |
| USDC, Western District of Wisconsin | 11/05/2021 | |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/1998 | |
| U.S. Court of Appeals for the Fifth Circuit | 08/19/2002 | |
| U.S. Court of Appeals for the Eighth Circuit | 01/25/2000 | |
| U.S. Court of Appeals for the Ninth Circuit | 08/27/2014 | |
| U.S. Court of Appeals for the Tenth Circuit | 07/29/2002 | |
| U.S. Court of Appeals for the Eleventh Circuit | 02/06/2012 | |

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Iwana Rademaekers**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of May, 1988.

I further certify that the records of this office show that, as of this date

**Iwana Rademaekers**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 10th day of April, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 6156C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.