Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

**Admitted *Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>Defendant. | CASE NO.: 2:23-cv-00601<br><br>**DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S STATEMENT REGARDING REMOVED ACTION** |

Pursuant to the Court's Order entered on April 19, 2023, The Lincoln National Life Insurance Company ("Lincoln") hereby files this Statement regarding its removal of Case No. 23A000316 from the 2Clark County, Nevada (the "State Action"), to the United States District Court for the District of Nevada and states as follows:

1. Lincoln was not properly served in the State Action, but became aware of the State action when an employee of Lincoln received an email from Plaintiff on March 23, 2023, stating, "Lincoln Financial Group consider this as formal and legal service." The Complaint filed in the State Action was not attached to that email, and the Complaint has not been properly served upon Lincoln at any other time. However, to the extent that the aforementioned email from Plaintiff could be construed as "service," Lincoln received notice of the State Action on March 23, 2023.

2. Lincoln was not served with a copy of the Summons in the State Action.

3. The removal of this action is not based on diversity jurisdiction. Rather, federal question jurisdiction under 28 U.S.C. § 1331 exists, as Plaintiff seeks to resolve legal issues regarding disability benefits from an "employee welfare benefit plan" as that term is defined in 29 U.S.C. § 1002(1) of the Employee Retirement Income Security Act.

4. Lincoln's Notice of Removal to this Court was filed on April 19, 2023, which was within thirty (30) days of receipt by Lincoln of notice via email of the State Action. Therefore, to the extent that the aforementioned email from Plaintiff could be construed as "service" upon Lincoln (which Lincoln disputes), removal of this matter is timely pursuant to 28 U.S.C. § 1446.

5. The State Action was commenced on February 19, 2023, which is less than one year before Lincoln's removal to this Court.

6. At the time Lincoln filed its Notice of Removal to this Court on April 19, 2023, the court's docket in the State Action did not reflect the issuance of a summons or return of service for any other Defendant and Lincoln has not been informed otherwise since that date.

Dated this 24th day of April 2023.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers

Iwana Rademaekers, TX Bar No. 16452560
**Admitted *Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

**- And -**

LAW OFFICE OF GEORLEN K. SPANGLER

By: *__/s/ Georlen Spangler_________*
Georlen Spangler
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
*Attorneys for Defendant*

I hereby certify that on the 24th day of April 2023, I electronically transmitted the foregoing, **DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S STATEMENT REGARDING REMOVED ACTION** to the clerk's office using the CM/ECF System for filing and that service will be accomplished by the CM/ECF system upon all participants in the case who are registered CM/ECF users.

I further certify that a true and correct copy of the foregoing was served via US Priority Mail and by Electronic Mail upon the following participants in the case who are not CM/ECF users:

Allana Warren
7500 W. Lake Mead Blvd., Suite 9-104
Las Vegas, NV 89128
Email: D1A2N3N4@proton.me
Email: therealisrealites221@gmail.com
*Pro Se Plaintiff*

/s/ *Iwana Rademaekers*
Iwana Rademaekers