Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

**Admitted *Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>Defendant. | ) | CASE NO.: 2:23-cv-00601<br><br>**<u>DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S STATUS REPORT</u>** |

Pursuant to the Court's Order entered on April 19, 2023, The Lincoln National Life Insurance Company ("Lincoln") hereby files this Status Report and states as follows:

1. The State Action was commenced on February 19, 2023. Although Lincoln was not properly served in the State Action, it became aware of the State action on March 23, 2023.

2. Lincoln's Notice of Removal to this Court was filed on April 19, 2023, and served true and correct copies of the Notice of Removal and all other documents it has filed in this matter upon Plaintiff's by mailing paper copies of said documents to the address shown for Plaintiff in the State Court Action (7500 W. Lake Mead Blvd., Suite 9-104, Las Vegas, NV 89128), and by sending pdf copies of the same via electronic mail to D1A2N3N4@proton.me and therealisrealites221@gmail.com. However, the paper copies of the documents sent via US Mail have now been returned to Lincoln by the US Postal Service as undeliverable "because the address was vacant or the business was no longer operating at the location and no further information was available."

3. Upon learning of a different address Plaintiff was using on a document filed on April 10, 2023, in another case (2:23-cv-00065-GMN-DJA), the undersigned forwarded true and correct copies of the Notice of Removal and all other documents it has filed in this matter upon Plaintiff's by mailing paper copies of said documents to Plaintiff at 9620 S. Las Vegas Blvd., Suite E461, Las Vegas, NV 89123 (see Amended Certificate of Service (Document 13) filed by Defendant on 4/24/2023).

4. In addition to mailing paper copies of all documents filed in this action to Plaintiff at two different addresses, Defendant also sent electronic copies of those documents to Plaintiff at both the email address she was using to send documents to Lincoln in the State Action, as well as to the email address Plaintiff was using as of April 10, 2023, in another case in this Court.

5. All of the paper copies that have been sent to Plaintiff at both addresses have now been returned to the undersigned as undeliverable and the undersigned has not received a response to the emails sent to Plaintiff and Plaintiff has not made any other attempt at contacting the undersigned or Lincoln since this Action was filed.

6. The undersigned counsel has attempted to telephone Plaintiff at the phone number listed on her Complaint in this action, but there is no answer. Additionally, upon investigation, the undersigned counsel has determined that, as recently as three days ago,

Plaintiff continues to file lawsuits against other entities in Clark County District Court, listing the same 9620 S. Las Vegas Blvd. address that is on the Amended Certificate of Service (Document 13). See Complaints attached hereto dated May 1, 6, 10, and 19, 2023.

6. Accordingly, it is Lincoln's position that Plaintiff has effectively abandoned her lawsuit against Lincoln, and Lincoln's Motion to Dismiss should be granted.

Dated this 22nd day of May 2023.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
**Admitted *Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

**- And -**

LAW OFFICE OF GEORLEN K. SPANGLER

By: */s/ Georlen Spangler*
Georlen Spangler
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
*Attorneys for Defendant*

I hereby certify that on the 22nd day of May 2023, I electronically transmitted the foregoing, **DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S STATUS REPORT** to the clerk's office using the CM/ECF System for filing and that service will be accomplished by the CM/ECF system upon all participants in the case who are registered CM/ECF users.

I further certify that a true and correct copy of the foregoing was served upon the following non-CM/ECF Registrant via US Mail and US Priority Mail, delivery confirmation requested to:

Allana Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123

And

Allana Warren
7500 W. Lake Mead Blvd., Suite 9-104
Las Vegas, NV 89128

And by Electronic Mail to Allana Warren at:

Email: D1A2N3N4@proton.me
Email: therealisrealites221@gmail.com

/s/ *Iwana Rademaekers*
Iwana Rademaekers