Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FINANCIAL GROUP<br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>:23-cv-00065-GMN-DJA<br><br>MOTION FOR MEDIATION AND REQUEST TO HAVE ACCESS TO THE ELECTRONIC FILING SYSTEM AT THE US DISTRICT COURT NEVADA DISTRICT (CM/ECF) |

COMES NOW Plaintiff, ALLANNA WARREN, files her MOTION FOR MEDIATION. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

MEMORANDUM OF POINTS & AUTHORITIES

FRCP Rule 16 titled, Rule 16. Pretrial Conferences; Scheduling; Management explains in the Notes of Advisory Committee on Rules—1993 Amendment:

Paragraph (9) is revised to describe more accurately the various procedures that, in addition to traditional settlement conferences, may be helpful in settling litigation. Even if a case cannot immediately be settled, the judge and attorneys can explore possible use of alternative procedures such as mini-trials, summary jury trials, mediation, neutral evaluation, and nonbinding arbitration that can lead to consensual resolution of the dispute without a full trial on the merits. The rule acknowledges the presence of statutes and local rules or plans that may authorize use of some of these procedures even when not agreed to by the parties.

Although PLAINITFF has not been properly served with this removal, PLAINITFF has noticed that settlement was seen as an option. PLAINITFF is interested in settlement at this time. Exhibit 1 is an email dated June 22, 2023 where PLAINTIFF inquired if the defendant was interested in a settlement. PLAINTIFF'S email was not returned to the date of this motion. The Federal Rules of Civil Procedures makes clear that trying to resolve cases via alternative means (i.e. mediation, mini-trials, summary jury trials etc.) is recommended. Therefore, PLAINTIFF wishes to express her interest in a mediation or settlement conference at the court's discretion. PLAINITFF also notes that the FRCP states a court, "may authorize use of some of these procedures even when not agreed to by the parties." So, even if the defendants oppose a mediation or settlement conference the court has the power to order such an alternative resolution.

. When PLAINTIFF called the US District Court Nevada District, she was informed that she would need to ask the court for permission to be an electronic filer. MS. WARREN was told that unless she was an attorney, she does not get automatic access to file into the system. PLAINTIFF asked and sought permission but was denied and was told that she would only be able to file via the Public Docketing email, lv_public_docketing@nvd.uscourts.gov.

PLAINTIFF is at the mercy of the clerks who file from the public docketing email.

PLAINTIFF being able to know when items are docketed and filed would help her to stay up to date on the case and allow her to be able to file in a timely manner.

CONCLUSION

Therefore, PLAINTIFF feels filing a motion for this court to grant her access to file and receive notifications from the PACER CM/ECF system is warranted. PLAINTIFF also would like to engage in some sort of alternative dispute resolution concerning this case.

Dated this 26th day of June , 2023.

Allanna Warren

Pro Se Name Allanna Warren

## CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing MOTION FOR MEDIATION AND REQUEST TO HAVE ACCESS TO THE ELECTRONIC FILING SYSTEM AT THE US DISTRICT COURT NEVADA DISTRICT (CM/ECF) to The US District Court Nevada District Clerk for electronic filing at the following email address lv_public_docketing@nvd.uscourts.gov on THE 26TH DAY OF JUNE, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF