# Interest in settlement?

From d1a2n3n4@proton.me <D1A2N3N4@proton.me>

To sandy@rademaekerslaw.com

Date Thursday, June 22nd, 2023 at 6:34 PM

---

Good evening,

Were you interested in a settlement of my case against you?

Thank you,
Allanna Warren

Sent with Proton Mail secure email.