Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>THE COURT WILL NOT GIVE ME E FILE PRIVILEGES WITH A COURT ORDER |

COMES NOW Plaintiff, ALLANNA WARREN, files her THE COURT WILL NOT GIVE ME E FILE PRIVILEGES WITH A COURT ORDER. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

**MEMORANDUM OF POINTS & AUTHORITIES**

On June 28, 2023 this court granted PLAINTIFF'S MOTION TO E FILE. PLAINITFF promptly signed up for the efile access on June 28, 2023. On Thursday Morning, June 29, 2023 PLAINTIFF called the US District Court Nevada District Filing office and spoke with Alex. Alex transferred PLAINITFF to the e file office. A woman answered the phone. She explained that the only way that office can approve e file privileges is if a current court order is in place. PLAINITFF explained that a current court order is in place for PLAINITFF to efile. The woman

states that the process is short and should be approved shortly. Upon rechecking the PACER system, PLAINITFF noticed that the e file status says rejected. Exhibit 1 and 2 are notifications PLAINITFF received concerning the efile process progress. So, although PLAINITFF has been granted access to the PACER efile system the court will not grant her access at this time for some unknown reason. PLAINITFF would like any help that this court can provide in helping PLAINITFF get access to the efile system.

CONCLUSION

PLAINTIFF is hoping this court can contact the department who oversees granting access to the efile system and help plaintiff seek access to the efile system that was granted in the June 28, 2023 decision.

Dated this 29th day of June , 2023.

Allanna Warren

Pro Se Name Allanna Warren

CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing THE COURT WILL NOT GIVE ME E FILE PRIVILEGES WITH A COURT ORDER to The US District Court Nevada District Clerk for electronic filing at the following email address lv_public_docketing@nvd.uscourts.gov on THE 29TH DAY OF JUNE, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF