# NextGen CM/ECF Registration Status

From do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>

To d1a2n3n4@proton.me

Date Thursday, June 29th, 2023 at 2:58 PM

---

This email is notification that your NextGen CM/ECF electronic filing registration has been processed. You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

Account Number: 7410331
Court: NEVADA DISTRICT COURT
Date/Time Submitted: 06/29/2023 12:22:46 CDT
Transaction ID: 17591
Request: Registration
Transaction Status: Rejected
Comment: We are unable to activate e-filing privileges for the District of Nevada at this time. You must file a motion requesting the court's authorization to register. A Pro Se litigant must have an order granting authorization before e-filing privileges will be activated.

NOTE: Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to attorney_registration@nvd.uscourts.gov.