An official website of the United States government. Here's how you know.

Log in to PACER Systems

| | |
|---|---|
| **Account Number** | 7410331 |
| **Username** | AllanWarreY9 |
| **Account Balance** | $0.00 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |

**Check E-File Status**

| Court Type ⇅ | Court ⇅ | Status |
|---|---|---|
| U.S. Appellate Courts | U.S. Court Of Appeals, Ninth Circuit | Check |
| U.S. District Courts | Nevada District Court | Not Available |

Cancel

PACER FAQ

Privacy & Security

Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov