# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

## CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS

I, Allanna Warren, am representing myself and
(Print Full Name)
consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document. I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**.

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically. I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: 6/28/23

Signature

Email Address (Please print legibly):
d1a2n3n4@proton.me

Confirm Email Address:
d1a2n3n4@proton.me

Mailing Address:
9620 S. Las Vegas Blvd., Suite E461, Las Vegas, NV 89123

Telephone Number:
3238076739

Case Number(s):
2:23-cv-00601-GMN-EJY

LAS VEGAS NV 890
29 JUN 2023 PM 5 L

XRAYED US MARSHALS SERVICE

____ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 30 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ________ DEPUTY

U.S. District Court
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. South, Room #1334
Las Vegas, NV 89101

89101-708334