FREEDOM FOREVER/USA

1 USA DOLLAR

1 USA DOLLAR

1 USA DOLLAR

NO LONGER in THIS ADDRESS

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston R... 800
Dallas, Texas 75252

ALLANA WARREN
9620 S. LAS VEGAS BLVD.
SUITE E461
LAS VEGAS NV 89123

-R-T-S- 891232024-1N 06/08/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

EXHIBIT
A




LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252

**ALLANA WARREN**
**7500 W. LAKE MEAD BLVD.**

-R-T-S- 891282244-1N 05/27/23

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply
- USPS Tracking® service included for domestic and many internat... destinatic
- Limited international insurance.**
- When used internationally, a customs declaration form is req...

*Insurance does not cover certain items. For details regarding claims exclus... see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for avai... and limitation... coverag...

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

NO LONGER IN THIS ADDRESS

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$9.65
US POSTAGE
Flat Rate Env

9405 5036 9930 0549 8467 48 0096 5000 0068 9123

U.S. POSTAGE PAID
Click-N-Ship®

05/23/2023 Mailed from 75474 986756592159258

PRIORITY MAIL®

IWANA RADEMAEKERS
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 PRESTON RD STE 800
DALLAS TX 75252-5645

Expected Delivery Date: 05/25/23
Ref#: Warren
0000

C097

-R-T-S- 89123-RFS-1N *94 06/06/23

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

*RFS*

9405 5036 9930 0549 8467 48

Electronic Rate Approved #038555749

**From:** USPS_Shipping_Services@usps.com
**To:** sandy@rademaekerslaw.com
**Subject:** USPS - Click-N-Ship(R) Payment Confirmation
**Date:** Tuesday, May 23, 2023 2:54:11 PM
**Attachments:** Untitled attachment 07455.png
Untitled attachment 07458.png
Untitled attachment 07461.png
Untitled attachment 07464.png
Untitled attachment 07467.png
Untitled attachment 07470.png
Untitled attachment 07473.png

USPS.COM Sign in | Shipping History | Manage Your Mail | Customer Service

## USPS-Click-N-Ship® Payment Confirmation

Thanks for shipping with us, IWANA RADEMAEKERS!

Additional information regarding your label(s) can be found in your Shipping History. From your Shipping History you can Ship Again, track your package, or request a refund.

**Click-N-Ship® Payment Details**
**Acct #:** 63480269
**Transaction Number:** 588870158
**Transaction Date/Time:** 05/23/2023 02:53 PM CDT
**Transaction Amount:** $19.30
**Payment Method:** VISA-2601

**Priority Mail®**
**Flat Rate Envelope**
**9405 5036 9930 0549 8467 31** (Sequence Number 1 of 2)
**Scheduled Delivery Date:** 05/25/2023
**Shipped to:** ALLANNA WARREN
7500 W LAKE MEAD BLVD STE 9-104
LAS VEGAS NV 89128-0297

**Priority Mail®**
**Flat Rate Envelope**
**9405 5036 9930 0549 8467 48** (Sequence Number 2 of 2)
**Scheduled Delivery Date:** 05/25/2023
**Shipped to:** ALLANNA WARREN
9620 LAS VEGAS BLVD S
E461
LAS VEGAS NV 89123-6507

Learn more about requesting a refund onlinehere.

**Need help?**
Search FAQs
1-800-ASK-USPS

Privacy Policy

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE ® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destination
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE ® Click-N-Ship®

P

usps.com
$9.65
US POSTAGE
Flat Rate Env

9405 5036 9930 0549 8467 31 0096 5000 0068 9128

U.S. POSTAGE PAID
Click-N-Ship®

05/23/2023 Mailed from 75169 986756592159834

PRIORITY MAIL®

IWANA RADEMAEKERS
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 PRESTON RD STE 800
DALLAS TX 75252-5645

Expected Delivery Date: 05/25/23
Ref#: Warren
0000

ANK

C062

ALLANNA WARREN
7500 W LAK...
LAS...

*94 05/26/23
89128-RFS-1N
-R-T-S-
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

*RFS*

9405 5036 9930 0549 8467 31

Electronic Rate Approved #038555749

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

**From:** USPS_Shipping_Services@usps.com
**To:** sandy@rademaekerslaw.com
**Subject:** USPS - Click-N-Ship(R) Payment Confirmation
**Date:** Tuesday, May 23, 2023 2:54:11 PM
**Attachments:** Untitled attachment 07455.png
Untitled attachment 07458.png
Untitled attachment 07461.png
Untitled attachment 07464.png
Untitled attachment 07467.png
Untitled attachment 07470.png
Untitled attachment 07473.png

USPS.COM Sign in | Shipping History | Manage Your Mail | Customer Service

## USPS-Click-N-Ship® Payment Confirmation

Thanks for shipping with us, IWANA RADEMAEKERS!

Additional information regarding your label(s) can be found in your Shipping History. From your Shipping History you can Ship Again, track your package, or request a refund.

**Click-N-Ship® Payment Details**
**Acct #:** 63480269
**Transaction Number:** 588870158
**Transaction Date/Time:** 05/23/2023 02:53 PM CDT
**Transaction Amount:** $19.30
**Payment Method:** VISA-2601

**Priority Mail®**
**Flat Rate Envelope**
**9405 5036 9930 0549 8467 31** (Sequence Number 1 of 2)
**Scheduled Delivery Date:** 05/25/2023
**Shipped to:** ALLANNA WARREN
7500 W LAKE MEAD BLVD STE 9-104
LAS VEGAS NV 89128-0297

**Priority Mail®**
**Flat Rate Envelope**
**9405 5036 9930 0549 8467 48** (Sequence Number 2 of 2)
**Scheduled Delivery Date:** 05/25/2023
**Shipped to:** ALLANNA WARREN
9620 LAS VEGAS BLVD S
E461
LAS VEGAS NV 89123-6507

Learn more about requesting a refund onlinehere.

**Need help?**
Search FAQs
1-800-ASK-USPS

Privacy Policy

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F July 2022

OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE® Click-N-Ship

P

usps.com
$9.65
US POSTAGE
Flat Rate Env

9405 5036 9930 0530 2700 88 0096

U.S. POSTAGE PAID
Click-N-Ship®

04/24/2023 Mailed from 75474 986759145194522

PRIORITY MAIL®

Expected Delivery Date: 04/27/23
Ref#: Warren
0000

IWANA RADEMAEKERS
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 PRESTON RD STE 800
DALLAS TX 75252-5645

RETURN TO SENDER
NOT AT THIS ADDRESS

RETURN TO SENDER

C097

-R-T-S- 89123-RFS-1N *94 04/29/23

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

* R F S *

USPS TRACKING #

9405 5036 9930 0530 2700 88

Electronic Rate Approved #038555749

No longer in this Address!

RTS

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.

UNITED STATES POSTAL SERVICE®

Click-N-Ship®

9405 5036 9930 0530 2700 88 0096 5000 0068 9123

P

usps.com
$9.65
US POSTAGE
Flat Rate Env

U.S. POSTAGE PAID
Click-N-Ship®

04/24/2023 Mailed from 75474 986759145194522

PRIORITY MAIL®

IWANA RADEMAEKERS
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 PRESTON RD STE 800
DALLAS TX 75252-5645

Expected Delivery Date: 04/27/23
Ref#: Warren

0000

C097

ALLANNA WARREN
E461
9620 LAS VEGAS BLVD S
LAS VEGAS NV 89123-6507

USPS TRACKING #

9405 5036 9930 0530 2700 88

Electronic Rate Approved #038555749

*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.
2. Place your label so it does not wrap around the edge of the package.
3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.
4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.
5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0530 2700 88**

| | |
|---|---|
| Trans. #: | 587153617 |
| Print Date: | 04/24/2023 |
| Ship Date: | 04/24/2023 |
| Expected Delivery Date: | 04/27/2023 |

| | |
|---|---|
| Priority Mail® Postage: | $9.65 |
| Total: | $9.65 |

**From:** IWANA RADEMAEKERS Ref#: Warren
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 PRESTON RD STE 800
DALLAS TX 75252-5645

**To:** ALLANNA WARREN
E461
9620 LAS VEGAS BLVD S
LAS VEGAS NV 89123-6507

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

PRESS FIRMLY TO SEAL PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destina
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com 9405 5036 9930 0530 1177 03 0096 5000 0068 9128
$9.65
US POSTAGE
Flat Rate Env

U.S. POSTAGE PAID
Click-N-Ship®

04/24/2023 Mailed from 75169 986759165373080

PRIORITY MAIL®

IWANA RADEMAEKERS
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 PRESTON RD STE 800
DALLAS TX 75252-5645

Expected Delivery Date: 04/27/23
Ref#: Warren
0000

C062

-R-T-S- 89128-RFS-1N *94 04/28/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

*RFS*

9405 5036 9930 0530 1177 03

Electronic Rate Approved #038555749

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

UNITED STATES POSTAL SERVICE®

**Click-N-Ship®**

9405 5036 9930 0530 1177 03 0096 5000 0068 9128

usps.com
**$9.65**
**US POSTAGE**
Flat Rate Env

**P**

**U.S. POSTAGE PAID**
Click-N-Ship®

04/24/2023 Mailed from 75169 986759165373080

**PRIORITY MAIL®**

IWANA RADEMAEKERS
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 PRESTON RD STE 800
DALLAS TX 75252-5645

Expected Delivery Date: 04/27/23
Ref#: Warren

**0000**

**C062**

ALLANNA WARREN
7500 W LAKE MEAD BLVD STE 9-104
LAS VEGAS NV 89128-0297

**USPS TRACKING #**

**9405 5036 9930 0530 1177 03**

Electronic Rate Approved #038555749

*Cut on dotted line.*

## Instructions

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**
2. **Place your label so it does not wrap around the edge of the package.**
3. **Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**
4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**
5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0530 1177 03**

| | | | |
|---|---|---|---|
| Trans. #: | 587139857 | Priority Mail® Postage: | **$9.65** |
| Print Date: | 04/24/2023 | Total: | **$9.65** |
| Ship Date: | 04/24/2023 | | |
| Expected Delivery Date: | 04/27/2023 | | |

**From:** IWANA RADEMAEKERS Ref#: Warren
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 PRESTON RD STE 800
DALLAS TX 75252-5645

**To:** ALLANNA WARREN
7500 W LAKE MEAD BLVD STE 9-104
LAS VEGAS NV 89128-0297

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE ® | PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinai
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

RETURN TO SENDER

TRACKED ■ INSURED

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE ® Click-N-Ship®

P

usps.com
$9.65
US POSTAGE
Flat Rate Env

9405 5036 9930 0527 9827 96 0096 5000 0068 9128

U.S. POSTAGE PAID
Click-N-Ship®

04/19/2023 Mailed from 75169 986759457139294

PRIORITY MAIL®

IWANA RADEMAEKERS
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 PRESTON RD STE 800
DALLAS TX 75252-5645

Expected Delivery Date: 04/24/23
Ref#: Warren
0000

VAC

C062

RETURN TO SENDER

-R-T-S- 89128-RFS-IN STE 9-104
*94 04/27/23
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
RETURN TO SENDER

RFS

9405 5036 9930 0527 9827 96

Electronic Rate Approved #038555749

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.

UNITED STATES POSTAL SERVICE®

**Click-N-Ship®**

usps.com 9405 5036 9930 0527 9827 96 0096 5000 0068 9128

**$9.65**
**US POSTAGE**
Flat Rate Env

**U.S. POSTAGE PAID**
Click-N-Ship®

04/19/2023 Mailed from 75169 986759457139294

**P**

**PRIORITY MAIL®**

Expected Delivery Date: 04/24/23

IWANA RADEMAEKERS
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 PRESTON RD STE 800
DALLAS TX 75252-5645

Ref#: Warren

**0000**

**C062**

ALLANNA WARREN
7500 W LAKE MEAD BLVD STE 9-104
LAS VEGAS NV 89128-0297

**USPS TRACKING #**

**9405 5036 9930 0527 9827 96**

Electronic Rate Approved #038555749

*Cut on dotted line.*

## Instructions

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**
2. **Place your label so it does not wrap around the edge of the package.**
3. **Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**
4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**
5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0527 9827 96**

| | | | |
|---|---|---|---|
| Trans. #: | 586943911 | Priority Mail® Postage: | **$9.65** |
| Print Date: | 04/19/2023 | Total: | **$9.65** |
| Ship Date: | 04/19/2023 | | |
| Expected Delivery Date: | 04/24/2023 | | |

**From:** IWANA RADEMAEKERS Ref#: Warren
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 PRESTON RD STE 800
DALLAS TX 75252-5645

**To:** ALLANNA WARREN
7500 W LAKE MEAD BLVD STE 9-104
LAS VEGAS NV 89128-0297

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*