| | |
|---|---|
| **From:** | sandy@rademaekerslaw.com |
| **To:** | "D1A2N3N4@proton.me"; "therealisrealites221@gmail.com" |
| **Cc:** | "Iwana Rademaekers" |
| **Subject:** | Allanna Warren v. Lincoln |
| **Date:** | Wednesday, April 19, 2023 11:12:00 PM |
| **Attachments:** | Warren_230419 - encl removal docs.pdf<br>23A000316_Removal Notice-State Court 230419 - Warren.pdf<br>Notice of Removal [1] 230419 - Warren re 23A000316.pdf<br>Discl Stmt and Cert of Intrstd Parties [2] 230419 - Warren.pdf |

Please see the attached correspondence and documents from our office pertaining to the referenced matter.

**Sandy Acker**
Business Manager and Paralegal

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
sandy@rademaekerslaw.com

*CONFIDENTIALITY NOTICE: THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER. THANK YOU.*

EXHIBIT

**B**

**From:** sandy@rademaekerslaw.com
**To:** "therealisrealites221@gmail.com"; "D1A2N3N4@proton.me"
**Cc:** "Iwana Rademaekers"
**Subject:** Allanna Warren v. Lincoln
**Date:** Monday, April 24, 2023 11:02:00 AM
**Attachments:** Motion to Dismiss [11] 230424 - Warren.pdf
Statement Regarding Removed Action [10] 230424 - Warren.pdf
Motion for Exemption from ENE Program [12] 230424 - Warren.pdf

---

Please see the attached documents filed by our office today in the referenced matter.

**Sandy Acker**
Business Manager and Paralegal

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (425) 215-9459
sandy@rademaekerslaw.com

*CONFIDENTIALITY NOTICE: THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER. THANK YOU.*

**From:** sandy@rademaekerslaw.com
**To:** "therealisrealites221@gmail.com"; "D1A2N3N4@proton.me"
**Cc:** "Iwana Rademaekers"
**Subject:** Allanna Warren v. Lincoln
**Date:** Monday, April 24, 2023 5:48:00 PM
**Attachments:** Amended Certificate of Service [13] 230424 - Warren.pdf
Notice of Removal [1] 230419 - Warren re 23A000316.pdf
Statement Regarding Removed Action [10] 230424 - Warren.pdf
Motion to Dismiss [11] 230424 - Warren.pdf
Motion for Exemption from ENE Program [12] 230424 - Warren.pdf
Discl Stmt and Cert of Intrstd Parties [2] 230419 - Warren.pdf

---

Please see the attached documents filed by our office in the referenced matter.

**Sandy Acker**
Business Manager and Paralegal

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (425) 215-9459
sandy@rademaekerslaw.com

*CONFIDENTIALITY NOTICE: THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER. THANK YOU.*

| | |
|---|---|
| **From:** | sandy@rademaekerslaw.com |
| **To:** | "D1A2N3N4@proton.me"; "therealisrealites221@gmail.com" |
| **Subject:** | Allanna Warren v. The Lincoln National Life Insurance Company |
| **Date:** | Tuesday, May 23, 2023 3:09:00 PM |
| **Attachments:** | Status Report [15] 230522 - Warren.pdf |

Attached is a copy of the Status Report filed by our office in the referenced matter.

**Sandy Acker**
Business Manager and Paralegal

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (425) 215-9459
sandy@rademaekerslaw.com

*CONFIDENTIALITY NOTICE: THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER. THANK YOU.*