NIXIE 891 DE 1 0006/30/23

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 89101706934 *0294-03923-30-33

89101>7069
ANK

LAS VEGAS NV 890
28 JUN 2023 PM 4

quadient
FIRST-CLASS MAIL
IMI
$000.60 º
06/28/2023 ZIP 89101
043M31229339

US POSTAGE

Allana Warren
7500 W. Lake Mead Blvd.
Suite ~~9-104~~
Las Vegas, Nevada 89128

XRAYED US MARSHALS SERVICE

RETURN TO SENDER

89128-022679

**Judgments, Minute Orders/Orders & Writs**

2:23-cv-00601-GMN-EJY Warren v. The Lincoln National Life Insurance Company

ENE

**United States District Court**

**District of Nevada**

**Notice of Electronic Filing**

The following transaction was entered on 6/28/2023 at 1:55 PM PDT and filed on 6/28/2023

**Case Name:** Warren v. The Lincoln National Life Insurance Company
**Case Number:** 2:23-cv-00601-GMN-EJY
**Filer:**
**Document Number:** 18(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Elayna J. Youchah on 6/28/2023. By Law Clerk: C. Ponder.**

**Before the Court is Plaintiff's Motion for Access to the Court's Electronic Filing System. ECF No. [17]. Plaintiff requests permission to file electronically in the Court's CM/ECF filing system. The Court grants Plaintiff's request under Local Rule IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case."**

**Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Access to the Court's Electronic Filing System (ECF No. [17]) is GRANTED.**

**IT IS FURTHER ORDERED that the Clerk of Court must mail to Plaintiff the form for the Consent for Electronic Service of Documents so that Plaintiff may fill out the form and return it to the Court.**

**(no image attached) (Copies have been distributed pursuant to the NEF - CMP)**

**2:23-cv-00601-GMN-EJY Notice has been electronically mailed to:**

Georlen K Spangler spanglerlaw@outlook.com

Iwana Rademaekers iwana@rademaekerslaw.com, sandy@rademaekerslaw.com

**2:23-cv-00601-GMN-EJY Notice has been delivered by other means to:**

Allanna Warren
7500 W. Lake Mead Blvd.
Suite 9-104
Las Vegas, NV 89128