Electronically Filed
6/15/2023 9:46 PM
Steven D. Grierson
CLERK OF THE COURT

**MOT**
Allanna Warren
*(Your Name)*
7500 W. Lake Mead Blvd., Suite 9-104
*(Your Address)*
Las Vegas, NV 89128
*(Your City, State, Zip)*
(323) 4199602
*(Your Telephone)*
d1a2n3n4@proton.me
*(Your E-mail Address/Your Fax)*
■ Plaintiff ☐ Defendant ☐ Other: __________
Self-Represented

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

Allanna Warren
______________________________,

Plaintiff(s),

vs.

Laura Martinez
______________________________,

Defendant(s).

Case No.: A-23-870530-C
Dept. No.: 14

**HEARING REQUESTED**

## MOTION

Motion to seal address and get fee waiver remailed to new address

*(Insert Title of Motion)*

*(Check one box)* ■ Plaintiff ☐ Defendant ☐ Other: ________________, *(insert your name)* Allanna Warren, self-represented, submits this motion based upon the following Memorandum of Points and Authorities; the pleadings and papers on file in this case; the attached exhibits hereto, if any; and the argument allowed by the Court at the time of hearing.

DATED: *(insert date)* June 15, 2023.

*(Signature)* ______________________
*(Print your name)* Allanna Warren
Self-Represented



*Rev. 7/20/21*
*© Civil Law Self-Help Center*

**MEMORANDUM OF POINTS AND AUTHORITIES**

*(Make your points and arguments below.)*

On June 15, 2023 Judge Escobar decided to vacate the upcoming hearing for PLAINTIFF'S motion to attend June 20, 2023 hearing via bluejean due to the complaint not being served upon the Defendant. PLAINTIFF has a granted fee waiver, but she has not received the fee waiver in the mail as of yet. This may be because PLAINTIFF has a new mailing address. As PLAINTIFF has indicated in her May 10, 2023 complaint, this case with Laura Martinez is linked to a current Las Vegas Metropolitan Police Department (LVMPD) police misconduct case. Because of the constant stalking, following, illegal surveillance, illegal monitoring of PLAINTIFF's communications, having neighbors illegally spy on PLAINTIFF and her family, tailing or trailing of PLAINTIFF, and constantly being involved in MS. WARREN's civil matters, PLAINTIFF has had to constantly change her address, phone number and/or email address. Therefore, the address that PLAINTIFF initially used to file this case has changed. As Jackie Nichols, lawyer for LVMPD, stalks all of PLAINTIFF's cases, PLAINTIFF is requesting that her address and all communication information be sealed for this case. As recent as June9, 2023 LVMPD has been stalking around PLAINTIFF's brand new home without any legitimate reason for doing so. PLAINTIFF'S new address is not even within the LVMPD's jurisdiction and according to Stacy at the research department at phone number 7028283871, there is no



Rev. 7/20/21
© Civil Law Self-Help Center

information on what two LVMPD male officers were doing stalking around PLAINTIFF'S house on the date and time PLAINTIFF has video footage of them. So, even LVMPD says there is no legitimate reason for them to be near the PLAINTIFF's brand new home! PLINTIFF is afraid for her life and the life of her family. As soon as a decision is made by this court to grant PLAINTIFF this motion to seal her record, she will supply a new mailing address for this court to resend PLAINTIFF her copy of the granted fee waiver.

For all these reason, PLAINTIFF humbly reqeusts that all of her contact information be redacted or sealed in this case, then PLAINTIFF will provide the court with updated mailing information and the court can send the granted fee waiver to her so she can get the sheriff to serve the defendant.



*Rev. 7/20/21*
*© Civil Law Self-Help Center*

(☐ *Check if continued on attached pages*)

DATED: *(insert date)* May 15, 2023.

*(Signature)*

*(Print your name)* Allanna Warren

Self-Represented



*Rev. 7/20/21*
*© Civil Law Self-Help Center*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I HEREBY CERTIFY that on *(insert date of service)* June 15, 2023, I served a true and correct copy of the above **MOTION** *(insert name of motion)* Motion to seal address and get fee waiver remailed to new address

by *(select which method of service you did)*:

☐ Electronic service via the court's electronic filing system.

☐ Hand delivery at the following address *(insert name of opposing party's attorney, or opposing party if unrepresented, and the address where you delivered)*:

______________________

______________________

______________________

______________________

■ Mailing via United States Mail in the State of Nevada, postage prepaid, to the following address *(insert name of opposing party's attorney, or opposing party if unrepresented, and address where you mailed)*:

Laura Martinez
5821 Smoke Ranch Road, Unit D
Las Vegas, NV 89108

______________________

DATED: *(insert date)* June 15, 2023.

*Name of Person Serving:* Allanna Warren
*Signature of Person Serving:*



*Rev. 7/20/21*
*© Civil Law Self-Help Center*