Case 2:23-cv-00601-GMN-EJY Document 1-3 Filed 04/24/23 Page 1 of 3

Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

**Admitted *Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>Defendant. | Case No. 2:23-cv-00601<br><br>**DEFENDANT'S AMENDED CERTIFICATE OF SERVICE** |

Defendant The Lincoln National Life Insurance Company ("Lincoln") files this Amended Certificate of Service and shows the Court as follows:

Lincoln previously served true and correct copies of the Notice of Removal and all other documents it has filed in this matter upon Plaintiff's by mailing said documents to the address as shown for Plaintiff in the State Court Action (7500 W. Lake Mead Blvd., Suite 9-104, Las Vegas, NV 89128), as well as via email at D1A2N3N4@proton.me and therealisrealites221@gmail.com. However, the copies of the documents sent via US Mail have now been returned to Lincoln by the US Postal Service as undeliverable "because the address was vacant or the business was no longer

Case 2:23-cv-00601-GMN-EJY Document 21-3 Filed 04/24/23 Page 2 of 3

operating at the location and no further information was available." Upon information and belief Plaintiff may now be served at 9620 S. Las Vegas Blvd., Suite E461, Las Vegas, NV 89123. Accordingly, Lincoln has now forwarded true and correct paper copies of all of its filings in this action to Plaintiff at that address.

Dated this 24th day of April 2023.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
**Admitted *Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

**- And -**

LAW OFFICE OF GEORLEN K. SPANGLER

By: */s/ Georlen Spangler*
Georlen Spangler
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

*Attorneys for Defendant*

Case 2:23-cv-00601-GMN-EJY Document 21-3 Filed 04/20/23 Page 3 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of April 2023, I electronically transmitted the foregoing, **DEFENDANT'S AMENDED CERTICATE OF SERVICE,** to the clerk's office using the CM/ECF System for filing.

I further certify that a true and correct copy of the foregoing was served upon the following non-CM/ECF Registrant via US Priority Mail and by Electronic Mail:

Allana Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
Email: D1A2N3N4@proton.me
Email: therealisrealites221@gmail.com
*Pro Se Plaintiff*

/s/ *Iwana Rademaekers*
Iwana Rademaekers