# Re: FW: Supreme Court Case 86401

From d1a2n3n4@proton.me <D1A2N3N4@proton.me>

To Supreme Court Clerk <nvscclerk@nvcourts.nv.gov>

Date Friday, May 12th, 2023 at 10:23 AM

---

Thanks

Sent with Proton Mail secure email.

------- Original Message -------
On Friday, May 12th, 2023 at 10:15 AM, Supreme Court Clerk <nvscclerk@nvcourts.nv.gov> wrote:

> Good morning,
>
> You would need to file a motion requesting the court seal or redact information you want protected from public view.
>
> .
>
> ---
>
> **From:** D1A2N3N4 <D1A2N3N4@proton.me>
> **Sent:** Thursday, May 11, 2023 12:56 AM
> **To:** AOC Mail <aocmail@nvcourts.nv.gov>
> **Subject:** Supreme Court Case 86401
>
> Good Morning,
>
> I am the plaintiff in the above matter and saw that my change of address is public record. I looked at the docket in my case and it was labeled 23-14796. I am currently being stalked and followed and wanted to know the procedure for making that part private or to redact that information.
>
> Any help is greatly appreciated.
>
> Thanks,

Allanna Warren

Sent with Proton Mail secure email.