Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>REPLY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND REQUEST FOR DAMAGES |

COMES NOW Plaintiff, ALLANNA WARREN, files her REPLY TO REPLY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND REQUEST FOR DAMAGES. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

**MEMORANDUM OF POINTS & AUTHORITIES**

On July 6 2023 PLAINTIFF received Defendant Lincoln National Life Insurance Company's response to PLAINTIFF'S MOTION FOR MEDIATION. Although the title of this pleading mentioned responding to PLAINTIFF'S Motion for Mediation, the pleading is mostly making the case for a dismissal. PLAINTIFF has responded to this pleading but wanted to

address a matter that was heavily discussed in the defendant's response. The pleading made numerous allegations that PLAINTIFF intentionally avoiding service. On page 6 defendant states, "one such envelope sent by regular mail, clearly states in large hand-written print "NO LONGER IN THIS ADDRESS." The return sticker, dated June 8, 2023, states "RETURN TO SENDER ATTEMPTED – NOT KNOWN UNABLE TO FORWARD RETURN TO SENDER." This hand-written statement is not in PLAINTIFF'S hand writing, which is very distinct. And the Defendant can't prove PLAINTIFF wrote those statement, PLAINTIFF sent any documents back nor willfully used a physical mail system to defraud them or this court. Defendant has made slanderous and libelous statements. These accusations are called defamation per se. Defamation per se is defined as:

> The tort of defamation refers to a false statement, either spoken ("slander") or written ("libel") that injures someone's reputation. However, some types of false statements are considered so damaging that they are deemed defamatory on their face ("defamation per se").

Defendant is claiming that PLAINTIFF is engaged in a crime. PLAINTIFF is being accused of mail fraud which is defined as, "Mail fraud and wire fraud are terms used in the United States to describe the use of a physical or electronic mail system to defraud another."

> Traditionally, there have been four general categories of untrue statements presumed to be harmful to one's reputation and therefore actionable as an injury claim.
>
> The four general categories of Defamation Per Se are:
>
> - Indications that a person was involved in criminal activity
> - Indications that a person had a "loathsome," contagious, or infectious disease
> - Indications that a person was unchaste or engaged in sexual misconduct
> - Indications that a person was involved in behavior incompatible with the proper conduct of his business, trade, or profession

The defendant is guilty of Defamation per se and PLAINTIFF is now due damages.

> **Defamation Per Se: Damages**
>
> Depending on the circumstances of the case, the following damages may be awarded in these claims:
>
> - *General damages*: The compensation for the past and future harm sustained to reputation in the community as well as mental or emotional anguish and personal humiliation.
> - *Special damages*: The compensation for specific economic loss caused by the defamation. This can include things like loss of profits and loss of a job.
> - *Nominal damages*: A nominal sum that can be awarded when defamation per se has occurred but no serious harm to reputation was done.
> - *Punitive or exemplary damages*: Additional sums meant to punish or set an example when the defendant's actions were willful or malicious.

The defendant can't prove their claim that PLAINTIFF, "has been intentionally avoiding service by choosing to return all envelopes received from Defendant's counsel." And are therefore guilty of Defamation per se and PLAINTIFF is due damages as spelled out above.

PLAINTIFF has been a victim of fraud by a governmental agency. Washoe County District Attorney's office conspired with PLAINTIFF'S former attorney, Ginna M. Orlandi, to create a fake settlement check, forge PLAINTIFF's signature, misspelled PLAINTIFF'S name in the forged signature, mail the check to PLAINTIFF'S former attorney, who cashed the check on a Wells Fargo account that PLAINTIFF is not a party on and stole the money. PLAINTIFF was not made aware of these crimes until Deputy District Attorney, Keith Munro, presented the information in an OSHA case PLAINTIFF had against Washoe County in 2021 Exhibit 1 is a copy of the fake check. So for the defendant's to claim PLAINTIFF is guilty of a criminal offense like mail fraud is especially devastating. PLAINTIFF was also a victim of a false arrest and jailed in solitary confinement for a crime that she did not commit. PLAINTIFF'S charges were dropped and she did not then nor does she now have a criminal record. Again, making

defendant's accusations even more damaging to PLAINTIFF'S reputation. On it's face PLAINTIFF is due compensation for the past and future harm sustained to PLAINTIFF'S reputation in the community as well as mental or emotional anguish and personal humiliation.

As PLAINTIFF has expressed at length, PLAINTIFF is suing multiple law enforcement agencies due to police misconduct and having this accusation put in court papers open to the public harms PLAINTIFF. Additionally, Lincoln Financial Group CEO Ellen Cooper, General Counsel Craig Beazer, manager Julie Donald, Ashley Tilley and Isabella Lombardi have all had access to PLAINTIFF's medical records and information. They are aware of PLAINTIFF'S mental anguish through gaining this information from PLAINTIFF'S former medical facility, Cano Health. Exhibit 2 is an email string between PLAINTIFF, her former employer Hilton Grand Vacations, Lincoln Financial Group and Cano Health. Clearly, everyone in the email string was and still is aware of what PLAINTIFF had been through and how it has affected her mentally. PLAINTIFF was essentially ignored throughout her dealings with Lincoln Financial Group, Hilton Grand Vacations, and Cano Health. But this email proves PLAINTIFF made everyone aware of what she had been through. PLAINTIFF is still going through mental anguish from all the entities she has mentioned in this briefing.

## CONCLUSION

For the reasons set forth above, PLAINTIFF would humbly request the court to award PLAINTIFF any and all damages set forth in the law, for the defendant's display of defamation per se.

Dated this 8th day of July , 2023.

Allanna Warren

Pro Se Name Allanna Warren

# CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing REPLY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND REQUEST FOR DAMAGES to The US District Court Nevada District on THE 8TH DAY OF JULY, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF