# EXHIBIT 1

WITH THE COUNTY TREASURER'S SIGNATURE THIS WARRANT IS A CHECK ON WELLS FARGO BANK, N.A., SUBJECT TO NEVADA LAW. VOID AFTER 180 DAYS

WASHOE COUNTY NEVADA 1861

**WASHOE COUNTY**
COMPTROLLER'S WARRANT
RENO, NEVADA

WELLS FARGO

036120

08/04/2021

$*****6,500.00***

THE TREASURER OF WASHOE COUNTY WILL PAY EXACTLY THE SUM OF *****6,500.00DOLLARS

To: WARREN, ALLANNA
C/O LAW OFCS OF GIANNA ORLANDI, ESQ
1180 NORTH TOWN CENTER DR., STE. 10
LAS VEGAS NV 89144

COUNTY TREASURER
[signature]

COUNTY COMPTROLLER
Cathy Hill