# RE: Lincoln Financial claim number 13633599

From d1a2n3n4@proton.me <D1A2N3N4@proton.me>

To LFGCommunications_D53<LFGCommunications_D53@lfg.com>, giorgio.castaldo@hgv.com, Nicholas Lupu<nicholas.lupu@hgv.com>

CC At Your Service<atyourservice@hgvc.com>, Amanda Mohen<amanda.mohen@hgv.com>, HGVBENEFITS@HGV.COM, Alison Girard<alison.girard@hgv.com>, Moncada, Fatima<fatima.moncada@hgv.com>, Iran Watson<iran.watson@hgv.com>, DisabilityDocuments<DisabilityDocuments@lfg.com>, LFGCommunications_D53<LFGCommunications_D53@lfg.com>, Luis Bobbys<Luis.Bobbys@canohealth.com>, Juliana Ramirez<juliana.ramirez@canohealth.com>, Eva Sanchez<Eva.Sanchez@canohealth.com>, Maggie Arias-Petrel<Maggie.Arias-Petrel@canohealth.com>, Marlow Hernandez<mhernandez@canohealth.com>, jhernandez705@hotmail.com, isabella.lombardi@lfg.com, Tilley, Ashley<Ashley.Tilley@lfg.com>

Date Friday, January 13th, 2023 at 11:28 AM

---

Please add the attachments to my appeal from Lincoln Financial Group dated 1/11/23.
I have included the stress, anxiety and depression I was constantly subjected to at Hilton Grand vacations. Please note in every example you can see that I informed management and HR what was happening.

- On 11/8/22 a supervisor, Demontre Thomas, sent a chat stating "snitches get stitches" as a threat to me because I turned HGV in to EEOC and I was telling what was going on with the harassment I was being subject to at work and at home and with the police. I informed management as you can see but nothing was done about this and this email was never followed up on.
- On 9/23/22 I emailed HR and management about SPIFFS that were due to me. I was one of the top sellers on team 9 but since starting at HGV I couldn't get my correct SPIFFS paid to me. This caused stress because this was money I earned to feed my family and I am due these incentives. SPIFFS are sales incentives to help agents get sales. Well as you see in the amounts I sold a lot and normally achieved the SPIFFS. At one point HJGV owed me over $600 in unpaid SPIFFS. I should not have to stress over getting paid what is due me. I should not have had to babysit people to make sure I get incentives that I earned. Not to mention the exurbanite amount HGV earned off each sale I made.
- I wasn't even getting the correct hours. On 11/13/22 I was emailing ot make sure that someone corrected an error that was made because the computer system for the company went down. My clock in application said I left early which was not true. The system shut everyone out. I did not leave work early, I could not log into my computer during my shift because of a systemwide shutdown. I had to constantly ask if someone can correct this mistake but nothing was done about this either. I even added screenshots of the issues so they could see the mistake.
- On top of all of this my new supervisor Tiffany Trammel, my old supervisor Krys Wainright was fired because he saw and reported employees/supervisors following and stalking me while at work, was lying on me. In this email I asked them to put a sale I had on a call back so I could call the customer back. Tiffany says she needs a phone number. They system often took customers numbers out, this is why I had to request a call back as they system deletes the numbers. Instead of listening to me, she tells me that, "When you entered the guest's address you inadvertently left the phone number out of the guest's record." I told Tiffany that I did not inadvertently do anything wrong. Only after Adam Hoffman, manager, confirms that the system takes the number out did Tiffany apologize to me.

As you can see, anyone who has had to endure this for almost a year would be stressed out. Having to endure stalking, surveilling, following, threats from management and co-workers/supervisors, having the police come up to spread lies to a new job in a new town, harassment, discrimination, false accusations from management, embarrassment, violation of my HIPAA/PIH, ridiculed, being made fun of and other violations of my rights was why I was then and am now disabled. I have provided tremendous evidence of my preexisting medical conditions, which my doctor sent a note explaining the result of stress and anxiety on me, but HGV doesn't care neither does LVMPD, Sparks PD, Laura Martinez, Michael Silva, Bo Jones or BDJ Realty.

Because I have upcoming litigation against HGV I will provide a little more evidence for my appeal here but my attorney is advising that I not give HGV everything we have.

Thank you and I am looking forward to hearing a decision within 45 days of my appeal date.

Allanna Warren

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, January 12th, 2023 at 2:54 PM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:

> Julie, what special circumstances would make a decision about my appeal filed yesterday 1/11/23 go for 90 day? Please explain, when you have had my claim since 12/8/22.
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Thursday, January 12th, 2023 at 12:35 PM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:
>
>> The following attachments are medical records about my preexisting conditions from a previous employer who racially discriminated against me like Hilton Grand Vacations has. They subjected me to the same conditions that I have reported with Hilton Grand Vacations and the symptoms are the exact same. Having these previous conditions were made worse because of the environment at work and at home via LVMPD and Sparks PD and perpetuated by my neighbors, coworkers, supervisors, and complete strangers. I was previously found disabled. As my doctor Meghan Pailing expressed in her August/September letter, stress and anxiety worsen my preexisting conditions. My HIPAA and PHI have been violated by both police departments when they release a picture showing my alopecia and reported my medical conditions which were made fun of at Hilton Grand Vacations and around my home by Laura Martinez, Michael Silva, Bo Jones among others. Please add this as evidence in my appeal of the 1/11/23 Lincoln Financial Group Short term disability decision.
>>
>> Sent with Proton Mail secure email.
>>
>> ------- Original Message -------
>> On Wednesday, January 11th, 2023 at 10:13 PM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:

11.The next clip is of my racist neighbor continually calling the police to harass me while I am trying to work. Would you think this would cause stress, anxiety, depression, mental anguish etc. on a person who still has to keep up stats and maintain a positive attitude while working? Maybe a licensed mental health professional may agree.

12.I have my team member report turned in 11/17/22

13.I have attached screen shots of co-workers, who the police were using, and supervisor Paul Maroe making fun of me in the Teams chat ,who all employees can see, by using putting up a police scene with Martin Lawrence wearing a police body armor. They wanted me to know they know I was falsely arrested and thought it was funny.

14.I put in an email I sent to HR on 11/13/22 where I asked for ADA accommodations for my stats.

15.I added an email I sent the night of 11/14/22 when I had to go home early. I had extreme anxiety and fear that Hilton Grand Vacations was going to retaliate against me because I put in an EEOC discrimination claim against them. Even though it is illegal to retaliate against an employee because they utilized their American right to complain to a government agency, Hilton Grand Vacations was going to do just that and fire me. I was so sick I was telling my customers of my illness. TO HILTON GRAND VACATIONS: DO NOT DISTROY ANY TAPES, PHONE CALLS, RECORDS ETC. BECAUSE THEY WILL NEED TO BE SUBPEONED FOR COURT. PLEASE TAKE THIS AS A FORMAL DELETE AT YOUR PERIL: PRESERVE ELECTRONIC EVIDENCE REQUEST.

16.I included an email between me and management from 11/9/22 where I was asked to attend a mandatory meeting after I reported having to turn Hilton Grand Vacations in for discrimination and reported being stalked by employes and supervisors, namely Paul Maroe. You can read where Giorgio Castaldo denied me having legal representation in that mandatory meeting and he also threatened my job and that I would be under investigation because I complained. I believe this would stress anyone out and give anyone who is being victimized at work and at home anxiety and depression, don't you? I mean since Lincoln Financial Group uses opinions from unlicensed mental health professionals and this company relies upon those opinions to make decisions and all. I said again on 11/9/22 that I don't feel well at this time as well.

17.Not only was I stressed about the retaliation from management, but my hours were not being paid correctly. I had to contact management all the time to put in my hours correctly, or pay me correctly for my SPIFFS or put in my overtime right. I work to get paid and having to babysit management to get my hours, SPIFFS and payment right should not be a concern but for me it was, all the time.

Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, January 11th, 2023 at 9:20 PM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:

> I am appealing Julie's decision for multiple reasons, which are not exhaustive, detailed below:

1. I resent your characterization of the communication between me and Lincoln Financial. My first email notification was on 12/8/22. It was a notification regarding my claim. Ashley Tilley was named as my Claims examiner. I called Ashley on 12/8/22 explaining that I did not understand the email and I wanted to speak with her. I never heard back. I called again several times that same week and left messages with Ashley and still never heard back. A LFG operator also sent Ashley an email telling her that I called and to call me back. I left another message on 12/12/22 asking Ashley to contact me and still never heard anything. I then receive an email from Ashley on 12/14/22. In it Ashley writes, "
   ***Below are some questions pertaining to your short term disability, please provide the following details so that I will be able to process your claim as of your reported date of disability."*** I returned the completed email on 12/14/22 about two hours later, time was 1:123 pm pacific time. I heard nothing after this email. After trying to contact Ashley numerous times I was left not choice but to email CEO Ellen Cooper on 12/16/22 stating, "*Good evening Ellen,*

   *I am new to Lincoln Financial through my company. I have been out of work since 11/15/22. I received a correspondence from Ashley Tilley on 12/8/22 and have been trying to speak to her since then. At that time I left several voice mails to her to contact me back so I can ask questions and understand the process. I never received anything from her. and her voicemail said she would be out until 12/12/22. Then on 12/14/22 she sent me the below questions. I promptly returned the below answers in red. I then tried to call her again to make sure she received this and inquire on next steps and when to expect payment today 12/16/22. I left her a voicemail. Today's voicemail message said she would be out until 12/19/22. I am without income at this time, and receiving this payment is crucial. I am not sure why Ashley is always absent and why her absence is delaying my case. Can you please look into this for me? I have been out of work for a month now. I didn't even hear from her until 12/8/22. Any help is greatly appreciated. Also, when I called today a gentlemen sent her a message to check her email so I can get some help. I am sure you can understand that this is the holidays and prompt payment is needed.*

   *Happy Holidays,*
   *Allanna Warren*
   *Claim #13633599"*

2. I did not hear from anyone until Monday 12/19/22. This is 11 days from the first correspondence from LFG. I spoke with Julie where I explained to her about my treatment by LFG staff and to never have Ashley communicate with me again. I asked for another examiner. I was given Isabella Lombardi. She was just as terrible as Ashley. I tried to work with Bella who asked me for medical records which I requested from Cano Health along with Bella I guess. Cano Health was unresponsive to both of us. I went on 12/20/22 to Cano Health Red Rock to try to obtain my records myself. I met Raul who told me that Bella was speaking with corporate and if she can get the medical records request to him that day he can do it before he leave for holiday break from 12/21/22 to 1/3/23. I desperately called Bella and left messages expressing to her that Raul was waiting on her fax so he can work on my records which she said were necessary to make a decision. I called and spoke with Tyler who faxed over the information to Raul. I can't babysit everyone, so I assumed that Raul handled the issue. Well it turns out that Raul went on vacation

and my records request didn't get done by Cano health. I left Bella a message but never heard back from her. I don't hear from anyone until I call Bella on 12/27/22 to inquire about my claim. She says that she faxed Cano Health and they just sent back the same page she sent them. I asked her why didn't she follow up that fax with a call? Bella had nothing to say about this. I get Bella and Cano health on the three way call to try to resolve the issues with my claim. That call was unproductive as Angelica from Cano health had no influence and could do nothing about my records. All she could say was Connors and Juliana were out on vacation until 1/3/23 and no one would help me.

3. I was then forced to contact the CEO of Cano health. I received a call from Luis bobby's. I reported the horrific, unprofessional and malpractice I and other patients suffered at the Red Rock facility and that I nor LFG can get medical records, which at this time I was told was the only thing needed to make a decision. I also inquired about why Connors did not get my medical records from my previous doctor. Bobbys said he would look into it but like everything else that was not done.
4. Luis Bobbys, Julie Donald and I got on a three-way call on 12/30/22, at my behest as my treatment from LFG and Cano Health was a dereliction of duty and negligence on both organization's part. In that conversation it was established that Bella was a liar as she had lied to me and Luis Bobby's about what was considered mandatory to make a decision on my claim. Julie said to me and Luis Bobbys that all LFG needed was my Cano Health medical records to make a decision. Luis bobbys suppled those records on 12/30/22. I received a confirmation email from Julie Donald indicating, "Good afternoon, I can confirm 24 pages were received and the claim has been sent for clinical review."
5. On 1/3/23 I hear from Juliana that Connors filled out a form for LFG and faxed it over. I emailed the form myself as I have no faith in anything Cano health does.
6. Then on 1/4/22 Julie's entire story changes. Now she says that the next hurdle she puts up for me is that Clinical has to reach out to Mr. Connors as part of the review. I replied to her email with this, "Is this customary? If Connors filled the paperwork out, why is it necessary to also reach out to him as part of the review process? Are you trying not to give me these benefits? It seems like you are trying to find a reason not to give me the benefits I have not been paid since 11/15/22? Are you trying to hold up my payments? What is the motivation?" I also emailed Mr. Craig Beazer this, "Mr. Beazer,

   Could you please help me in this situation. First, Ashley Tilley told me that she can make a decision on my claim after filing out a questionnaire which I did on 12/14/22. I have been out since 11/15/22. Then, Bella Lombardi tells me first that all she needs to make a decision on my claim is my medical records which she was provided in December. Next, Julie told me Friday 12/30/22 that my medical records are the only thing your company needs to come to a decision on my claim and my claim was in medical review. Today she says that she received the form from my medical facility 112/30/22 and 1/3/23 but now she says she has asked for the reviews to contact my medical facility. Why are there so many delays on a decision on my claim? Why every time I leap over one hurdle there is another one put in front of me? Why is there continual stopping blocks placed in my case?

   Any help in the situation is greatly appreciated.
   Allanna Warren"

7. I never heard back from Mr. Beazer but I heard from Julie today 1/11/23 that Clinical just spoke with Mr. Connors yesterday 1/10/23.
8. I was so upset at my treatment I got the HR from Hilton Grand Vacations involved as trying to deal with Cano Health and LFG alone is and has been a complete nightmare and I am speaking about legal movement for malpractice on many company's parts with this entire thing. Not only is everyone guilty of maleficence, malpractice, neglect of a protected class citizen, dereliction of duty but also medical, racial, sex and ADA discrimination.
9. I added some additional evidence to this email. I included my amended Sparks/LVMPD intentional misconduct case so you all are familiar in case you are called in either case. I have added the lawsuit against my racist neighbor, Michael silva, who constantly called me insane. Since LFG has used a nonmedical doctor not licensed in mental health in the state of Nevada to make a decision then a racist neighbor's opinion about my mental health should be taken into consideration as well as racist police.
10. I have included videos of my neighbors harassing me while I worked from home. You can hear me on the phone working when an unsolicited neighbors decided to pound on my door as I am trying to keep up my stats.

Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, January 11th, 2023 at 2:50 PM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:

> I also want to point out that Mr. Connors is legally a physician's assistant and not a doctor . So relying on him for a medical diagnosis is not professional. I have not seen a licensed mental health professional. The last mental health professional Cano Health gave me called Axis, scheduled me for an appointment on 12/26/22 when they were closed because of Christmas. Why would they schedule me for an appointment on a day they knew they were closed? They also told me, when I called to confirm my 12/26/22 appointment that there was not another appointment until 1/23/23 and then the receptionist tells me that she will see if the doctor can see me earlier and hangs up in my face. I am scared and very concerned with the treatment I will receive from the next mental health professional Cano sends me to on my upcoming appointment on 1/24/23 with Changing Minds psychiatry. If they are like Axis I fear being seen there. I have had to turn in Cano Health to Luis Bobbys for numerous malpractice events. One was that in order to get a chest x-ray you have to disrobe in front of a male aid. There are no bathroom's patients are given for privacy. I have experience this along with other female patients which I reported to Luis Bobbys and nothing has been done as of yet. Next, the person whose name is Uday does PFT test for Asthma patent's. He told an elderly patient that he can not perform the duties of his only job, to conduct PFT tests, because he lacks the mouth pieces to conduct the tests properly. I relayed other concerns to Mr. Bobbys and nothing has been done. I am very worried about my and others treatment at Cano Health. I believe Cano Health fired/laid off a competent allergist named Debbie at the Red Rock facility. So Lincoln Financial is relaying on a physician's assistants, not a licensed Physican in the state of Nevada schooled in mental health protocol, from incompetent staff to make a decision. In Las Vegas it seems like all medical professionals here operate just under the radar so they won't be shut down, which in my opinion they should.
>
> Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, January 11th, 2023 at 2:27 PM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:

My first pieces of evidence for my appeal is evidence from my lawsuit against the Sparks PD for Intentional Misconduct. This information is provided by Officer Ginger Miller which states that, "...she perceived that the complainant (Allanna Warren) had mental issues" and, "she [Officer Ginger Miller] is concerned for the mental health of the Plaintiff (Allanna Warren)."
Second, is video evidence from Sparks Police Officer Patterson, who is the live in boyfriend of Officer Ginger Miller, where he states that Allanna Warren is mentally "unstable". Now that I have shared this information, please be advised anyone on this email is subject to being subpoenaed in the Sparks/Las Vegas Misconduct case as a matter of procedure. I appreciate all of your cooperation going forward. Additional evidence for my appeal will be forthcoming.

I appreciate it very much,
Allanna Warren

Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, January 11th, 2023 at 12:48 PM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:

I will be appealing the decision made by Julie Donald. As I indicated via email it sure did and does seem like you were looking for any reason to decline my claim. I am formally notifying everyone on this email that I am appealing this decision.

Thanks,
Allanna Warren

Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, January 11th, 2023 at 12:03 PM, LFGCommunications_D53
<LFGCommunications_D53@lfg.com> wrote:

Good afternoon Allanna,

This is to confirm our phone conversation today discussing the status of your claim. A letter has been sent to your email.

Thank you,

**Julie Donald**
Manager
Short Term Disability
800-210-0268 ext 16139 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** D1A2N3N4 <D1A2N3N4@proton.me>
**Sent:** Tuesday, January 10, 2023 11:00 PM
**To:** At Your Service <atyourservice@hgvc.com>; Amanda Mohen <amanda.mohen@hgv.com>; HGVBENEFITS@HGV.COM
**Cc:** alison.girard@hgv.com; fatima.moncada@hgv.com; iran.watson@hgv.com; Cooper, Ellen <Ellen.Cooper@lfg.com>; ellencoop@gmail.com; DisabilityDocuments <DisabilityDocuments@lfg.com>; LFGCommunications_D53 <LFGCommunications_D53@lfg.com>
**Subject:** Lincoln Financial claim number 13633599

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Evening,

I am writing to inquire about the status of my claim. It is claim number 13633599.

Thank you,

Allanna Warren

Sent with Proton Mail secure email.