UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ALLANNA WARREN,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

Case No. 2:23-cv-00601-GMN-EJY

**ORDER**

Pending before the Court is Plaintiff's Motion for Mediation. ECF No. 16. Plaintiff is interested in settling the case at this time. Defendant filed a Response demonstrating it believes this action will be dismissed based on ERISA preemption. ECF No. 22 at 2. Plaintiff did not oppose Defendant's Motion to Dismiss. *See* the Docket, generally. Defendant is not interested in settling given what it sees as a likelihood of dismissal. Plaintiff's Reply brief (ECF No. 24) addresses issues raised in motions this Order does not address.

While the Court may order parties to participate in a settlement conference at any time it believes doing so would prove fruitful (Fed. R. Civ. P. 16(a)(5)), the Court finds the posture of this case is such that requiring Defendant to participate in a settlement conference before the Motion to Dismiss is decided would be an inefficient use of judicial resources.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Mediation (ECF No. 16) is DENIED without prejudice. Plaintiff may file a renewed motion for referral to a settlement conference if the pending Motion to Dismiss is not granted in its entirety and without leave to amend.

Dated this 7th day of July, 2023.

Elayna J. Youchah

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE