# Filing Submitted for Case: 23A000316; Allanna Warren, Plaintiff(s)vs.Lincoln Financial Group, Defendant(s); Envelope Number: 11529737

From no-reply@efilingmail.tylertech.cloud <no-reply@efilingmail.tylertech.cloud>

To d1a2n3n4@proton.me<D1A2N3N4@proton.me>

Date Thursday, March 23rd, 2023 at 12:26 PM

# Filing Submitted

Envelope Number: 11529737

Case Number: 23A000316

Case Style: Allanna Warren, Plaintiff(s)vs.Lincoln Financial Group, Defendant(s)

**Filing Details**

| | |
|---|---|
| **Court** | Las Vegas Justice Court |
| **Date/Time Submitted** | 3/23/2023 12:25 PM PST |
| **Filing Type** | CVPSER - Proof of Service |
| **Filing Description** | Proof of service |
| **Type of Filing** | EFile |
| **Filed By** | Allanna Warren |
| **Filing Attorney** | |

**Fee Details**

Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.

If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days).

**Total:**$0.00

For additional details regarding your fees click the link below
https://nevada.tylertech.cloud/OfsWeb/FileAndServeModule/Envelope/ViewPrintableEnvelope?

Id=11529737

| Document Details | |
|---|---|
| **Document Title** | 3.23.23 proof of service for case 23A000316 LFG.pdf |
| **Lead Document Page Count** | 1 |
| **Lead Document** | Download Document |
| This link is active for 90 days. | |

For technical assistance, contact your service provider

ODYSSEY eFileNV Need Help? Help

No Lawyer? Start Here
Visit: https://nevada.tylertech.cloud/
Email:efiling.support@tylertech.com