Lincoln Financial Group®

Date: February 13, 2023

Subject: **Appeal Nursing Memorandum**

Claim#: 13633599

Employee: Allana Warren

Date of Birth: 10/21/1977

Date of Disability: 11/15/2022

Review of medical records on file completed. This review is limited to the clinical information in file consisting of provider documentation, diagnostic reports, and the completion of claim forms. NDC will not comment on content of emails or other nonclinical documents. The employee separated from work in November 2022. She has symptoms of anxiety.

[redacted]

[redacted]

Physician assistant Jesse Connors evaluated the employee on November 18, 2022. This was to establish care. The employee has a diagnosis of anxiety disorder unspecified, depression, unspecified, and dermatitis unspecified. The employee has a diagnosis of asthma. She utilizes the inhaled medications albuterol and Advair. [redacted]

[redacted]. She was prescribed the antidepressant escitalopram 10 mg.

[redacted]

[redacted] She says she has a history of anxiety and depression, [redacted]. She does not remember what medications she took. She has nausea, concentration, and irritability. She has an exacerbation of anxiety and depression and would like to see a counselor. [redacted]

On January 3, 2023, physician assistant Connors completed a treating provider statement. Symptoms began on November 18, 2022, of anxiety and stress. The employee also has dermatitis. The primary diagnosis is anxiety.

[redacted]

There is a document noting past visits the employee had with physician assistant Jesse Connors. The records only contain evaluations by physician assistant Connors on November 18, 2022, and December 16, 2022, as noted above.

[redacted]

The employee has reported symptoms of anxiety and depression. [redacted]. The employee was prescribed escitalopram, an antidepressant. [redacted]

[redacted] There is no clinical information regarding the efficacy of this medication, nor any indication the employee has documented side effects by a clinical provider. The employee is not engaged in psychotherapy and there has been no escalation of care to an intensive treatment program or evaluation by a psychiatrist. [redacted]

[redacted]

Bill M., RN, BS, FLMI, CCM

Nurse Disability Appeals Consultant II, Lincoln Financial Group