# Small Claims Evidence form Case 23A000222 Warren Vs. Cano Health

---

From d1a2n3n4@proton.me <D1A2N3N4@proton.me>

To Luis Bobbys <Luis.Bobbys@canohealth.com>, Colorado Civil Rights Division <dora_ccrd@state.co.us>, Ward - DORA, Benjamin <benjamin.ward@state.co.us>

CC Accommodation Requests <Leaves.Accommodations@hgv.com>, Martha Tinajero <Martha_Tinajero@choosebroadspire.com>, At Your Service <AtYourService@hgv.com>, Gina De Sousa <gina.desousa@hgv.com>, Alison Girard <alison.girard@hgv.com>, Iran Watson <iran.watson@hgv.com>, ellen.cooper@lfg.com, ellencoop@gmail.com, Eva Sanchez <Eva.Sanchez@canohealth.com>, craig.beazer@lfg.com, ctbeazer@gmail.com, Marlow Hernandez <mhernandez@canohealth.com>, Juliana Ramirez <juliana.ramirez@canohealth.com>, LFGCommunications_D53 <LFGCommunications_D53@lfg.com>, DisabilityDocuments <DisabilityDocuments@lfg.com>, Maggie Arias-Petrel <Maggie.Arias-Petrel@canohealth.com>, michael.hoberman@choosebroadspire.com, marc_cunningham@choosebroadspire.com, dora_ccrdintake@state.co.us

Date Tuesday, February 14th, 2023 at 1:04 PM

---

So glad that Nurse who reviewed my file said the same thing I have been reporting since I first went to Cano Health. Lincoln Financial based their initial denial of my benefits based upon a Physician's assistant who is not a doctor. Mr. Connors is not a licensed psychiatrist or Psychologist. Bella Lombardi, Ashley Tilley and Julie McDonald made a decision based on Mr. Connors phone conversation and medical records where he only saw me twice. Mr. Connors never got additional medical records from my previous medical provider, as is standard procedure in the medical field for a brand new patient. Even when I told the Director of Cano Health, Luis Bobbys, Mr. Connors did not get my medical records, he said he would look into the subject but never did. Lincoln Financial should have never relied on a physician's assistant, who is not specialized in the conditions I suffer from, to make a decision! The nurse concurred with my analysis of the incompetence of the haphazard, mishandling of my case from the beginning. I am currently under a psychologist care, thank the most high, but because law enforcement is involved and for my privacy I can not revel their name. As I stated it was medical malpractice for Mr. Connors to have prescribed me any medication without an evaluation and without follow up after prescribing the medication. And because I exposed this malpractice to everyone on this email string, Cano Health and Mr. Connors retaliated against me and told me to seek medical attention somewhere else because Cano Health has no doctors at Cano Health. Fortunately, Mr. Connors said this on a zoom conference which was recorded. So for the nurse to say that there was no follow up after medication was prescribed to me can never happen because Cano Health and Mr. Connors have thrown me out. So I am left without care because I told the truth about how Cano Health runs their medical facilities. Also, when I tried to get a referral to a physiatrist or psychologist from Cano Health I was told by the referral department to find one myself. So there was never any care from Cano Health. The first psychiatrist they sent me to was Axis and they ran me around. I even complained to Mr. Connors about my treatment from Axis scheduling me for an appointment on a day they were closed.

On 1/30/23 Mr. Connors filled out another leave form, and told me to go kick rocks. Cano Health has banned a protected individual who needs further treatment from receiving care at their facility because I exposed them for the track record of malpractice in the Las Vegas area. So, the victimization I have faced at the hands of Hilton Grand

Vacations, LVMPD, Sparks PD, the City of Sparks, Washoe county, Washoe co8untu jail, officer Ginger Miller, Judge Connie Steinheimer, Judge Jones, Officer Jones and Officer Patterson continues with Cano Health and Lincoln Financial Group.

Las Vegas Justice Court: Please add this as evidence in the above case.

Thank you,
Allanna Warren
Sent with Proton Mail secure email.

------- Original Message -------
On Monday, February 13th, 2023 at 1:26 AM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:

> Please see attached. Lincoln please add this to my appeal.
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Monday, January 30th, 2023 at 10:36 AM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:
>
>> Just to inform everyone. I had an over the zoom appointment with Mr. Connors this morning before my 10:15 am scheduled appointment. He will be filling out my leave paperwork and emailing me a copy. I will get that to the appropriate entities upon receipt.
>>
>> Thanks,
>> Allanna Warren
>>
>> Sent with Proton Mail secure email.
>>
>> ------- Original Message -------
>> On Friday, January 27th, 2023 at 1:35 PM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:
>>
>>> What does Iran Watson want? What is the purpose of him calling me and leaving a message about my ADA leave? Please explain! Thanks.
>>>
>>> Sent with Proton Mail secure email.
>>>
>>> ------- Original Message -------
>>> On Monday, January 23rd, 2023 at 10:11 AM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:
>>>
>>>> I just received a message from Juliana this morning (1/23/23). She asked me for a phone appointment to fill out my leave paperwork. I called and scheduled it for the first available on 10:15 am on 10/30. The operator said Juliana will call me. I wanted to make sure everyone knows this information to stay on the same page.