Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>PLAINTIFF REQUEST FOR CASE STATUS |

COMES NOW Plaintiff, ALLANNA WARREN, files her PLAINTIFF REQUEST FOR CASE STATUS. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

**MEMORANDUM OF POINTS & AUTHORITIES**

On April 19, 2023 Lincoln Financial Group (LFG) removed this action from the Las Vegas Justice Court Small Claims Court. PLAINTIFF was not notified about this action being removed as the defendant did not properly serve PLAINTIFF, nor file a proper or truthful proof of service in this court. PLAINTIFF became aware of this pending action the end of June 2023. Since becoming aware of the case, the following motions have been filed:

- 6/26/23 PLAINTIFF filed MOTION for Mediation and MOTION to have Access to the Electronic Filing System
- 4/24/23 LFG filed MOTION to Dismiss and MOTION for Relief from Early Neutral Evaluation

There have been rulings from Magistrate Youchah which are:

- 4/20/23 ORDER setting Early Neutral Evaluation session and ORDER Granting 8 Verified Petition for Permission to Practice Pro Hac Vice
- 4/26/23 MINUTE ORDER IN CHAMBERS
- 6/28/23 MINUTE ORDER IN CHAMBERS
- 6/30/23 MINUTE ORDER IN CHAMBERS
- 7/7/23 Plaintiff's Motion for Mediation (ECF No. 16 ) is DENIED without prejudice.

There has been no action in this case since PLAINTIFF filed REPLY to 29 Reply to 11 Motion to Dismiss on July 11, 2023. FRCP Rule 16 states:

> **Rule 16. Pretrial Conferences; Scheduling; Management Primary tabs**
>
> (a) PURPOSES OF A PRETRIAL CONFERENCE. In any action, the court may order the attorneys and any unrepresented parties to appear for one or more pretrial conferences for such purposes as:
>
> (1) expediting disposition of the action;
>
> (2) establishing early and continuing control so that the case will not be protracted because of lack of management;
>
> (3) discouraging wasteful pretrial activities;
>
> (4) improving the quality of the trial through more thorough preparation; and
>
> (5) facilitating settlement.
>
> (b) SCHEDULING.
>
> (1) *Scheduling Order.* Except in categories of actions exempted by local rule, the district judge—or a magistrate judge when authorized by local rule—must issue a scheduling order:
>
> (A) after receiving the parties' report under Rule 26(f); or
>
> (B) after consulting with the parties' attorneys and any unrepresented parties at a scheduling conference.
>
> (2) *Time to Issue.* The judge must issue the scheduling order as soon as practicable, but unless the judge finds good cause for delay, the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared.

To the date of this pleading FRCP Rule 16 has been utilized by this court. There has never been a pre trial conference held in this case. There has never been a scheduling order in this case. FRCP Rule 16(b)(2) states, "(2) *Time to Issue.* The judge must issue the scheduling order as soon as practicable, but unless the judge finds good cause for delay, the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared."

CONCLUSION

Therefore, PLAINTIFF is requesting to know what the status of this case is. There has been replies and responses filed back and forth but no other movement.

Dated this 18th day of July , 2023.

Allanna Warren

Pro Se Name Allanna Warren

## CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing PLAINTIFF REQUEST FOR CASE STATUS to The US District Court Nevada District on THE 18TH DAY OF JULY, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF