Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>PLAINTIFF AFFIDAVIT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS |

COMES NOW Plaintiff, ALLANNA WARREN, files her PLAINTIFF AFFIDAVIT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

**MEMORANDUM OF POINTS & AUTHORITIES**

It has become evident that the defendant is no stranger to lawsuits, complaints and unscrupulous behavior. PLAINTIFF is submitting this pleading to highlight the similarities of PLAINTIFF'S case to the many other cases against the defendant. The Exhibits are as follows:

- Exhibit 1- Published on September 21, 2017, titled Policyholder Claims Lincoln Financial Group Unlawfully Raised COI Rates. This article explains that the policyholders claim the companies unlawfully increased their cost of insurance (COI) rates.
- Exhibit 2- Published May 22, 2022, on Complaints Board website. This complaint is specifically against Isabella Lombardi, just as one of PLAINIFF'S complaints is against Isabella Lombardi.
- Exhibit 3- Published on March 27, 2022, on Complaints Board website. Another customer complains about the unprofessional behavior displayed by LFG employees. This customer says, "I was told someone would contact me back within 24 hours and it always took multiple phone calls and days until someone would try to reach me." PLAINTIFF even reached out to LFG CEO Ellen Cooper and was ignored as well.
- Exhibit 4- Published on February 11, 2011 on Complaints Board website. The title is "Bullying and Harassment of Employees." The title speaks for itself.
- Exhibit 5- Filed on September 27, 2021 in the US District Court for the Eastern District of Pennsylvania.

Obviously, the defendants have a long track record of abusing, discriminating, mistreating, and bullying its customers and employees. PLAINTIFF was victimized by some of the same employees as other American's.

CONCLUSION

For the reasons set forth above, PLAINTIFF would humbly request the court to deny the defendant's Motion to Dismiss and award PLAINTIFF any and all damages set forth in the law.

Dated this 21st day of July , 2023.

Allanna Warren

Pro Se Name Allanna Warren

## CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing PLAINTIFF AFFIDAVIT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS to The US District Court Nevada District on THE 21ST DAY OF JULY, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF