# Lincoln Financial Group reviews & complaints

## The good, the bad, and the ugly - discover what customers are saying about Lincoln Financial Group

Welcome to our customer reviews and complaints page for Lincoln Financial Group. We understand that making informed decisions about where to invest your time and money can be challenging, which is why we've created this platform for our community to share their honest feedback about their experiences with Lincoln Financial Group.

On this page, you'll find a comprehensive collection of reviews and complaints from real customers who have used Lincoln Financial Group's products or services. Our reviews are authentic and unbiased, providing you with a complete picture of the company, its products or services, and their customer service.

Whether you're considering doing business with Lincoln Financial Group, or you've already had an experience with them, our community's reviews and complaints will give you a valuable perspective on what to expect. Our goal is to help you make informed decisions about where to invest your time and money, and we hope that our platform will be a valuable resource for you.

Please feel free to browse our reviews and complaints and share your own experience with Lincoln Financial Group. Your feedback is an important part of our community and will help others make informed decisions.

D **Diane63** of US
May 22, 2022 6:38 pm EDT Verified customer

## Unpaid for short-term leave

On April 6th, 2022, I was approved for medical leave to have surgery. Isabella Lombardi was in charge of my case and since this was all new to me, I called to get as much information as I could. She told me I was approved and would receive 60% of my pay after I had been out for 7 days. I told her that my doctor informed me he would give me 10 days and felt that was too short, but I didn't feel I had a choice. I had bladder cancer and would have a catheter bag for 8 days and to be off work. She told me she would see if I could get longer time and she would get back to me.

I had the surgery but hadn't heard back from Ms. Lombardi so I sent her an email asking when I

should report back to work because I did receive the approval that stated when the short term would start but it had no back to work date. In fact; I didn't here from her for over a week. By that time I went back to work on April 18, 2022 in pain and everyone wondering why I was back so soon. finally on Thursday the 21, 2022 I finally heard from Ms. Lombardi telling me that I was off until May3, 2022. She stated she was sorry for not letting me know that and she had been out the office. I told her I had already worked the 4 days in pain. She said stay at home until then and she would fix the situation and I should be receiving a check in the amount of 544. 38 and do not cash it so that I wouldn't have to pay back in overages. I agreed and was hoping everything was ok.

I went back to work on May 3rd and continued to call and leave messages for Ms. Lombardi when I realized I was being ignored and wondering when I would receive my check because I had no income. She wrote back to say she's waiting on my doctor to send medical records to review for the reopening of my claim!

I kept calling only to be reassigned to someone I had never spoke with before. she told me the same thing to not cash to check which was over 30 days old. She was also very rude and unprofessional. said she would call me back but I never heard anything from her either. Just totally being ignored with phone calls and emails.

I was so desperate and the check that was sent to me that she asked me not to cash had sat on my countertop. My mortgage was past due, my car note along with not being able to even buy food so, I cashed the check only to find that the check was returned and my bank charged me a 12.00 fee. This company only responded blatantly by having their check return the money. I have had to beg and borrow to get by and my bank account is depleted.

I had surgery April 6th and the only check I received was for the 4 days I went back to work from my company; which wasn't enough to get by and that was April 22,2022. I haven't received any monies since then.

I am owed this money from Lincoln Financial yet they have ignored my emails and phone calls. I didn't ask for cancer it chose me. My company supplies Lincoln Financial to it's workers but this is the most unprofessional company I have ever dealt with and a lot of other coworkers have had problems also with them. I hope I never get sick and have to rely on them ever again.

I want what is owed to me as soon as possible because as of this date I have yet to receive anything from them.

**Hide full review →**