COMPLAINTS BOARD RESOLVING SINCE 2004



# **Lincoln Financial Group review:** Connecticut paid leave

M A **Matthew Helman** of US
Mar 27, 2022 9:00 am EDT

Featured review

Before I signed up for paid leave through LFG I called and asked how much I was going to receive. I was told I would receive the capped amount of $780, so I signed up. When it was time to pay me I only received $360. I called and was told there is a record of someone telling me I would receive $780 but I only received $360 due to the amount of time I spent at my company. I requested a supervisor to call me within 24 hours and it's been an entire week and I have not heard from anyone. Every time I reached out with questions to your company I was told someone would contact me back within 24 hours and it always took multiple phone calls and days until someone would try to reach me me. This is incredibly unprofessional I would never wish anyone to go through what I am going through right now.

Helpful? 0 0 Share Reply


## More Lincoln Financial Group reviews & complaints

Lincoln Financial Group - Bad business practice 1
Resolved

Lincoln Financial Group - Bullying and Harassment of Employees

Lincoln Financial Group - Paid claims but now wants money back

Lincoln Financial Group - Life Insurance

Lincoln Financial Group - Unpaid for short-term leave