# **Lincoln Financial Group review:** Bullying and Harassment of Employees

R
**Raster** of US
Feb 11, 2011 10:59 am EST

Featured review

Lincoln Financial Group, as a business, has a Code of Conduct for all employees. A manager has been reported numerous times for bullying and the harassment of employees with no apparent resolve in the management direction. An underling would be terminated immediately regarding the complaints. Does an underling have less work place rights or perhaps no credibility? An insurance company that provides services to individuals and allows management dereliction of duty must have some holes in their within their business plan.

Helpful? 1 0 Share Reply

## More Lincoln Financial Group reviews & complaints

Lincoln Financial Group - Bad business practice 1
Resolved

Lincoln Financial Group - Paid claims but now wants money back

Lincoln Financial Group - Life Insurance

Lincoln Financial Group - Connecticut paid leave

Lincoln Financial Group - Unpaid for short-term leave

**Previous review** **Next review**