# Torban v. THE LINCOLN NATIONAL LIFE INSURANCE CO.

| |
|---|
| Clifford Torban |
| THE LINCOLN NATIONAL LIFE INSURANCE CO. |
| 2:2021cv04240 |
| September 27, 2021 |
| US District Court for the Eastern District of Pennsylvania |
| ANITA B BRODY |
| Labor: E.R.I.S.A. |
| 29 U.S.C. § 1104 |
| None |

## Docket Report

RSS Track this Docket

This docket was last retrieved on November 1, 2021. A more recent docket listing may be available from PACER.

| Document Text |
|---|

We use cookies to improve the experience of our website. By continuing to use our website, you consent to the use of cookies. To understand more about how we use cookies, please see our Privacy Policy.

Accept & Continue

| Document Text |
| --- |
| **Filing 3** STIPULATION Joint Stipulation to Answer, Move, or Otherwise Plead by THE LINCOLN NATIONAL LIFE INSURANCE CO.. (BRAND, JOSHUA) |
| **Filing 2** AFFIDAVIT of Service re: served Summons and complaint upon Unknown by certified mail on 10/12/21 (CAMPOLONGO, JEFFREY) |
| **Filing 1** COMPLAINT against THE LINCOLN NATIONAL LIFE INSURANCE CO. ( Filing fee $ 402 receipt number APAEDC-15434201.), filed by Clifford Torban. (CAMPOLONGO, JEFFREY) |
| Summons Issued as to THE LINCOLN NATIONAL LIFE INSURANCE CO.. Forwarded To: Jeffrey Campolongo on 9/27/21 (fdc, ) |

# Access additional case information on PACER

Use the links below to access additional information about this case on the US Court's PACER system. A subscription to PACER is required.

Access this case on the Pennsylvania Eastern District Court's Electronic Court Filings (ECF) System

- Search for Party Aliases
- Associated Cases
- Attorneys
- Case File Location
- Case Summary
- Docket Report
- History/Documents
- Parties
- Related Transactions
- Check Status

We use cookies to improve the experience of our website. By continuing to use our website, you consent to the use of cookies. To understand more about how we use cookies, please see our Privacy Policy.

Accept & Continue