Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>PLAINTIFF FIRST MOTION TO EXPIDITE |

COMES NOW Plaintiff, ALLANNA WARREN, files her PLAINTIFF FIRST MOTION TO EXPIDITE. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

**MEMORANDUM OF POINTS & AUTHORITIES**

On April 19, 2023 Lincoln Financial Group (LFG) removed this action from the Las Vegas Justice Court Small Claims Court. PLAINTIFF was not notified about this action being removed as the defendant did not properly serve PLAINTIFF, nor file a proper or truthful proof of service in this court. PLAINTIFF became aware of this pending action the end of June 2023. On July 18, 2023 PLAINTIFF filed a request to know what the case status of this case was. This pleading was ignored. Therefore, PLAINTIFF is now motioning to expedite this case.

PLAINTIFF is facing irreparable harm from this case continuing, especially if the court is ignoring her pleadings. PLAINTIFF has already been without income since 11/15/23. And there has been no movement since July 11, 2023, almost a month ago.

## CONCLUSION

Therefore, PLAINTIFF is motioning for this case to be expedited due to the irreparable harm it has and is having on PLAINTIFF.

Dated this 6th day of August , 2023.

Allanna Warren

Pro Se Name Allanna Warren

## CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing PLAINTIFF FIRST MOTION TO EXPIDITE to The US District Court Nevada District on THE 6TH DAY OF AUGUST, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF