UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLANNA WARREN, | Case No. 2:23-cv-00601-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Pending before the Court is Plaintiff's First Motion to Expedite (ECF No. 33).  The Motion states that despite a certificate of service showing Plaintiff was properly served with the Notice of Removal by electronic and U.S. Mail (*see* ECF No. 1 at 5), she somehow was not notified of Defendant's removal of this action from state to federal court.  Plaintiff may not understand that there is no formal "service" applicable to a Notice of Removal or other filings in this case other than through the mail or, if Plaintiff is permitted to electronically file, through an email notification from the Court's CM/ECF system.

Plaintiff further states that on July 18, 2023, she filed a request for case status.  The Court does not provide case status to litigants.  Status may be found by reviewing the docket of the case, which is available by creating a free PACER account that provides all members of the public, including plaintiffs and defendants, a record of what was filed and what remains pending before the Court.  If Plaintiff needs assistance with PACER she may contact the Clerk's Office to get instructions.  Nonetheless, as Plaintiff notes, there is a Motion to Dismiss (ECF No. 11) pending.  That Motion will be decided in the ordinary course and in the same manner as all matters filed with the Court.

The Court also notes that no discovery plan and scheduling order was filed in this case.  The parties must meet and confer no later than **August 21, 2023** to discuss a discovery plan or, alternatively, a stipulation to stay discovery.  If the parties are unable to agree on a stipulated

discovery plan or a stay of discovery, each party may file a proposed plan or motion to stay, whichever, the party chooses, no later than **August 28, 2023**.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's First Motion to Expedite (ECF No. 33) is GRANTED to the extent discussed above.

IT IS FURTHER ORDERED that the parties **must** meet and confer regarding a stipulated discovery plan and scheduling order or stay of discovery no later than **August 21, 2023**.

IT IS FURTHER ORDERED that the parties **must** submit one of the following no later than **August 28, 2023**: (1) a joint stipulated discovery plan and scheduling order; (2) separate proposed discovery plans and scheduling orders; or (3) motions to stay discovery.

Dated this 7th day of August, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE