Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>PLAINTIFF MOTION TO EXTEND TIMEING FOR JOINT DISCOVERY PLAN AND SCHEDULING ORDER |

COMES NOW Plaintiff, ALLANNA WARREN, files her PLAINTIFF MOTION TO EXTEND TIMEING FOR JOINT DISCOVERY PLAN AND SCHEDULING ORDER. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

**MEMORANDUM OF POINTS & AUTHORITIES**

On August 7, 2023 PLAINTIFF received the order from the honorable judge magistrate ordering the parties enter into a Joint Discovery Plan And Scheduling Order. PLAINTIFF appreciates the granting of the motion to expedite this case to the utmost. However, an emergency has emerged in PLAINITFFS life right now and PLAINTIFF must attend this. As

this is an emergency and PLAINITFF's first time asking for a continuance or an extension of time she is hoping the court understands and grants her this continuance or extension this time. PLAINTIFF believes that an extension of time or continuance until September 11, 2023, which is just two weeks past the initial due date, will suffice. PLAINTIFF surely appreciates the courts consideration in this urgent matter.

CONCLUSION

Therefore, PLAINTIFF is motioning for the continuance or extension of time to confer and submit the Joint Discovery Plan And Scheduling Order.

Dated this 14th day of August , 2023.

Allanna Warren

Pro Se Name Allanna Warren

CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing PLAINTIFF MOTION TO EXTEND TIMEING FOR JOINT DISCOVERY PLAN AND SCHEDULING ORDER to The US District Court Nevada District on THE 14TH DAY OF AUGUST, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF