Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>PLAINTIFF REQUEST FOR A DECISION ON DEFENDANT'S MOTON TO DISMISS |

COMES NOW Plaintiff, ALLANNA WARREN, files her PLAINTIFF REQUEST FOR A DECISION ON DEFENDANT'S MOTON TO DISMISS. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

**MEMORANDUM OF POINTS & AUTHORITIES**

On April 24, 2023, the defendants filed a Motion to Dismiss. There was never a decision made or filed on this pleading. Additionally, on July 7, 2023, PLAINTIFF'S motion for mediation was denied pending a Motion to Dismiss decision. PLAINITFF believes that since the case has moved to the Discovery plan and scheduling order phase, that the Motion to Dismiss was denied. To stay in accordance with the federal laws, rules and procedures, PLAINITFF is

humbly asking the judge to formally deny the defendant's Motion to Dismiss. PLAINITFF would not like to assume anything in this matter and wants to make sure that the Motion to Dismiss has actually been denied.

CONCLUSION

Therefore, PLAINTIFF is motioning for the court to enter a denial decision on the defendant's Motion to Dismiss.

Dated this 19th day of August , 2023.

Allanna Warren

Pro Se Name Allanna Warren

CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing PLAINTIFF REQUEST FOR A DECISION ON DEFENDANT'S MOTON TO DISMISS to The US District Court Nevada District on THE 19TH DAY OF AUGUST, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF