Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

**Admitted *Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALLANNA WARREN,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Defendant.

Case No. 2:23-cv-00601

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION REQUESTING A DECISION ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant The Lincoln National Life Insurance Company ("Defendant") files this Response to Plaintiff's Motion Requesting a Decision on Defendant's Motion to Dismiss Plaintiff's Complaint, and states as follows:

Defendant agrees with Plaintiff that Defendant's Motion to Dismiss has been fully briefed and is ready for consideration by the Court. However, Defendant opposes Plaintiff's Motion to the extent that it requests a "denial decision" on Defendant's MTD.

Dated this 1st day of September 2023.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
**Admitted *Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

**- And -**

LAW OFFICE OF GEORLEN K. SPANGLER

By: /s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
*Attorneys for Defendant*

I hereby certify that on the 1st day of September 2023, I electronically transmitted the foregoing, **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION REQUESTING A DECISION ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** to the clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Allana Warren
Email: D1A2N3N4@proton.me

/s/ *Iwana Rademaekers*
Iwana Rademaekers