Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>UPDATE ON DISCOVERY PLAN AND SHEDULING ORDER AND REQUEST FOR RECUSAL |

COMES NOW Plaintiff, ALLANNA WARREN, files her UPDATE ON DISCOVERY PLAN AND SHEDULING ORDER. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

**MEMORANDUM OF POINTS & AUTHORITIES**

On August 8, 2023, the court entered Docket item 34 or the order for a discovery plan and scheduling order. First, as both parties have highlighted, there has been no decision on the dispositive motion to dismiss. This pleading should be decided before the case can and should move forward. There would not be a point of taking the time and effort to confer and produce a discovery plan or a scheduling order if this case is going to dismissed. If this case is going to be dismissed, then PLAINTIFF will be immediately filing for an appeal to

the higher court and the time and effort should be spent preparing for the appeal not this case. Second, the parties have tried to confer and get together but it has become clear that the sides cannot work together. Exhibit 1 is the draft discovery plan/scheduling order presented to PLAINITFF by the defendant's lawyer. In this document, the defendant's best interest is what's in the forefront not the PLAINTIFFs. While they are the defendant's lawyers and it would make sense for them to highlight the defendant's best interest, however, PLAINTIFF thought this was supposed to be a joint effort not just for the defendant. For example, Iwana Rademaekers states, "a meeting was held on August __, 2023, and was attended by Plaintiff Allanna Warren and Iwana Rademaekers, counsel for Defendant. The Parties discussed the claims and legal issues at the meeting and agreed that the standard discovery plan is not best-suited for this lawsuit for the reasons set forth below." There was never a meeting held, the parties never discussed the claims and/or legal issues and the parties never agreed that the standard discovery plan was not best suited for this law suit. These statements are complete fabrications. Third, PLAINTIFF is suing her former landlord BDJ Realty located at 2620 Regatta Dr, Unit 102, Las Vegas, NV 89128, United States. This is the exact same address of Georlen Spangler, Esq. who is the Las Vegas law firm helping Ms. Rademaekers. On the top of the draft discovery plan Mr. Spangler's address is 2620 Regatta Drive, Suite 102, Las Vegas, Nevada 89128. How is this possible? BDJ Realty is located at the exact same address of the lawyer Mr. Spangler? Even the suite number is the exact same. Exhibits 2 is the current lawsuit PLAINTIFF has against Bo Jones of BDJ Realty. Exhibit 3 is Jori Spangler's Linkedin page which states the exact same address at BDJ Realty. PLAINTIFF is therefore motioning for the recusal of LAW OFFICE OF GEORLEN K. SPANGLER for conflict of interest. Of all the lawyers in Las Vegas, Ms. Rademaeker could only choose this law office? This is more

evidence of the continual involvement of all PLAINTIFF's cases and law enforcement. All of the defendants in PLAINTIFF'S cases are related in one way or another.

It is obvious that trying to confer and work with the defendant in this case did not and will not work. Therefore, PLAINTIFF will be submitting her own discovery plan and scheduling order by the September 11, 2023 due date.

CONCLUSION

Taking all the above into account, PLAINTIFF will be submitting her own separate discovery plan and scheduling order for the court's consideration and PLAINTIFF is motioning for the court to recuse Mr. Spangler and his law firm from this matter citing conflict of interest.

Dated this 4th day of September , 2023.

Allanna Warren

______________________________

Pro Se Name Allanna Warren

CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing UPDATE ON DISCOVERY PLAN AND SHEDULING ORDER to The US District Court Nevada District on THE 4TH DAY OF SEPTEMBER, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF