Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

***Admitted Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>Defendant. | Case No. 2:23-cv-00601<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REQUESTED** |

Plaintiff, ALLANNA WARREN, and Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, jointly move this Court for a special scheduling review of the parties' proposed discovery plan in this matter.

**I. <u>Rule 26(f) Conference.</u>**

Defendant filed its Motion to Dismiss Plaintiff's Complaint (Dkt 11) on April 24, 2023. The Parties have filed responses and replies (Dkts 26, 27, 29, and 30) to Defendant's Motion and

the Motion is ripe for determination by the Court. However, as no ruling has yet been entered on the Motion and pursuant to Fed. R. Civ. P. 26(f) and the Court's Order (Dkt 34) entered on August 8, 2023, a meeting was held on August __, 2023, and was attended by Plaintiff Allanna Warren and Iwana Rademaekers, counsel for Defendant. The Parties discussed the claims and legal issues at the meeting and agreed that the standard discovery plan is not best-suited for this lawsuit for the reasons set forth below.

## II. <u>Nature of Case and Purpose of Special Review.</u>

This dispute involves Plaintiff's claim for benefits under a policy of group short-term disability insurance held by Plaintiff's employer, Hilton Grand Vacations, for the benefit of its employees. The Hilton Grand Vacations Short Term Disability Plan Plaintiff's is an employee welfare benefits plan as defined by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA"). As such, discovery is be limited to the administrative record for Plaintiff's administrative claim and appeal, which includes Plaintiff's medical records, Plaintiff's arguments for the payment of benefits, the plan administrator's decisions, and the long-term disability plan documents.

Accordingly, subject to the Court's ruling on Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt 11), the parties jointly request that this Court review and adopt the proposed discovery and case schedule set forth below:

## III. <u>Proposed Plan.</u>

The parties have conferred and agreed as follows:

A. <u>Production and Review of the Administrative Record</u>: Defendant is in possession of the administrative record in this matter. The parties propose that Defendant produce a proposed administrative record for Plaintiff's review by **September 18, 2023**. On or before **October 9, 2023,** Plaintiff will notify Defendant of her position as to the following issues: (1) whether Plaintiff believes that any additional documents should be added to the administrative record; (2) whether Plaintiff believes that any documents contained in the proposed administrative

record should be omitted, and (3) whether Plaintiff believes that any discovery beyond the administrative record should be conducted.

B. Filing of Administrative Record/Motion for discovery: On or before **November 6, 2023**, the parties will file a joint administrative record with this Court. In the event the parties cannot reach an agreement on the joint administrative record, plaintiff will file any motions that plaintiff believes are appropriate, including but not limited to moving to supplement or omit from the administrative record, by **November 20, 2023** (pending determination on any motions, the parties will file on November 6, 2023, those portions of the administrative record on which they do agree).

C. Briefing Scheduling for Legal Issues/merits of the Case:

The primary legal issues in this matter are the following: (1) the standard of review to be applied to Defendant's decision to terminate Plaintiff's claim for long-term disability benefits; and (2) whether, applying that standard of review, Defendant's decision should be affirmed by the Court.

If a joint administrative record is timely filed and Plaintiff does not seek to conduct discovery beyond the administrative record, or to supplement or omit from the administrative record, the parties propose that dispositive motions be filed no later than **January 15, 2024**. Thereafter the parties will file opposing memoranda by **February 5, 2024,** and reply memoranda by **February 19, 2024.**

D. Alternative Dispute Resolution:

The Parties have conferred about the possibility of using alternative dispute-resolution processes, and the parties believe that non-binding mediation may be an appropriate alternative dispute resolution method for resolving this matter if their discussions are not successful. The parties do not request appointment of a mediator at this time.

WHEREFORE, should the Court deny in whole or in part, Defendant's Motion to Dismiss Plaintiff's Complaint, the parties jointly request that this Court adopt the proposed discovery and case schedule set forth herein.

DATED this 28th day of August 2023.

ALLANNA WARREN, pro se

/s/ Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89101
Email: D1A2N3N4@proton.me

*Pro se Plaintiff*

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

Georlen Spangler, Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

**ORDER**

IT IS SO ORDERED ______________________________, 2023.

______________________________
United States District Court Judge
United States Magistrate Judge