Home My Network Jobs Messaging Notifications 16 Me For Business Try Premi $0



# Jori Spangler · 3rd

Law Office of Georlen Spangler is open for referrals

- Law Office of Georlen K. Spangler
- University of Wisconsin-Madison

Las Vegas, Nevada, United States · Contact info

500+ connections

Connect Message More

## Activity

560 followers

Jori Spangler commented on a post • 10mo

What is the name of the case?

Jori Spangler commented on a post • 10mo

Congratulations. Well deserved.

Jori Spangler commented on a post • 10mo

Spending quality time with friends and family.

Show all comments →

## Experience

**Founding Partner**
Law Office of Georlen K. Spangler
Aug 2018 - Present · 5 yrs 2 mos
2620 Regatta Drive, Suite 102, Las Vegas, NV 89128

**Partner of Counsel**
Kung & Brown
Feb 2016 - Aug 2018 · 2 yrs 7 mos
Las Vegas, Nevada

I obtained a directed verdict against Hyundai in a federal RICO matter saving my clients millions of dollars. I was co-lead counsel in some of the...

**Weinberg Wheeler Hudgins Gunn & Dial, A National Trial Law Firm**
A national trial law firm with expertise in toxic tort, product liability, and catastrophic litigation and...

**Partner Of Counsel**
Weinberg Wheeler Hudgins Gunn & Dial
Sep 2014 - Feb 2016 · 1 yr 6 mos
Las Vegas, Nevada Area