Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

**Admitted *Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALLANNA WARREN,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Defendant.

Case No. 2:23-cv-00601

**DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S UPDATE ON DISCOVERY PLAN AND SCHEDULING ORDER AND REQUEST FOR RECUSAL**

Defendant The Lincoln National Life Insurance Company ("Lincoln") files this Response to Plaintiff's Update on Discovery Plan and Scheduling Order and Request for Recusal (Document 41) and shows the Court as follows:

Pursuant to Fed. R. Civ. P. 26(f) and the Court's Order (Dkt 34) entered on August 8, 2023, the undersigned counsel for Lincoln attempted to confer with Plaintiff on August 14, 2023, regarding a proposed discovery plan by emailing a discussion draft to Plaintiff and requesting a

date and time when Plaintiff would be available to discuss the matter (Exhibit A). The email stated, "I've attached a draft of the Joint Discovery Plan and Scheduling Order in the referenced matter. Please let me know when you would be available for us to set a call and discuss this matter. As you are aware, we need to have this call by August 21st pursuant to the Court's 8/7/23 Order."

After the Court extended the deadline (at Plaintiff's request) for filing the joint report, and not having heard back from Plaintiff with input on the joint report or availability for a conference to discuss the draft report, the undersigned attempted once again to contact Plaintiff on August 31, 2023, for input on the joint proposed discovery plan (Exhibit A). This email read, "Our deadline for filing this is coming up again on September 11th, and our deadline to confer is September 4th. Do you have any revisions you would like to make to the attached draft of the joint plan, or would you like to file a stipulation to stay discovery pending the Court's ruling on the Motion to Dismiss? If you would like to stay discovery until the ruling, I will send over a draft of the stipulation." However, Plaintiff was unwilling to discuss a proposed joint plan and instead emailed Lincoln's counsel on September 2, 2023, that Plaintiff did not agree with the document, and she then filed her pleading titled "Update on Discovery Plan and Scheduling Order and Request for Recusal" (Dkt 41) on September 4, 2023. After Plaintiff filed this pleading, Lincoln's counsel emailed Plaintiff (Exhibit A) again on September 7, 2023, stating:

> Based on the pleading you filed with the Court this week, I wanted to clarify that the Joint Report I sent to you on August 31st was a draft, and as I stated in the email, I was requesting your input on and revisions to that document. The date for our conference was blank, because I anticipated that we would confer regarding the draft and other issues related to the case.
>
> Regardless, it appears that the best course of action is to stay discovery pending a resolution of the motion to dismiss. Do you oppose staying discovery until the Court rules on the outstanding motion? Please advise.
>
> Also, I did want to let you know that the address listed for our local counsel, Georlen Spangler, may very well be the same as the address of your landlord (BDJ Realty). However, I note that this is the address for Lakeside Business Suites, which offers shared office space for small businesses, and this space and address is shared by many businesses. Ms. Spangler does not have any association or

relationship with BDJ Realty. The link to Lakeside Business Suites, which contains an explanation of how this works, is below:

https://lakesuites.com/

In response to this email from Lincoln's counsel, Plaintiff sent Lincoln an email on September 7, 2023, (Exhibit A) that read, "Please see attached." A copy of Plaintiff's Update on Discovery Plan and Scheduling Order and Request for Recusal was attached to the email. Accordingly, no meeting was held between the parties to discuss the claims and legal issues in this action.

Additionally, Plaintiff is seeking to "recuse" one of Lincoln's attorneys because she has the same office suite address as Plaintiff's landlord, which Plaintiff states she has also brought an action against. It seems that Plaintiff does not understand that Lakeside Business Suites allows many different businesses to maintain virtual offices and executive offices, and this does not mean those businesses have any affiliation with each other. Nevertheless, BDJ Realty and Ms. Spangler do not have any affiliation. Moreover, for the sake of argument, even if Ms. Spangler represented BDJ Realty, this would not constitute a conflict of interest, which is defined as a "representation of one client that will be directly adverse to another client." Nev. R. Prof. Cond. 1.7(a)(1). If Ms. Spangler represented BDJ Realty in the lawsuit against Plaintiff (which she does not), she would be adverse to Plaintiff just as she is in the above-styled lawsuit. Accordingly, no conflict of interest would exist.

Accordingly, Lincoln requests that the Court enter an order denying Plaintiff's motion to "recuse" Georlen Spangler from representing Lincoln in this action and granting Lincoln any other relief to which it shows itself justly entitled.

Dated this 11th day of September 2023.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
**Admitted *Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

**- And -**

LAW OFFICE OF GEORLEN K. SPANGLER

By: /s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830

*Attorneys for Defendant The Lincoln National Life Insurance Company*

I hereby certify that on the 11th day of September 2023, I electronically transmitted the foregoing, **DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S UPDATE ON DISCOVERY PLAN AND SCHEDULING ORDER AND REQUEST FOR RECUSAL** to the clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Allana Warren
Email: D1A2N3N4@proton.me

/s/ *Iwana Rademaekers*
Iwana Rademaekers