**Iwana Rademaekers**

**From:** D1A2N3N4 <D1A2N3N4@proton.me>
**Sent:** Thursday, September 7, 2023 3:37 PM
**To:** Iwana Rademaekers
**Cc:** 'Sandy Acker'
**Subject:** RE: FW: Lincoln/Warren
**Attachments:** 9.4.23 PLAINTIFF update on Discovery plan and scheduling order for LFG.pdf

Please see attached.

Have a blessed and wonderful day,
Allanna Warren

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, September 7th, 2023 at 1:11 PM, Iwana Rademaekers <iwana@rademaekerslaw.com> wrote:

Based on the pleading you filed with the Court this week, I wanted to clarify that the Joint Report I sent to you on August 31st was a draft, and as I stated in the email, I was requesting your input on and revisions to that document. The date for our conference was blank, because I anticipated that we would confer regarding the draft and other issues related to the case.

Regardless, it appears that the best course of action is to stay discovery pending a resolution of the motion to dismiss. Do you oppose staying discovery until the Court rules on the outstanding motion? Please advise.

Also, I did want to let you know that the address listed for our local counsel, Georlen Spangler, may very well be the same as the address of your landlord (BDJ Realty). However, I note that this is the address for Lakeside Business Suites, which offers shared office space for small businesses, and this space and address is shared by many businesses. Ms. Spangler does not have any association or relationship with BDJ Realty. The link to Lakeside Business Suites, which contains an explanation of how this works, is below:

https://lakesuites.com/

**Iwana Rademaekers**

EXHIBIT

A

Law Offices of Iwana Rademaekers, P.C.

17304 Preston Road, Suite 800

Dallas, Texas 75252

Main: (214) 579-9319

Fax: (469) 444-6456

Direct: (214) 564-9542

iwana@rademaekerslaw.com

*CONFIDENTIALITY NOTICE: THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER. THANK YOU.*

---

**From:** D1A2N3N4 <D1A2N3N4@proton.me>
**Sent:** Saturday, September 2, 2023 9:24 PM
**To:** Iwana Rademaekers <iwana@rademaekerslaw.com>
**Cc:** 'Sandy Acker' <sandy@rademaekerslaw.com>
**Subject:** Re: FW: Lincoln/Warren

Hi,

I do not agree with this document. LFG was contacted by LVMPD who I am currently suing. Right now they are preparing information pursuant to the Subpoena I served upon them. In the documents that I obtain from them, LFG may have other culpability in this case. This case is not just about the administration of the STD claim, there are more issues than the ones discussed in the JSR you provided. I will not sign that document and if we need to file separate status reports then that's is great with me.

Thanks,

Allanna Warren

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, August 31st, 2023 at 7:03 AM, Iwana Rademaekers <iwana@rademaekerslaw.com> wrote:

Our deadline for filing this is coming up again on September 11th, and our deadline to confer is September 4th. Do you have any revisions you would like to make to the attached draft of the joint plan, or would you like to file a stipulation to stay discovery pending the Court's ruling on the Motion to Dismiss? If you would like to stay discovery until the ruling, I will send over a draft of the stipulation.

**Iwana Rademaekers**

Law Offices of Iwana Rademaekers, P.C.

17304 Preston Road, Suite 800

Dallas, Texas 75252

Main: (214) 579-9319

Fax: (469) 444-6456

Direct: (214) 564-9542

iwana@rademaekerslaw.com

*CONFIDENTIALITY NOTICE: THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER. THANK YOU.*

---

**From:** Iwana Rademaekers <iwana@rademaekerslaw.com>
**Sent:** Monday, August 14, 2023 4:04 PM
**To:** 'D1A2N3N4@proton.me' <D1A2N3N4@proton.me>
**Subject:** Lincoln/Warren

I've attached a draft of the Joint Discovery Plan and Scheduling Order in the referenced matter. Please let me know when you would be available for us to set a call and discuss

this matter. As you are aware, we need to have this call by August 21st pursuant to the Court's 8/7/23 Order.

**Iwana Rademaekers**

Law Offices of Iwana Rademaekers, P.C.

17304 Preston Road, Suite 800

Dallas, Texas 75252

Main: (214) 579-9319

Fax: (469) 444-6456

Direct: (214) 564-9542

iwana@rademaekerslaw.com

*CONFIDENTIALITY NOTICE: THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER. THANK YOU.*