Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

**Admitted *Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>Defendant. | Case No. 2:23-cv-00601<br><br>**DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S MOTION TO STAY DISCOVERY** |

Defendant The Lincoln National Life Insurance Company ("Lincoln") files this Motion to Stay Discovery and would should the Court as follows:

Lincoln filed its Motion to Dismiss Plaintiff's Complaint (Dkt 11) on April 24, 2023. The Parties have filed responses and replies (Dkts 26, 27, 29, and 30) to Lincoln's Motion and the Motion is ripe for determination by the Court. However, no ruling has yet been entered on the Motion.

Pursuant to Fed. R. Civ. P. 26(f) and the Court's Order (Dkt 34) entered on August 8, 2023, the undersigned counsel for Lincoln attempted to confer with Plaintiff on August 14, 2023, regarding a proposed discovery plan by sending a discussion draft to Plaintiff and requesting a date and time when Plaintiff would be available to discuss the matter. Additionally, after the Court extended the deadline (at Plaintiff's request) for filing the joint report, and not having heard back from Plaintiff with input on the joint report or availability for a conference to discuss the draft report, the undersigned attempted once again to contact Plaintiff on August 31, 2023, for input on the joint proposed discovery plan. However, Plaintiff was unwilling to discuss a proposed joint plan and instead filed her pleading titled "Update on Discovery Plan and Scheduling Order and Request for Recusal" (Dkt 41) on September 4, 2023. As such, no meeting was held between the parties to discuss the claims and legal issues in this action.

Because the claims raised by Plaintiff would encompass a far broader scope of discovery than would be permitted under the only viable claim Plaintiff may have, which is a claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B), discovery should be stayed until the Court determines whether the claims as asserted in Plaintiff's complaint should proceed. Staying discovery would result in economy in the Parties' and the Court's resources.

Accordingly, Lincoln requests that discovery in this case be stayed until after such time the Court has entered its ruling on Lincoln's Motion to Dismiss (Dkt 11).

Dated this 11th day of September, 2023.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
**Admitted *Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

**- And -**

LAW OFFICE OF GEORLEN K. SPANGLER

By: /s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818

2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830

*Attorneys for Defendant Lincoln National Life Insurance Company*

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. GOOD CAUSE EXISTS TO DELAY ENTRY OF THE SCHEDULING ORDER AND STAY DISCOVERY

As stated in the Parties' previous filings with the Court, Lincoln's Motion to Dismiss has been fully briefed and is ready for consideration by the Court. The Court's ruling on Lincoln's Motion will set the course for how the claims, if any, against Lincoln will proceed, as well as set the appropriate scope of discovery. Accordingly, good cause exists to justify a delay in the issuance of a scheduling order in this action and stay discovery until the Court rules on Lincoln's Motion. Fed. R. Civ. P. 16(b)(2).

## II. CONCLUSION AND PRAYER

Lincoln requests that the Court stay all discovery in this action until such time the Court has entered a ruling on Lincon's Motion to Dismiss Plaintiff's Complaint, and grant Lincoln any other relief to which it shows itself justly entitled.

Dated this 11th day of September 2023.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
**Admitted *Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

**- And -**

LAW OFFICE OF GEORLEN K. SPANGLER

By: /s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830

*Attorneys for Defendant*

I hereby certify that I emailed Plaintiff regarding availability for a call to discuss whether Plaintiff would agree to this Motion on August 31st, September 7th, and September 8th, 2023. However, as of the date this Motion was filed, Plaintiff has not responded nor has Plaintiff stated whether she will oppose this Motion. Accordingly, despite Lincoln's counsel's sincere efforts to resolve or narrow the issues raised in this Motion, no conference has been held and the parties were unable to resolve or narrow the dispute without court intervention.

/s/ *Iwana Rademaekers*
Iwana Rademaekers

I hereby certify that on the 11th day of September 2023 I electronically transmitted the foregoing, **DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S MOTION TO STAY DISCOVERY** to the clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Allana Warren
Email: D1A2N3N4@proton.me

/s/ *Iwana Rademaekers*
Iwana Rademaekers