# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Allanna Warren

Plaintiff(s),

v.

Lincoln Financial Group

Defendant(s).

Case No.: 2:23-CV-00601

**DEFAULT**

It appearing from the records in the above-entitled action that Summons issued on the 2/21/2023 (Original, Amended, etc) Complaint May 2, 2023 (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise answer in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants Lincoln Financial Group

in the above-entitled action is hereby entered.

DATED: ____________________

DEBRA K. KEMPI, CLERK

By: ____________________
Deputy Clerk