Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>Dollar Tree<br>Defendant. | Case No.: 2:23-cv-01377-APG-EJY<br><br>PLAINTIFF DOCUMENT IN SUPPORT OF DEFAULT JUDGEMENT |

COMES NOW Plaintiff, ALLANNA WARREN, files her PLAINTIFF document in support of DEFAULT JUDGEMENT. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

MEMORANDUM OF POINTS & AUTHORITIES

PLAINTIFF has already filed for a clerk's default and wishes to submit this document as additional support for PLAINTIFF'S Motion for default judgment. When this matter was initially filed in the Las Vegas Justice court it was filed on February 21, 2023 (Exhibit 1). It was served on the defendant and PLAINTIFF file the proof of service on march 23, 2023 (Exhibit 2). There was never a response from the defendants nor their attorney. Therefore, the defendant was

in default and PLAINTIFF was and still is due a default judgement. Additionally, pursuant to FRCP Rule 81 states:

> (c) REMOVED ACTIONS.
>
> (1) *Applicability.* These rules apply to a civil action after it is removed from a state court.
>
> (2) *Further Pleading.* After removal, repleading is unnecessary unless the court orders it. A defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods:
>
> (A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief;
>
> (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or
>
> (C) 7 days after the notice of removal is filed.

The defendant did not and has not filed an answer as of the writing of this pleading. The defendant has filed a motion to dismiss and multiple responses but has never filed an answer. Lincoln Financial Group has received a copy of the initial pleading stating the claim for relief and been served with the summons for an initial pleading on file at the time of service. 21 days have clearly lapsed and so has the 7 days after notice of removal. Moreover, FRCP Rule 12 states:

> (a) TIME TO SERVE A RESPONSIVE PLEADING.
>
> (1) *In General.* Unless another time is specified by this rule or a federal statute, the time for serving a responsive pleading is as follows:
>
> (A) A defendant must serve an answer:
>
> (i) within 21 days after being served with the summons and complaint;

Again, the defendants were served with the summons and complaint, by the Clark county sheriffs civil office, in early 2023 so the 21 days have lapsed.

CONCLUSION

Therefore, PLAINTIFF is due a default judgement for the defendant's violation of critical FRCP Rule 12 and 81.

Dated this 11th of September, 2023.

Allanna Warren

____________________________________

Pro Se Name Allanna Warren

CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing PLAINTIFF DOCUMENT IN SUPPORT OF DEFAULT JUDGEMENT to The US District Court Nevada District Clerk for electronic filing at the following email address lv_public_docketing@nvd.uscourts.gov on THE 11TH DAY OF SEPTEMBER, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF