# Filing Accepted for Case: 23A000316; Allanna Warren, Plaintiff(s)vs.Lincoln Financial Group, Defendant(s); Envelope Number: 11529737

From no-reply@efilingmail.tylertech.cloud <no-reply@efilingmail.tylertech.cloud>

To d1a2n3n4@proton.me<D1A2N3N4@proton.me>

Date Thursday, March 23rd, 2023 at 12:27 PM

## Filing Accepted

Envelope Number: 11529737
Case Number: 23A000316
Case Style: Allanna Warren, Plaintiff(s)vs.Lincoln Financial Group, Defendant(s)

The filing below was reviewed and has been accepted by the clerk's office. You may access the file stamped copy of the document filed by clicking on the below link.

| Filing Details | |
|---|---|
| **Court** | Las Vegas Justice Court |
| **Case Number** | 23A000316 |
| **Case Style** | Allanna Warren, Plaintiff(s)vs.Lincoln Financial Group, Defendant(s) |
| **Date/Time Submitted** | 3/23/2023 12:25 PM PST |
| **Date/Time Accepted** | 3/23/2023 12:27 PM PST |
| **Accepted Comments** | Auto Review Accepted |
| **Filing Type** | CVPSER - Proof of Service |
| **Filing Description** | Proof of service |
| **Activity Requested** | EFile |
| **Filed By** | Allanna Warren |
| **Filing Attorney** | |

| Document Details | |
|---|---|
| **Lead Document** | 3.23.23 proof of service for case 23A000316 LFG.pdf |
| **Lead Document Page Count** | 1 |

| | |
|---|---|
| **File Stamped Copy** | Download Document |
| This link is active for 90 days. | |

**Please Note:** If you have not already done so, be sure to add yourself as a service contact on this case in order to receive eService.

For technical assistance, contact your service provider

ODYSSEY eFileNV

Need Help? Help

No Lawyer? Start Here
Visit: https://nevada.tylertech.cloud/
Email:efiling.support@tylertech.com