Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALLANNA WARREN,

Plaintiff,

vs.

LINCOLN FIANACIAL GROUP.

Defendant.

Case No.: 2:23-cv-00601-GMN-EJY

NOTICE OF ERRATA REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT

TO ALL PARTIES AND THEIR ATTORNEY/S OF RECORD:

PLEASE TAKE NOTE that PLAINTIFF Allanna Warren submits the following Notice of Errata regarding PLAINTIFF's Document in Support of Default Judgement, which was originally filed in the US District Court Nevada District on September 11, 2023.

Due to an inadvertent error, the wrong defendant  and court case number was listed for the above referenced court.  The defendant was listed at The Dollar Tree and Lincoln Financial Group should have been listed.  The court case number was listed as 2:23-cv-01377-APG-EJY but the correct case number is 2:23-cv-00601-GMN-EJY.

Dated this 11th of September, 2023.

Allanna Warren

Pro Se Name Allanna Warren

CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing NOTICE OF ERRATA REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT to The US District Court Nevada District Clerk for electronic filing at the following email address lv_public_docketing@nvd.uscourts.gov on THE 11TH DAY OF SEPTEMBER, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF