Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**SEALED DOCUMENT UNDER FED. R. CRIM. P. 49.1 PURSUANT TO IC 6-1(b)**

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DOE GOVERNMENT ENTITIES 4 through 10, LAS VEGAS METROPOLITAN POLICE DEPARTMENT POLICE OFFICER DOE 1 through 50, and DOE INDIVIDUALS 6 through 50, all in their individual and official capacities.<br><br>Defendant. | Case No.: 2:23-cv-00065-GMN-DJA<br><br>PLAINTIFF AFFIDAVIT AND DOCUMENTATION IN SUPPORT OF PLAINTIFF'S 6TH MOTION TO EXPDITET |

COMES NOW Plaintiff, ALLANNA WARREN, files her PLAINTIFF AFFIDAVIT AND DOCUMENTATION IN SUPPORT OF PLAINTIFF'S 6TH MOTION TO EXPEDITE. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

**MEMORANDUM OF POINTS & AUTHORITIES**

On August 31, 2023, PLAINTIFF filed a document in support of PLAINTIFF'S 6th request to expedite this court case. This is further documentation to support PLAINTIFF'S request. Every night the inhabitants of 272, 271 and 268 Bluefield lane harass, bother, stalk and illegally watch PLAINTIFF and her family. The owners are John West Walker and Debra L West. They also own property at 2431 Ping Dr, Henderson, NV 89074. His phone number is either (702) 361-7050 or (702) 270-4848. The stalker might be Mike J Walker. The racist inhabitants of 272 Bluefield Lane are doing the same thing. The owners of this property are ANZARY MUSA & PARVEZ M. PLINTIFF has had to email them at fawzia_ansary@yahoo.com, mansary@earthlink.net and nadia-ansary987@hotmail.com to try to get this obsessed married man to leave PLAINTIFF and her family alone. To this day this man will not leave the PLAINTIFF nor her family alone. He and the nut that lives at 268 Bluefield Lane have ganged up together to terrorize the neighborhood, especially the PLAINTIFF. The pictures below show the two obsessed men stalking, pointing and staring at PLAINTIFF'S house instead of watching their children. It's truly sand and ridiculous. This obsession comes from the meetings that LVMDP holds to discuss the PLAIINTIFF.

On September 2, 2023 PLAINTIFF and her family were enjoying their home when another derelict child who lives at 271 Fairbrook Drive was being coaxed by an older large overweight male to bother PLAINTIFF and her family. The pictures are below. The PLAINTIFF'S camera picked up the conversation and saw the man, accompanied by two small boys, go to the side of PLAINTIFF'S house to watch the two little girls commit a hate crime. This is contributing to the delinquency of a minor. Then you will see the same man walk back to 271 Fairbrook Drive. PLAINTIFF has already revealed and proven that LVMPD is and has been using PLAINTIFF'S neighbors to harass her and her family for years now. The crazy man from

268 Bluefield lane has admitted as much on camera. The longer this case goes on the worse this case and the irreparable harm LVMPD is perpetrating against PLAINTIFF is getting but the more evidence PLAINTIFF is able to collect and put into her pleadings for the court to clearly see.















CONCLUSION

Therefore, if and when this case gets to the discovery phase PLAINTIFF plans on submitting a lot more of the stalking that the defendants have now proven they are doing. PLAINTIFF believes that the subpoena should reveal many more crimes perpetrated by LVMPD. The irreparable damage is increasing each day this case is allowed to linger. The insane neighbors LVMPD is using to harass, stalk, follow, watch and illegally monitor PLAINTIFF and her family have now directly said evidence linking the defendants. This case must be expedited!

Dated this 4th day of September 2023.

Allanna Warren

Pro Se Name Allanna Warren

CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing PLAINTIFF AFFIDAVIT AND DOCUMENTATION IN SUPPORT OF PLAINTIFF'S 6TH MOTION TO EXPDITET to The US District Court Nevada District on THE 4TH DAY OF SEPTEMBER, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF