Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**SEALED DOCUMENT UNDER FED. R. CRIM. P. 49.1 PURSUANT TO IC 6-1(b)**

ALLANNA WARREN,

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DOE GOVERNMENT ENTITIES 4 through 10, LAS VEGAS METROPOLITAN POLICE DEPARTMENT POLICE OFFICER DOE 1 through 50, and DOE INDIVIDUALS 6 through 50, all in their individual and official capacities.

Defendant.

Case No.: 2:23-cv-00065-GMN-DJA

PLAINTIFF AFFIDAVIT AND DOCUMENTATION IN SUPPORT OF PLAINTIFF'S 7TH MOTION TO EXPEDITE

COMES NOW Plaintiff, ALLANNA WARREN, files her PLAINTIFF AFFIDAVIT AND DOCUMENTATION IN SUPPORT OF PLAINTIFF'S 7TH MOTION TO EXPEDITE. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

**MEMORANDUM OF POINTS & AUTHORITIES**

On September 6, 2023, PLAINTIFF filed her 7th motion and request to expedite this court case. This is further documentation to support PLAINTIFF'S request. PLAINTIFF would like to make a correction from her previous filing. After carefully reviewing the video of the racist white man who lives at 268 Bluefield Lane, Henderson, NV 89074 and the false police call, the Henderson police were not the ones who came out to the scene. It was LVMDP officers out of their district. In the far top right hand corner you can see a black and white squad SUV. Henderson police squad cars are all white with blue writing.




LVMPD's cars are black and white, just like the squad car that responded to the swatting call from the racist unhinged oddball who lives at 268 Bluefield Lane, Henderson, NV 89074. LVMPD officers thought they parked far enough for my cameras not to catch them but the most high, creator of Heaven and Earth made sure to put the truth out for everyone to see. If the still

shot is too grainy, when PLAINTIFF shows the actual video, the black and white squad car from LVMPD will be easier to see.






CONCLUSION

Therefore, if and when this case gets to the discovery phase PLAINTIFF plans on submitting a lot more of the stalking that the defendants have now proven they are doing. PLAINTIFF believes that the subpoena should reveal many more crimes perpetrated by LVMPD. The irreparable damage is increasing each day this case is allowed to linger. The

insane neighbors LVMPD is using to harass, stalk, follow, watch and illegally monitor PLAINTIFF and her family have now directly said evidence linking the defendants. This case must be expedited!

Dated this 7th day of September 2023.

Allanna Warren

____________________________________

Pro Se Name Allanna Warren

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I sent the foregoing PLAINTIFF AFFIDAVIT AND DOCUMENTATION IN SUPPORT OF PLAINTIFF'S 7TH MOTION TO EXPEDITE to The US District Court Nevada District on THE 7TH DAY OF SEPTEMBER, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

<u>Allanna Warren</u>
PLAINTIFF