Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>PLAINTIFF AFFIDAVIT AND MOTION TO STRIKE |

COMES NOW Plaintiff, ALLANNA WARREN, files her PLAINTIFF AFFIDAVIT AND MOTION TO STRIKE. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

MEMORANDUM OF POINTS & AUTHORITIES

On September 11, 2023, PLAINTIFF received several pleadings from the defendant. This document will address all three. First, all three of the documents are almost identical to each other. FRCP Rule 12(f) states that a part of a pleading can be removed if it is redundant, immaterial, impertinent, or scandalous. PLAINTIFF is motioning to strike the following redundant statements from all of the documents filed today September 11, 2023.

> Pursuant to Fed. R. Civ. P. 26(f) and the Court's Order (Dkt 34) entered on August 8, 2023, the undersigned counsel for Lincoln attempted to confer with Plaintiff on August 14, 2023, regarding a proposed discovery plan by emailing a discussion draft to Plaintiff and requesting a date and time when Plaintiff would be available to discuss the matter. Additionally, after the Court extended the deadline (at Plaintiff's request) for filing the joint report, and not having heard back from Plaintiff with input on the joint report or availability for a conference to discuss the draft report, the undersigned attempted once again to contact PLAINTIFF on August 31, 2023 for input on the joint proposed discovery plan. However, Plaintiff was unwilling to discuss a proposed joint plan and instead filed her pleading titled , "Update on Discovery Plan and Scheduling order and Request for Recusal" (Dkt 41) on September 4, 2023. As such, no meeting was held between the parties to discuss the claims and legal issues in the action.

This exact statement is written in each of the three pleadings filed on September 11, 2023. To comply with FRCP Rule 12(f) these redundant statements should be stricken from the record in its entirety.

CONCLUSION

Taking all the above into account, PLAINTIFF requests that this court adopt the proposed discovery and case schedule set forth herin. PLAINTIFF prays for any other relief to which she shows herself justly entitled.

Dated this 11th of September, 2023.

Allanna Warren

Pro Se Name Allanna Warren

# CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing PLAINTIFF AFFIDAVIT AND MOTION TO STRIKE to The US District Court Nevada District Clerk for electronic filing at the following email address lv_public_docketing@nvd.uscourts.gov on THE 11TH DAY OF SEPTEMBER, 2023.

I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF