Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>PLAINTIFF REPLY DOCUMENT IN SUPPORT OF RECUSAL |

COMES NOW Plaintiff, ALLANNA WARREN, files her PLAINTIFF REPLY DOCUMENT IN SUPPORT OF RECUSAL. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

MEMORANDUM OF POINTS & AUTHORITIES

On September 11, 2023, PLAINTIFF received several pleadings from the defendant. This document will address the matter of recusal. After PLAINTIFF'S initially tried to confer with the defendant's lawyer, PLAINTIFF saw, and it became clear that only the defendant's clients' interests were going to be paramount. Further, PLAINTIFF'S trust in shady lawyers has made her leery of attorney's with only their client's best interest in mind. Washoe county DA's office propagated a fraudulent check and even forged PLAINTIFF'S signature on the check.

The lawyer lied under oath and gave PLAINTIFF written email evidence of a major conspiracy between the Washoe County DA's office and a former attorney of PLAINTIFFS who has since had her law license revoked at PLAINTIFF's urging (Exhibit 4). So, trust was not built nor cultivated in that instance nor this one. Likewise, as PLAINTIFF wrote concerning recusing the law firm of Georlen Spangler, many of PLAINTIFF'S defendants are involved with each other and with law enforcement. Ms. Rademakers lives and does business in Texas but is trying to assert what is going in Nevada. Ms. Rademakers is a third party, attempting to explain why the law firm named in her caption, although there are literally thousands of law firms in Nevada, has the same exact address as PLAINTIFF's law breaking, slum lord, BDJ Realty. Her explanation doesn't pass the muster. There is a conflict of interest and Georlen Spangler should be recused. Further, Exhibit 1 and 2 are filing from PLAINITFF'S LVMPD case where the neighbors in her current neighborhood are going to meetings concerning PLAINTIFF and her family. The neighbors harass, stalk, illegally surveil and follow PLAINTIFF at the behest of LVMPD and law enforcement as a whole. PLAINTIFF has spelled out how companies like Lincoln Financial Group were contacted by law enforcement and involved themselves in this case. LVMDP also involve themselves in the Cano Health situation, which is directly connected to this claim. Exhibit 3 is the Cano Health case and Lincoln Financial Group, particularly Julie Donald, Bella Lombardi and Ellen Cooper had a hand in this situation. PLAINTIFF denies refusing or being unwilling to discuss anything. PLAINTIFF was so willing she asked if the defendants would like to settle this case. PLAINTIFF was considering the time and resources that this case has cost the court, PLAINTIFF and the defendant so far and MS. WARREN was seeking to try to see if a resolution could be reached. PLAINTIFF's efforts were thwarted, which also played into the distrust. PLAINTIFF being characterized as unwilling is a stark misrepresentation of

PLAINTIFF'S attitude about this case. After years of mistreatment, and PLAINTIFF being a vulnerable Nevadan, PLAINTIFF wants a resolution to this case which is why she filed a motion to expedite.

## CONCLUSION

Taking all the above into account, PLAINTIFF requests the recusal of Ms. Spangler and her law firm for conflict of interest. PLAINTIFF prays for any other relief to which she shows herself justly entitled.

Dated this 11th of September, 2023.

Allanna Warren

Pro Se Name Allanna Warren

## CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing PLAINTIFF REPLY DOCUMENT IN SUPPORT OF RECUSAL to The US District Court Nevada District Clerk for electronic filing at the following email address lv_public_docketing@nvd.uscourts.gov on THE 11TH DAY OF SEPTEMBER, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF