# EXHIBIT 4

Las Vegas Justice Court
Electronically Filed
4/12/2022 2:50 PM
Melissa Saragosa
CLERK OF THE COURT

| | |
|---|---|
| **JUSTICE COURT, LAS VEGAS TOWNSHIP**<br>**Clark County, Nevada** | **Case No. 21A001706** |
| **Allanna Warren, Plaintiff,**<br>**vs.**<br>**Law Office of Gianna M. Orlandi, Defendant.** | **JC DEPARTMENT 6**<br>**DEFAULT JUDGMENT**<br>**Small Claims** |

The above-referenced case came before court for a Small Claims trial. Defendant was properly served with the Complaint and Notice of Trial date at least 10 days prior to trial. Defendant failed to appear at trial. Plaintiff presented a sworn statement regarding the liability and amount of the damages as such.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff is awarded judgment against Defendant(s) as follows:

the principal amount of $ 10,000.00,
accrued interest of $ ________,
plus the amount of $ -0- , in court costs,

☐ Judgment is jointly and severally owed between co-defendants.

**DATED this** 8th **day of** April, **20**22

**IT IS SO ORDERED**

[signature]
LUCINDA COUMOU
Justice of the Peace/Pro Tempore

Plaintiff paid a $3,500 retainer fee to Defendant for Defendant to represent Plaintiff in a civil lawsuit. Defendant never provided Plaintiff with an accounting of the work done on the case, as required by the representation agreement. Additionally, Defendant entered into a settlement agreement regarding the civil case and Defendant agreed to a settlement amount of $6,500 on Plaintiff's behalf. Plaintiff states that she did not authorize this settlement. Plaintiff provided a copy of the Settlement Agreement to this Court and there are numerous references to this settlement agreement and amount in correspondence. Plaintiff testified that she never endorsed the settlement check which was made to both her and Plaintiff but she knows said check was cashed. Although there was a fee agreement referenced in the communication provided, since Defendant did not appear at trial, this Court was unable to question Defendant about the ultimate disposition of the settlement check funds. This Court finds that Defendant breached the agreement with Plaintiff by not providing to her a regular accounting of the work done on the case and by settling her case without obtaining her authority, said breach constituting a material breach of the contract. Therefore, this Court awards to Plaintiff the $10,000 she seeks for the return of her $3,500 retainer fee and for the settlement amount of $6,500.