Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>MOTION TO VACATE AND SET ASIDE THE SEPTEMBER 15, 2023 ORDER |

COMES NOW Plaintiff, ALLANNA WARREN, files her MOTION TO VACATE AND SET ASIDE THE SEPTEMBER 15, 2023 ORDER. This motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

MEMORANDUM OF POINTS & AUTHORITIES

On September 15, 2023, PLAINTIFF received Magistrate Judge Elayna J. Youchah's order. PLAINTIFF is entitled to have this order vacated on the grounds that it did not follow the Federal Rules for Civil Procedures pertaining to manifestation and exchange of initial disclosures. FRCP Rule 26, *entitled "Rule 26. Duty to Disclose; General Provisions Governing Discovery"* states:

(a) REQUIRED DISCLOSURES.

(1) *Initial Disclosure.*

(A) *In General.* Except as exempted by Rule 26(a)(1)(B) or as otherwise stipulated or ordered by the court, a party must, without awaiting a discovery request, provide to the other parties:

(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

(ii) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

(iii) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

(iv) for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

When PLAINTIFF initially filed this case in the Las Vegas Justice Court, her claims surrounded the undue and illegal influence of law enforcement, particularly LVMPD, involving themselves into PLAINTIFF'S civil matters. As the case was a small claims case, PLAINTIFF was not able to give an extended explanation of her entire case. The judicial officers in this court have not given PLAINTIFF leave so she may rewrite her claim to accurately articulate her case. Even when this case was in the lower court, the defendant was in default as they did not answer or appear, although they were properly served with the summons and complaint by the Sheriff's

civil division, within the 21 days allotted in NRCP and FRCP Rule 12. The defaults are being overlooked when PLAINTIFF brings them up, however, Judge Navarro based her dismissal of PLAINTIFF'S case against LVMPD based on Ms. Warren's supposed default. The dismissal was successfully vacated because PLAINTIFF was represented by an attorney, Robert S. Melcic, who had an obligation to answer the LVMPD removal but unethically abandoned PLAINTIFF. Mr. Melcic was subsequently sanctioned and verbally rebuked by the presiding judge, Judge Egan Walker of the 2nd Judicial District Court in Reno Nevada. The courts recognize a default when they want to and ignore it when they want to.

The administrative record should not be the only evidence that is considered in this case. Exhibit 1 is an email PLAINTIFF sent to Lincoln Financial Group because she was being ignored by Ashley Tilley and PLAINTIFF could not understand why. PLAINTIFF supplied all the documentation and answers that were asked of her but was still being ignored and no decision was being rendered. This evidence should be considered in a decision about PLAINTIFF'S case, the administrative record only benefits the defendant and PLAINTIFF actually brought the case. PLAINTIFF's evidence should not be buried or ignored. Exhibit 2 is an email PLAINITFF sent where she was asking what was going on with her claim and questioning why Lincoln did not have her claim number. It is important that PLAINTIFF is able to paint an accurate picture of what Lincoln put PLAINTIFF through as a vulnerable Nevadan. Relying on one sides' evidence and portrayal of the events that led to this lawsuit is not fair and cannot be considered blind justice. Only taking one side in this matter is biased and prejudiced.

In the defendant's discovery plan and scheduling order, the PLAINTIFF is taking the defense. PLAINTIFF has to, "On or before October 9, 2023, Plaintiff will notify Defendant of her position." PLAINTIFF must defend herself in a lawsuit she brought? The defendant is being

allowed to dictate PLAINTIFF's lawsuit because she represents herself. A self-represented PLAINTIFF can't expect unbiased or unprejudiced judicial rulings? This dispute doesn't just, "involve Plaintiff's claim for benefits under a policy of group short-term disability insurance held by Plaintiff's employer, Hilton Grand Vacations." However, this September 15, 2023 decision lets the defendant dictate the scope and breadth of this matter according to their best interest, not the PLAINTIFF, who is the victim.

## CONCLUSION

Taking all the above into account, PLAINTIFF prays that the court grant the movant such relief as requested in this pleading and for any other relief to which she shows herself justly entitled.

Dated this 15th of September, 2023.

Allanna Warren

______________________________

Pro Se Name Allanna Warren

## CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing MOTION TO VACATE AND SET ASIDE THE SEPTEMBER 15, 2023 ORDER to The US District Court Nevada District Clerk for electronic filing at the following email address lv_public_docketing@nvd.uscourts.gov on THE 15TH DAY OF SEPTEMBER, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF

# EXHIBIT 1

# Fw: Re: Claim 13633599

From d1a2n3n4@proton.me <D1A2N3N4@proton.me>

To ellencoop@gmail.com, ellen.cooper@lfg.com, ecooper@lfg.com

Date Friday, December 16th, 2022 at 5:58 PM

Good evening Ellen,

I am new to Lincoln Financial through my company. I have been out of work since 11/15/22. I received a correspondence from Ashley Tilley on 12/8/22 and have been trying to speak to her since then. At that time I left several voice mails to her to contact me back so I can ask questions and understand the process. I never received anything from her. and her voicemail said she would be out until 12/12/22. Then on 12/14/22 she sent me the below questions. I promptly returned the below answers in red. I then tried to call her again to make sure she received this and inquire on next steps and when to expect payment today 12/16/22. I left her a voicemail. Today's voicemail message said she would be out until 12/19/22. I am without income at this time, and receiving this payment is crucial. I am not sure why Ashley is always absent and why her absence is delaying my case. Can you please look into this for me? I have been out of work for a month now. I didn't even hear from her until 12/8/22. Any help is greatly appreciated. Also, when I called today a gentlemen sent her a message to check her email so I can get some help. I am sure you can understand that this is the holidays and prompt payment is needed.

Happy Holidays,
Allanna Warren
Claim #13633599

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: D1A2N3N4 <D1A2N3N4@proton.me>
Date: On Wednesday, December 14th, 2022 at 1:23 PM
Subject: Re: Claim 13633599
To: Tilley, Ashley <Ashley.Tilley@lfg.com>

> Good Afternoon,
>
> I have left a few messages since receiving your first correspondence on 12/8/22. I set up my mylincolnportal account already. My answers are in red.
>
> - ***Last day you physically worked:*** *11/14/22*
> - ***What is your job title?*** *Call Transfer agent*
> - ***What are some of your job duties (ex- Are you walking or standing most of the day? Do you have any lifting or pushing?)*** I market vacation packages to Hilton, Carinal cruise line and Hawaiian airlines customers to get them interested in buying a timeshare with Hilton Grand vacations.

- ***First day symptoms prevented your ability to work (regardless of schedule/work or non-work day):*** 11/14/22
- Can you explain the gap between your last day at work and the date you were tested/first had symptoms?: There was no gap. I couldn't finish my entire work day on 11/14/22 and had to get off work early on 11/14/22 because my symptoms were so bad.
- ***Diagnosis:***
- ***Symptoms that are taking you out of work:*** throwing up, lack of concertation, anxiety, stress, asthma attacks, depression, irritable, nervousness, upset stomach, diarrhea, lack of sleep, lack of focus, headaches and HS breakouts.
- ***Surgery Required/Date:***
- ***Post-Op surgery Date:***
- ***Hospitalization Dates (Admission and Discharge):***
- ***Doctor(s) name, address, phone and fax number:*** *Jesse Conors, 5701 W. Charleston Blvd., Suite 100, Las Vegas NV 89146, phone 70028779514 and Fax 8884984227*
- ***Recent office visit dates:*** *11/18/22, 11/22/22, and I have an upcoming appointment on 12/16/22 with Mr. Conors and a psych eval scheduled on 12/26/22*
- ***If COVID-19, what date were you tested/result of test:*** *N/A*
- ***Date you returned to work/plan to return to work:***
- ***Do you have any other medical conditions that may impact recovery:*** *Alopecia, depression/anxiety, PTSD, HS, Asthma*
- ***Current treatment plan (medications/frequency of visits/next visit etc.):***
- ***If you have a discharge summary, test result or an out of work note, take a picture or screen shot from your patient portal and you may attach it to your email response.***
- ***Please confirm if this is a work related injury and if you have filed workers compensation:*** *This is a work related injury and I have filed a worker's comp claim. It was just denied on 12/6/22. I went to the Concentrua doctor on 11/25/22.*

***Do you have any other employers, part-time/per diem work, unemployment benefits or other income? I have no other income.***

I plan on giving Mr. Conors the authorization that was in your 12/8/22 email. Is this all of the documents you need?

Thanks,