# RE: [EXTERNAL] Re: Re: Action Required: Leave of Absence Recertification Request, (Allanna Warren), (AC-22-416752)

From d1a2n3n4@proton.me <D1A2N3N4@proton.me>

To DisabilityDocuments<DisabilityDocuments@lfg.com>

Date Monday, January 9th, 2023 at 9:34 AM

---

My claim number is 13633599. What documents? You don't have all the documents I and my medical facility sent? What is going on with my claim?

Sent with Proton Mail secure email.

------- Original Message -------
On Monday, January 9th, 2023 at 6:40 AM, DisabilityDocuments <DisabilityDocuments@lfg.com> wrote:

> Hello,
>
> Your email has been received. There is no claim number attached.
>
> Could you please resend the email including your claim number and any attachments so that we can process your documents?
>
> Thank you.
>
> Sincerely,
>
> Linda
>
> **Administrative Claims Support**
>
> **Lincoln Financial Group**
>
> ---
>
> **From:** D1A2N3N4 <D1A2N3N4@proton.me>
> **Sent:** Friday, January 6, 2023 5:52 PM