Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>MOTION TO STAY CASE PENDING RECUSAL QUESTION AND RULING ON PLAINTIFF'S MOTION TO VACATE SEPTEMBER 15, 2023 ORDER |

COMES NOW Plaintiff, ALLANNA WARREN, files her MOTION TO STAY CASE PENDING RECUSAL QUESTION AND RULING ON PLAINTIFF'S MOTION TO VACATE SEPTEMBER 15, 2023 ORDER. This motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

MEMORANDUM OF POINTS & AUTHORITIES

On September 15, 2023, PLAINTIFF received Magistrate Judge Elayna J. Youchah's order. In this order Judge Elayna J. Youchah denied the defendant's motion to stay the case without prejudice. Therefore, PLAINTIFF has authority to motion for a stay in the case pending the decision on PLAINTIFF'S two open motions, a MOTION FOR RECUSAL OF JUDGE

ELAYNA J. YOUCHAH and MOTION TO VACATE THE SEPTEMBER 15, 2023 ORDER. These two motions are pertinent to the future of this matter. Since Judge Elayna J. Youchah has violated Canon 3 against PLAINTIFF, another judge is best suited to continue presiding over this case as it stands. So, having the current magistrate continue to make decisions is counterproductive. Just as magistrate Youchah has not ruled on the Motion to Dismiss, which is also counterproductive, her decisions moving forward will further delay the case. Staying the case will preserve the economy of time and resources for both litigants and the court. PLAINTIFF has successfully motioned for the case against LVMPD to be vacated, and this decision took from February 2023 to May 2023 to be decided. The decision to vacate the 9/15/23 order may take months; this case should not be allowed to move forward until the vacation motion is properly dispositioned. PLAINTIFF has submitted a formal complaint against Judge Youchah. As in the case with Judge Navarro, that complaint should be able to run its course so the US Courts for the 9th circuit Office of the Circuit Executive has had time to evaluate PLAINTIFF'S complaint and potentially make a decision on her complaint. Thus, a stay is warranted in this case pending the rulings and consideration of both open motions.

CONCLUSION

Taking all the above into account, PLAINTIFF prays that the court grant the movant such relief as requested in this pleading and for any other relief to which she shows herself justly entitled.

Dated this 16th of September, 2023.

Allanna Warren

Pro Se Name Allanna Warren

# CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing MOTION TO STAY CASE PENDING RECUSAL QUESTION AND RULING ON PLAINTIFF'S MOTION TO VACATE SEPTEMBER 15, 2023 ORDER to The US District Court Nevada District Clerk for electronic filing at the following email address lv_public_docketing@nvd.uscourts.gov on THE 16TH DAY OF SEPTEMBER, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF