Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>DOCUMENT IN SUPPORT OF PLAINTIFF'S MOTION RECUSE JUDGE YOUCHAH |

COMES NOW Plaintiff, ALLANNA WARREN, files her DOCUMENT IN SUPPORT OF PLAINTIFF'S MOTION RECUSE JUDGE YOUCHAH. This motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

MEMORANDUM OF POINTS & AUTHORITIES

On September 15, 2023, PLAINTIFF filed a motion to recuse Magistrate Judge Elayna J. Youchah's for being biased and prejudiced against PLAINTIFF. This document is to present additional information in support of PLAINTIFF'S motion. Since the threshold of disqualification of a US District Judge is "his impartiality might REASONABLY be questioned," PLAINTIFF will present evidence where a reasonable person would question the impartiality of Judge Youchah. Exhibit 1 is an article titled, *"Whynn whistleblower argues she*

*can't get a fair shake in court."* This is an article about Judge Youchah and it was published on March 11, 2020. In this article it states, "In a petition filed Tuesday, the lawyers raised the issue of the recent appointment of Elayna Youchah as magistrate Judge in the US District Court in Nevada. Youchah has previously been with the law firm Jackson Lewis and was lead counsel for Wynn Las Vegas." The article goes on to say, ""The circumstances and timing of the events surrounding Ms. Youchah's selection raise serious questions regarding the District Court's ability to remain impartial," the petition said." PLAINTIFF is in total agreement, there are serious questions regarding Judge Youchah's ability to be impartial.

The article below gives more insight into the law firms where Judge Youchah has been an attorney. This article was published on November 25, 2021. The title is disturbing enough, "Complaint Accuses Jackson Lewis of Defamation in Report on Alleged Sexual Assault," but the article states, "According to the complaint, Jackson Lewis published two reports on its investigation, repeating allegations made against Egbujo, who "suffered harm to his reputation and career that will negatively affect his ability to earn a salary in the future." A law firm who engages in defamation per se is not only unethical but that is also a violation of the attorney code of conduct.

# Complaint Accuses Jackson Lewis of Defamation in Report on Alleged Sexual Assault

Former Norwalk Hospital medical student

November 05, 2021 at 01:44 PM

2 minute read

News



Michael Marciano
Bureau Chief

---

Jackson Lewis principal and office litigation manager James F. Shea removed a civil rights lawsuit against the firm on Friday to Connecticut District Court. The suit was filed by Thier Law Offices on behalf of Uchechukwu Egbujo, a former medical resident at Norwalk Hospital who was accused of sexually assaulting a fellow resident. Egbujo accuses Jackson Lewis of filing unverified, defamatory statements about him in reports following an investigation conducted by the firm regarding the accusations.

According to the complaint, Jackson Lewis published two reports on its investigation, repeating allegations made against Egbujo, who "suffered harm to his reputation and career that will negatively affect his ability to earn a salary in the future."

Exhibit 2 is from BCG Attorney search website. It highlights reviews about law firms in the US. This article highlights Jackson Lewis P.C. The first words in the review state, “We have heard negative reviews about this law firm from the public and do not trust them.” There are reviews from current and former employees, and they are all terrible. One review’s title includes the words, ‘horrible and unethical’ right in the title. The reviews speak for themselves. Because Judge Youchah worked for an unethical law firm according to current and former employees and the public, it does reflect on judge Youchah. PLAINTIFF has experienced some of Judge Youchah’s horrible and unethical treatment in this case.

Furthermore, Judge Youchah is the magistrate in PLAINTIFF’S other cases as well. She is also the magistrate in case 2:23-cv-01370-CDS-EJY and 2:23-cv-01377-APG-EJY. Judge Youchah’s bias and prejudice will bleed into PLAINTIFF’S other cases and as in the Wynn case, PLAINTIFF WILL NOT get a fair shake. Additionally, magistrate Judge Youchah is also over a newly filed case against LVMPD in a civil rights violation case. Exhibit 3 is a case filed on September 14, 2023. PLAINTIFF also has the same lawsuit against the same defendant. There is a clear conflict of interest on multiple levels with Judge Youchah. The bias and prejudice Judge Youchah hold against PLAINTIFF have manifested itself and PLAINTIFF should not have to endure continued exposure to such blatant bias and prejudice. There are multiple magistrate judges in the US District Court Nevada District and PLAINTIFF hopes the new one is unprejudiced and unbiased.

CONCLUSION

Taking all the above into account, PLAINTIFF has reached and surpassed the threshold that judge Youchah’s impartiality is reasonably questioned. PLAINTIFF “prays that the court

grant the movant such relief as requested in this pleading and for any other relief to which she shows herself justly entitled.

Dated this 17th of September, 2023.

Allanna Warren

Pro Se Name Allanna Warren

CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing DOCUMENT IN SUPPORT OF PLAINTIFF'S MOTION RECUSE JUDGE YOUCHAH to The US District Court Nevada District Clerk for electronic filing at the following email address lv_public_docketing@nvd.uscourts.gov on THE 17TH DAY OF SEPTEMBER, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF