# Jackson Lewis P.C.

← Back to Listing

NOT RECOMMENDED
Read More About the BCG Attorney Search Law Firm Ranking System

We have heard negative reviews about this firm from the public and do not trust them.

Not Recommended law firms may have a history of complaints and negative reviews, possibly making them risky workplaces for associates and other employees. These firms may exhibit toxic work environments marked by a lack of coordination between departments and management, possible political strife, and different problematic dynamics. The management at Not Recommended firms may be unresponsive to concerns about human resources or political issues, leading to high employee dissatisfaction and, in some cases, negative experience. As a result, these firms may be considered undesirable choices for those seeking stable and fulfilling employment in the legal industry. Some law firms ranked Not Recommended or below are done so based on private information possessed by BCG Attorney Search. This information makes us nervous about recommending this firm to others until these issues are corrected.

We have been in this business for 25+ years, have spoken with countless attorneys from this firm, and believe that certain firms (most firms) err on the side of being more positive than negative places to work. There are also firms where the reports from attorneys are more negative than positive and have been for years. This does not mean every attorney has a negative experience at Not Recommended firms, every department is problematical, or every office is. Over time, cultural, management, and other issues result in an overall negative rating. We are careful about making these ratings only when confidential; ongoing adverse reports are confirmed by our experience with the firm and speaking with many attorneys there that seem consistently more negative than positive.

jackson lewis.

363 Metro Rankings

Visit Website

Ranking Methodology

1 Star Rating

4 Reviews | Write Review

Share this on

Overview Practice Area Rankings Salary & Benefits Reviews (4) Write a Review Photos

# Jackson Lewis P.C. Reviews

See reviews for Jackson Lewis P.C. from attorneys and other legal professionals below.

## "I am disappointed with the lack of transparency and communication from this Jackson Lewis P.C., which has led to a significant loss of trust on my part." - Anonymous

**Former Employee** - Reviewed on Apr 07, 2023

**Cons:** 1.0 Former Employee, less than 1 yearDon't recommend as a law clerkLaw Clerk ProsOnly the money, that's itConsWasted time as a law clerk. People take things personal if you don't kiss their rears then want to kick you out

**Current or former employee?:** Former Employee

**Last Year at Employer:** 2021

**Job type:** Full time

Write an Anonymous Review

## "Horrible and unethical houston office" - Anonymous

**Current Employee** - Reviewed on Mar 20, 2023

**Advice to law firm management:** Tons of changes needed to houston personnel. New office manager and get the catty unethical women out. They are ruining the firm

**Pros:** Pay

**Cons:** Highly recommend no one works here. Managing partner lied to my face then several women were all about drama and if you don't give them the attention they want they try and get you out even if you do good work. Horrible place. Both summer associates from this firm were heavily displeased with the office. It felt like high school with the drama and catty women. Managing partner needs to go as well as the catty women. Even partners that I network with who have left this place arent surprised about it.

**Partners to Avoid and Why:** Nearly everybody except a few , mainly the senior partners are good. The new ppl ruined this place

**Current or former employee?:** Current Employee

**Job type:** Full time

Write an Anonymous Review

---

### "Despite my initial hopes, this Jackson Lewis P.C. failed to deliver on their promises and left me feeling skeptical about their ability to meet the needs of their customers." - Anonymous

★☆☆☆☆ **Former Employee** - Reviewed on Mar 14, 2023

**Cons:** 1.0 Current Employeehorrible SF office cultureNov 19, 2022 - Senior Associate in San Francisco, CA Proslots of work, mostly insuranceConsFirm cuts your hours to trim the client bill and it comes off the bottom line of your billables. You will constantly have to ""make up"" time that was cut off your billable hours but you find out about cut time 1-2 months after the fact. You may or may not have good support staff (good luck getting Belinda to be helpful). There is some representation of minorities but the firm does not support D&I in any meaningful way and the so called D&I committee did very little for several years.

**Current or former employee?:** Former Employee

**Last Year at Employer:** 2022

**Job type:** Full time

Write an Anonymous Review

---

### "Jackson Lewis P.C.: An Overview of the San Francisco Office Culture" - Anonymous

★☆☆☆☆ **Former Employee** - Reviewed on Jan 30, 2023

**Pros:** High workload, primarily insurance-based.

**Cons:** Hour reductions to reduce client costs result in reduced billable hours.Lack of timely communication about hour cuts.Inconsistent support from staff.Lack of meaningful diversity and inclusion efforts.

**Current or former employee?:** Former Employee

**Last Year at Employer:** 2022

**Job type:** Full time

Write an Anonymous Review

---


## Want to work at Jackson Lewis P.C.?

The country's best legal placement firm may be able to get you there! Submit your resume to BCG Attorney Search today: CLICK HERE

**Are You an Employer?**
**Please take BCG Attorney Search's Law Firm Salary Survey:** Click Here

All Practice Area

Search Firms

Promote Your Firm with
A BCG Attorney Search
“Top Law Firms” Badge.




Download Now

## There’s only one BCG Attorney Search

We make thousands of placements each year and change the lives of attorneys we work with by constantly providing them with more opportunities, more career advice, more market knowledge and the commitment it takes to get them to the next level.

## Stay Connected

Subscribe to receive access to exclusive resources.

Your@email.com

Subscribe

### Lateral Move Report

Here are the attorney lateral moves and placements for the week of Sep 04, 2023.

2023 State of The Legal Market Report

### About BCG

- About Us
- Our History
- Our Core Values
- BCG Benefits
- Code of Conduct
- Diversity
- Reviews
- News
- Social Feed

### Work With Us

- Submit Resume
- Testimonials
- Legal Placement Professionals
- Work at BCG
- Partner with Us
- Contact Us

### Find a Job

- Attorney Jobs
- Partner Jobs
- Latest Attorney Jobs

### Resources

- Attorney Career Advice
- Employer
- Case Studies
- Law Firm Reviews
- Bar Review Courses
- Practice Area Guides
- Job Opening Research
- Courses
- Inspiration
- Health and Fitness

### Site Info

- Copyright
- Site Map
- Our Sites

BCG Attorney Search Google Android App

BCG Attorney Search Itune App

### Unlock Your Legal Career Potential Access Our Exclusive Contents

Webinars

- Candidate Webinars
- Employer Webinars

Q&A Sessions

Podcasts

© 2023 BCG Attorney Search. All rights reserved. Privacy Policy