JUSTIA

# Looper v. Las Vegas Metropolitan Police Department et al

| |
|---|
| Jacey Looper |
| Las Vegas Metropolitan Police Department and Matthew Harris |
| 2:2023cv01436 |
| September 14, 2023 |
| US District Court for the District of Nevada |
| Jennifer A Dorsey |
| Elayna J Youchah |
| Civil Rights: Other |
| 42 U.S.C. § 1983 Civil Rights Act |
| Plaintiff |

## Docket Report

RSS Track this Docket

This docket was last retrieved on September 14, 2023. A more recent docket listing may be available from PACER.

| Document Text |
|---|
| **Filing 1** COMPLAINT against All Defendants (Filing fee $402 receipt number ANVDC-7427123) by Jacey Looper. Certificate of Interested Parties due by 9/24/2023. Proof of service due by 12/13/2023. (Attachments: #1 Summons to be Issued--LVMPD, #2 Summons to be Issued--Harris, #3 Civil Cover Sheet) (Terry, R.) NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. Modified duplicate text for attachments on 9/14/2023 (CJS). |
| Case randomly assigned to Judge Jennifer A. Dorsey and Magistrate Judge Elayna J. Youchah. (CJS) |

## Access additional case information on PACER

Use the links below to access additional information about this case on the US Court's PACER system. A subscription to PACER is required.

Access this case on the Nevada District Court's Electronic Court Filings (ECF) System

- Search for Party Aliases
- Associated Cases
- Attorneys
- Case File Location
- Case Summary
- Docket Report
- History/Documents
- Parties
- Related Transactions
- Check Status

**Search for this case: Looper v. Las Vegas Metropolitan Police Department et al**

Search News [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ]