Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT |

COMES NOW Plaintiff, ALLANNA WARREN, files her PLAINTIFF'S Motion FOR LEAVE TO AMEND COMPLAINT AND REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT. This motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

MEMORANDUM OF POINTS & AUTHORITIES

On September215, 2023, PLAINTIFF received the defendant's response to PLAINTIFF's motion for default judgement. Throughout the response the ERISA law is continually cited. However, PLAINTIFF has always reiterated that the ERISA law and issues are not the only laws relevant to this case. Therefore, PLAINTIFF is motioning to seek leave to

amend her complaint. As PLAINTIFF has previously mentioned, the small claims system is very informal and the complaint that PLAINTIFF first filed is not proper for this jurisdiction. This federal court is much more formal, and PLAINTIFF should have the chance to elaborate on her small claims complaint to match the federal guidelines. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, it is proper for leave to file a First Amended Complaint. FRCP 15(a)(2) states, "(2) *Other Amendments.* In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." In this case justice requires PLAINTIFF the ability to amend her complaint to meet the federal court's standards and include further details that were not pled in the small claims complaint.

CONCLUSION

Taking all the above into account, PLAINTIFF seeks leave to amend her complaint as justice requires. PLAINTIFF "prays that the court grant the movant such relief as requested in this pleading and for any other relief to which she shows herself justly entitled.

Dated this 27th of September, 2023.

Allanna Warren

Pro Se Name Allanna Warren

CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT to The US District Court Nevada District Clerk for electronic filing at the following email address lv_public_docketing@nvd.uscourts.gov on THE 27TH DAY OF SEPTEMBER, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF