Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT |

COMES NOW Plaintiff, ALLANNA WARREN, files her REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT. This motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

MEMORANDUM OF POINTS & AUTHORITIES

On September 25, 2023, PLAINTIFF received the defendant's opposition to PLAINTIFF Motion for default judgement. First, what is strange about this filing is that the defendant states, "Lincoln had not been served but removed the case to this Court by Notice of Removal filed April 19, 2023." If the defendant was not served, then how did they know about a lawsuit PLAINITFF filed against them? There would be no way that a large company like the defendant would know that

a small claims lawsuit in Nevada was filed against them. How did Lincoln know about the small claims matter without notice? The filing goes on to state, “as Lincoln voluntarily removed the action without waiting for effective service.” The statement that the defendant removed without waiting for effective service is counterintuitive. There must be service in order for a defendant to be notified of a lawsuit. If there was no service upon the defendant, then how and why would they remove this action? Did the sheriff notify the defendant? Is the defendant or their attorney clairvoyant? The defendant spends a great deal of this filing arguing that they were not served but yet removed the action to this federal court. Again, how and why was this case removed if the defendants were not served or notified by someone?

Second, the defendant continually speaks about the removal of this action without proper service in the state court but in turn does not properly serve PLAINTIFF with any of the removal paperwork. The defendant then tries to tell the court that they properly served PLAINTIFF though email when email is not a proper form of service without written consent from the PLAINTIFF. Perhaps the defendant was trying to retaliate against PLAINTIFF. Since the defendant claims they were not served properly, they in turn did not serve PLAINTIFF properly. As has been discussed previously and proven many times, PLAINTIFF was not properly served with any documents concerning the removal of this case from the small claims court. The defendants cannot prove any proper service to the date of this pleading. The defendants used an address where PLAINTIFF did not receive mail and all the defendant emails were sent to PLAINTIFF’S SPAM folder without PLAINTIFF even seeing the emails. Hence, why email is not a form of proper service in the state of Nevada, without written consent. PLAINTIFF did not provide this court with written consent until long after this case was removed in April 2023.

## CONCLUSION

Taking all the above into account, there is no way the defendants could have known about this case without service or notification from some source. It does not make sense that a company the size of Lincoln Financial Group, would know about a small claims case in Nevada. PLAINTIFF believes the defendant should tell the court how they were notified of the case. The opposition spends six pages hammering the point that PLAINTIFF did not serve them properly, but never states how they were informed about a case that was filed in Nevada by PLAINTIFF. The defendants also never speak to the fact that they did not serve PLAINTIFF properly when this case was removed. Accordingly, PLAINTIFF opposes denying her motion for default judgment, opposes the defendant's motion to dismiss and opposes awarding Lincoln's attorney fees or costs. PLAINTIFF "prays that the court grant the movant such relief as requested in this pleading and for any other relief to which she shows herself justly entitled.

Dated this 2nd of October, 2023.

Allanna Warren

Pro Se Name Allanna Warren

## CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT to The US District Court Nevada District Clerk for electronic filing on THE 2ND DAY OF OCTOBER, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF