Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP.<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>DOCUMENT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT |

COMES NOW Plaintiff, ALLANNA WARREN, files her DOCUMENT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT. This motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

MEMORANDUM OF POINTS & AUTHORITIES

On October 2, 2023, PLAINTIFF filed her reply to defendant's opposition to PLAINTIFF'S motion for default judgement. This document's purpose is to provide additional information to support PLAINTIFF'S opposition to the denial of PLAINTIFF'S request for a default judgment as well as support PLAINTIFF'S motion for default judgement. PLAINTIFF tried numerous times to receive answers to her inquires and request for a response from Lincoln

Financial Group, including the CEO Ellen Cooper, before she chose to seek legal intervention. Exhibit 1 is an email addressed to Ellen Cooper and Lincoln general counsel, Craig Beazer. PLAINTIFF made a point to emphasize that she tried several times to communicate with management and upper management about the discrimination she faced at the hands of Lincoln employees and the involvement of law enforcement, particularly LVMPD, in her civil matter. PLAINTIFF was ignored at every turn and in this exhibit, she continually asked not to be ignored. PLAINTIFF was ignored when she electronically served the defendant and was ignored when the 21days or FRCP 12 was violated. PLAINTIFF electronically served the defendant on March 22, 2023. However, this service was ignored until the case was removed to this court on April 19, 2023. Accordingly, when the defendant was electronically served with the state small-claims case on 3/22/23, the 21 days to respond to PLAINTIFF'S service was not responded to until April 19, 2023. However, the 21 days to respond was exceeded, as 21 days from March 22, 2023, was April 12, 2023. As the defendant has written in their opposition, they removed the case on April 19, 2023. April 19, 2023 was another 7 days past the 21 days spelled out in FRCP 12. Therefore, Plaintiff is due the default judgment as a matter of law.

## CONCLUSION

Taking all the above into account, PLAINTIFF is due a default judgment. PLAINTIFF prays that the court grant the movant such relief as requested in this pleading and for any other relief to which she shows herself justly entitled.

Dated this 4th of October, 2023.

Allanna Warren

Pro Se Name Allanna Warren

CERTIFICATE OF SERVICE

I hereby certify that I sent the DOCUMENT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT to The US District Court Nevada District Clerk for electronic filing at the following email address lv_public_docketing@nvd.uscourts.gov on THE 4TH DAY OF OCTOBER, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF