# RE: Re: [EXTERNAL] Re: Re: Action Required: Leave of Absence Recertification Request, (Allanna Warren), (AC-22-416752)


From d1a2n3n4@proton.me <D1A2N3N4@proton.me>

To Iran Watson<Iran.Watson@hgv.com>, At Your Service<AtYourService@hgv.com>, Gina De Sousa<Gina.DeSousa@hgv.com>, Accommodation Requests<Leaves.Accommodations@hgv.com>, Alison Girard<Alison.Girard@hgv.com>, Amanda Mohen<amanda.mohen@hgv.com>, Moncada, Fatima<Fatima.Moncada@hgv.com>, HGVBENEFITS@HGV.COM, HGVTimeSaver@hgv.com, Alexes O'Neal<aoneal@admin.nv.gov>, Shanna Munson<smunson@admin.nv.gov>, Monica Medina<mmedina@admin.nv.gov>, KATHY AVILA<KATHY.AVILA@EEOC.GOV>, DisabilityDocuments<DisabilityDocuments@lfg.com>, LFGCommunications_D53<LFGCommunications_D53@lfg.com>

CC ellen.cooper@lfg.com, ellencoop@gmail.com, craig.beazer@lfg.com, Tilley, Ashley<Ashley.Tilley@lfg.com>, isabella.lombardi@lfg.com, julie.donald@lfg.com


Date Wednesday, March 8th, 2023 at 4:04 PM

---

Good Afternoon,

Can anyone update me about the status of my worker's comp case? I had a "hearing" on 2/23/23. In that hearing I was told a decision would be out shortly after it was revealed that the Nevada Worker's comp department gave my evidence to the lawyer for Hilton Grand vacation as well as Sedgwick but did not follow department procedures and provide me with the 18 pages of documents submitted by the defendants in my case.

Could I please get an update on the status of my claim? I asked earlier today (3/8/23) about my Short Term disability status from Lincoln Financial group and was ignored. Can someone please get back to me and not ignore my questions? It seems like the discrimination, racism and disparate treatment from Hilton grand vacation has snaked itself out to the Nevada department of Worker's comp and Lincoln Financial Group.

I hope someone gets back to me soon!

Allanna Warren

Sent with [Proton Mail](#) secure email.

------- Original Message -------
On Wednesday, March 8th, 2023 at 9:06 AM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:

> Hi,
>
> Do you know when I will receive the decision from Lincoln Fianacial about the status of my appeal?
>
> Thanks,
> Allanna Warren