# RE: Re: [EXTERNAL] Re: Re: Action Required: Leave of Absence Recertification Request, (Allanna Warren), (AC-22-416752)

From d1a2n3n4@proton.me <D1A2N3N4@proton.me>

To Iran Watson <Iran.Watson@hgv.com>, giorgio.castaldo@hgv.com, Nicholas Lupu <nicholas.lupu@hgv.com>

CC At Your Service <AtYourService@hgv.com>, Gina De Sousa <Gina.DeSousa@hgv.com>, Accommodation Requests <Leaves.Accommodations@hgv.com>, Alison Girard <Alison.Girard@hgv.com>, Amanda Mohen <amanda.mohen@hgv.com>, Shanna Munson <smunson@admin.nv.gov>, Moncada, Fatima <Fatima.Moncada@hgv.com>, HGVBENEFITS@HGV.COM, HGVTimeSaver@hgv.com, Monica Medina <mmedina@admin.nv.gov>, KATHY AVILA <KATHY.AVILA@EEOC.GOV>, DisabilityDocuments <DisabilityDocuments@lfg.com>, LFGCommunications_D53 <LFGCommunications_D53@lfg.com>, ellen.cooper@lfg.com, ellencoop@gmail.com, craig.beazer@lfg.com, Tilley, Ashley <Ashley.Tilley@lfg.com>, isabella.lombardi@lfg.com, julie.donald@lfg.com

Date Wednesday, March 22nd, 2023 at 11:23 PM

---

Hi,

Lincoln Financial Group consider this as formal and legal service.

Have a wonderful evening!

Allanna Warren

Sent with Proton Mail secure email.

------- Original Message -------
On Tuesday, March 14th, 2023 at 11:34 AM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:

> Hi Iran,
>
> It is easier for me to communicate through email.
>
> Thanks,
> Allanna Warren
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Monday, March 13th, 2023 at 3:55 PM, D1A2N3N4 <D1A2N3N4@proton.me> wrote:
>
>> Good Afternoon,