**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** **Nevada**

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 2:23-cv-00601-GMN-EJY

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: /2023

Date of judgment or order you are appealing: 10/17/2023

Docket entry number of judgment or order you are appealing: 71

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes ◉ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

The Lincoln National Life

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

7380 S. Eastern Ave., Suite 124127

City: Las Vegas State: NV Zip Code: 89123

Prisoner Inmate or A Number (if applicable):

**Signature** **Date** 10/21/2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Allanna Warren

Name(s) of counsel (if any):

Address: 7380 S. Eastern Ave., Suite 124127,Las Vegas, NV 89123

Telephone number(s): (323) 8076739

Email(s): d1a2n3n4@proton.me

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ◉ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

The Lincoln National Life

Name(s) of counsel (if any):

Iwana Rademaekers

Address: 17304 Preston Road, Suite 800, Dallas, TX 75252

Telephone number(s): 214.579. 9319

Email(s): iwana@rademaekerslaw.com

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

The Lincoln National Life

Name(s) of counsel (if any):

Georlan Spangler

Address: 2620 Regatta Drive, Suite 102, Las Vegas, NV 89128

Telephone number(s): 702.381.5830

Email(s): spanglerlaw@outlook.com

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*