Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

**Admitted *Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALLANNA WARREN,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Defendant.

Case No. 2:23-cv-00601

**DEFENDANT'S NOTICE REGARDING PLAINTIFF'S MOTION FOR STRIKING 79 MOTION TO DISMISS [77] AMENDED COMPLAINT**

Defendant The Lincoln National Life Insurance Company ("Defendant") files this Notice Regarding Plaintiff's Motion for Striking 79 Motion to Dismiss [77] Amended Complaint, and states as follows:

Defendant filed its Motion to Dismiss (Dkt 79) on December 1, 2023, and Plaintiff filed her Motion to Strike (Dkt 80) on December 3, 2023. As such, Defendant's response to Plaintiff's Motion to Strike would be due December 17, 2023. However, after the Court entered a Minute Order (Dkt 81) on December 4, 2023, setting deadlines for responses and

replies to Defendant's Motion to Dismiss, Plaintiff then filed a Notice of Appeal as to the order setting deadlines for responses and replies to Defendant's Motion to Dismiss.

Accordingly, it is Defendant's position that Plaintiff's Appeal serves to stay all current deadlines in this case until such time as the Appeal process has been completed. Further, to the extent that Plaintiff's appeal does not serve to stay all deadlines in this action, it is Defendant's position that all deadlines triggered by the filing of Plaintiff's Motion to Strike (Dkt 79), would be stayed at this time, as this motion directly relates to the Motion to Dismiss which is the subject of the Order setting response and reply deadlines which is the subject of the Notice of Appeal.

Alternatively, to the extent that the filing of Plaintiff's Appeal does not stay any deadlines related to Plaintiff's Motion to Strike, Defendant respectfully requests a stay of its response deadline until such time as the disposition of Plaintiff's appeal has been completed.

Dated this 15th day of December 2023.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
**Admitted *Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

**- And -**

LAW OFFICE OF GEORLEN K. SPANGLER

By: /s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128

*Attorneys for Defendant*

I hereby certify that on the 15th day of December 2023, I electronically transmitted the foregoing, **DEFENDANT'S NOTICE REGARDING PLAINTIFF'S MOTION FOR STRIKING 79 MOTION TO DISMISS [77] AMENDED COMPLAINT** to the clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Allana Warren
Email: D1A2N3N4@proton.me

/s/ *Iwana Rademaekers*
Iwana Rademaekers