Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP, Craig Beazer, Ellen Cooper, Ashley Tilley, Isabella Lombardi, Julie Donald, Lincoln Financial Employee DOE (1-50),<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>PLAINTIFF'S CLARIFICATION FOR APPEAL |

COMES NOW Plaintiff, ALLANNA WARREN, files her PLAINTIFF'S CLARIFICATION FOR APPEAL. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

**MEMORANDUM OF POINTS & AUTHORITIES**

On December 15, 2023, PLAINTIFF received the Notice filed by the defendant. PLAINTIFF wanted to clarify her reasoning for filing an appeal. Judge Navarro has a pattern of discriminatory and biased decisions when it comes to PLAINTIFF. Judge Navarro has shown this bias and prejudice since presiding over the LVMPD case beginning in January 2023. Judge

Navarro had to vacate her biased dismissal of the case but waited several months to reverse herself. With this in mind, the fact that Judge Navarro bypassed making a decision about the HIPAA/PHI violation by Lincoln Financial Group after they released an unredacted copy of PLAINTIFF'S medical information was unethical. To be honest, PLAINTIFF has not been treated fairly or ethically at any point in the legal process. The interlocutory appeal is justifiably in the US Court of Appeals 9th Circuit court to be decided.

CONCLUSION

PLAINTIFF concludes with her explanation as stated above. Furthermore, in the Chambers v. NASCO, Inc. case, the Court upheld the imposition of monetary sanctions against a litigant and his attorney for bad-faith litigation conduct in a diversity case. Some of the conduct was covered by a federal statute and several sanction provisions of the Federal Rules of Civil Procedure, but some was not, and the Court held that, absent a showing that Congress had intended to limit the courts, they could use their inherent powers to impose sanctions for the entire course of conduct, including shifting attorneys' fees, which is ordinarily against the common-law American rule. Thus, PLAINTIFF is seeking additional damages for the privacy violation of federal law by the defendant and sanctions against the defendant and their attorneys, as were imposed in the Chambers v. NASCO, Inc. for LFG'S bad faith treatment of PLAINTIFF and the releasing of her protected health information. PLAINTIFF prays for any and all damages set forth in the law.

Dated this 15th day of December , 2023.

Allanna Warren

Pro Se Name Allanna Warren

CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing PLAINTIFF'S CLARIFICATION FOR APPEAL to The US District Court Nevada District on THE 15TH DAY OF DECEMBER, 2023.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF