UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al.,<br><br>Defendants - Appellees. | No. 23-3948<br><br>D.C. No.<br>2:23-cv-00601-GMN-EJY<br>District of Nevada, Las Vegas<br><br>ORDER |

Before: RAWLINSON, BYBEE, and HURWITZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291. Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**