Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN FIANACIAL GROUP, Craig Beazer, Ellen Cooper, Ashley Tilley, Isabella Lombardi, Julie Donald, Lincoln Financial Employee DOE (1-50),<br><br>Defendant. | Case No.: 2:23-cv-00601-GMN-EJY<br><br>REQEUST FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S DECEMVER 22, 2023 REPLY |

COMES NOW Plaintiff, ALLANNA WARREN, files her REQEUST FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S DECEMVER 22, 2023 REPLY. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

**MEMORANDUM OF POINTS & AUTHORITIES**

On December 22, 2023, PLAINTIFF received the Response to ECF 80. PLAINTIFF is out of town on holiday travel and will be unavailable until after February 23, 2024. PLAINTIFF'S internet access will be sparse if at all. PLAINTIFF is therefore requesting

additional time to respond to ECF 80. As of the filing of this pleading, PLAINTIFF'S response is due December 29, 2023, which is not enough time.

CONCLUSION

Accordingly, PLAINTIFF requests additional time to respond to ECF 89. As this is the holiday season, and PLAINTIFF is out of town for holiday travel, PLAINTIFF requests additional time to submit a thoughtful reply.

Dated this 22nd day of December , 2023.

Allanna Warren

Pro Se Name Allanna Warren

CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing REQEUST FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S DECEMVER 22, 2023 REPLY to The US District Court Nevada District on THE 22 ND DAY OF DECEMBER, 2023.

I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF