UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLANNA WARREN,<br>Plaintiff,<br>v.<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | Case No. 2:23-cv-00601-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Additional Time to Respond to Defendant's December 2023 Reply. ECF No. 90. Plaintiff states she will be out of town on holiday travel and will be unavailable until after February 23, 2024. *Id.* She further states she will have sparce access to internet. *Id*.

While the Court is sympathetic to holiday travel, Plaintiff's request would delay the due date for her reply in support of her Motion to Strike Defendant's Motion to Dismiss by more than two months. Such a long delay prejudices Defendant's right to a speedy resolution of this matter.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Additional Time to Respond to Defendant's December 2023 Reply (ECF No. 90) is DENIED without prejudice. Plaintiff may, *after conferring with Defense Counsel*, submit a revised motion seeking a reasonable extension of time to file re reply.

Dated this 23rd day of December, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE