UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLANNA WARREN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:23-cv-00601-GMN-EJY<br><br>**ORDER** |

　　Pending before the Court is Plaintiff's second application to proceed *in forma pauperis* before the Ninth Circuit Court of Appeals. ECF No. 94. As explained to Plaintiff in the Court's Order dated November 6, 2023, Plaintiff has filed her application in the wrong court. Plaintiff is again directed to the instructions for filing her application before the Ninth Circuit Court of Appeals. It is in that Court that Plaintiff must seek approval of her requested *in forma pauperis* status.

　　Accordingly, Plaintiff's second application to proceed *in forma pauperis* (ECF No 94) is DENIED without prejudice to allow Plaintiff to re-file her application before the Ninth Circuit Court of Appeals.

　　Dated this 31st day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE