UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ALLANNA WARREN,

Plaintiff - Appellant,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al.;

Defendants - Appellees.

No. 23-3948

D.C. No.
2:23-cv-00601-GMN-EJY
District of Nevada,
Las Vegas

MANDATE

The judgment of this Court, entered December 18, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT