Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, ET AL.,<br><br>Defendant. | Case No.: 2:23-CV-00601<br><br>MOTION TO COMPEL DEFENDANT TO FOLLOW LR 7 |

COMES NOW Plaintiff, ALLANNA WARREN, files her MOTION TO COMPEL DEFENDANT TO FOLLOW LR 7. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

MEMORANDUM OF POINTS & AUTHORITIES

Since the inception of this case the defendant has not followed the following rules/law of practice:

## LR 7 - Motions Practice

**(*See* Fed. R. Civ. P. 7)**

### LR 7-1 Motions Practice - Generally

#### (a) Certification Requirements

1. Except for motions for temporary restraining orders, the first paragraph of every motion must certify that:
    1. In compliance with this Rule, the parties made a good faith effort through personal or telephone conferences to resolve the dispute and have been unable to do so; or
    2. The opposing party willfully refused to confer; or
    3. The moving party or opposing party is a prisoner not represented by counsel.
2. When conferring about a dispositive motion, the parties must discuss each claim, defense, or issue that is the subject of the proposed motion.
3. The Court may deny any motion that fails to meet this certification requirement.
4. A party filing a motion should state "UNOPPOSED" in the caption if the other parties to the action do not oppose the motion.

| Practice Tips |
|---|
| **1.** The certification requirements of LR 7-1 are broader than those established in Fed. R. Civ. P. 37(a)(1), which deals only with moti compel discovery. |
| **2.** In cases in which one or more parties are proceeding *pro se*, counsel should document a good faith effort to consult with the unrepresented party. The Court will determine compliance with LR 7-1 on a case by case basis. (*See* LR 55-1) |
| **3.** If a motion is to be based on the inadequacy of the evidence, the parties should discuss the inadequacy of the evidence in detail. |

At no time, up to the date of this filing, has PLAINTIFF received a 'good faith effort through personal or telephone conferences to resolve the dispute. As a matter of fact, PLAINTIFF has received nothing but vitriol and negativity from the defendant and their lawyer. PLAINTIFF tried to seek help from the defendant and reached out to the CEO, Ellen Cooper. PLAINTIFF received no contact back to try to address her concern nor try to resolve the issues before a lawsuit was filed. Racism was expressed from the beginning. The US District Court, Nevada District court's clerks, judges, security staff have gone out of their way to treat PLAINTIFF with hatred, disdain and a confrontational tone from day one. When PLAINTIFF visited the court house located at 333 Las Vegas Blvd., Las Vegas, NV she is met with the security staff treating her like a domestic terrorist. This is because LVMPD has put her and her elderly mother on a watchlist in retaliation. As PLAINTIFF has explained in her complaint, LVMPD is involved in this case and all of PLAINTIFF'S other civil matters. Other law enforcement agencies throughout Nevada have conspired to try to destroy PLAINTIFF. The laws, rules and procedures for court have been ignored and all of PLAINTIFF'S motions are denied, even without citing laws for the denial. No judicial officer has cited this rule/law, however, or has made the defendant follow it. Therefore, PLAINTIFF is motioning the court to follow the cited law/rule and compel the defendant to do the same. Mr. Dissinger has all of PLAINTIFF's contact information and can communicate with her to make a 'good faith effort' to resolve this issue.


Nest


Nest

CONCLUSION

For the reasons set forth above, PLAINTIFF would humbly motion the court to follow the rule/law stated above and compel the defendant to follow it as well.

Submitted on this 13th date of February, 2024

Allanna Warren

Pro Se Name Allanna Warren

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I sent the foregoing MOTION TO COMPELL DEFENDANT TO FOLLOW LR 7 to The US District Court Nevada District Clerk for electronic filing at the following email address lv_public_docketing@nvd.uscourts.gov on THE 13TH DAY OF FEBURARY.2024.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

<u>Allanna Warren</u>
PLAINTIFF