UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ALLANNA WARREN,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

Case No. 2:23-cv-00601-GMN-EJY

**ORDER**

Pending before the Court is Plaintiff's Motion to Compel Defendant to Follow LR 7. ECF No. 103. Plaintiff claims that Defendant and Defendant's counsel have not followed the requirements for local rules of practice because she has "received nothing but vitriol and negativity" from them. *Id.* at 3. Plaintiff further avers that she tried to visit the Court in person, but she was stopped by Court security. *Id.* Plaintiff requests the Court and Defendant follow local rules. *Id.* at 5.

The purpose of a Motion to Compel is to address failures to make disclosures or cooperate in discovery, not to address the concerns Plaintiff indicates. Fed. R. Civ. P. 37. Further, the local rule Plaintiff cites is not a Local Rules of Practice for the United States District Court for the District of Nevada.

While parties and their counsel must always be cordial and professional, the Court has nothing before it that supports a contrary conclusion. With respect to whether Plaintiff is able to access the courthouse, again, the Court does not have evidence that she was wrongly turned away. Court security is left to the U.S. Marshal Service and the Court Security Officers on whom we all depend upon. The undersigned does not manage or supervise these professionals.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Defendant to Follow LR 7 (ECF No. 103) is DENIED.

Dated this 13th day of February, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE