Allanna Warren
9620 S. Las Vegas Blvd., Suite E461
Las Vegas, NV 89123
d1a2n3n4@proton.me
(323) 807-6739

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, ET AL.,<br><br>Defendant. | Case No.: 2:23-CV-00601<br><br>NOTICE THAT THE DEFENDANT IS VIOLATING THE LOCAL RULES THAT GOVERN THE US DISTRICT COURT NEVADA DISTRICT |

COMES NOW Plaintiff, ALLANNA WARREN, files her NOTICE THAT THE DEFENDANT IS VIOLATING THE LOCAL RULES THAT GOVERN THE US DISTRICT COURT NEVADA DISTRICT. This Motion is made and based upon all papers, pleadings, and records on file herein, the attached Memorandum of Points and Authorities, and any oral argument allowed at a hearing on this matter.

MEMORANDUM OF POINTS & AUTHORITIES

Since the inception of this case the defendant has not followed the following rules/law of practice. Specifically, the local rules detailed below:

LR IA 1-3. DEFINITIONS

(f) Meet and Confer. Whenever used in these rules, to "meet and confer" means to communicate directly and discuss in good faith the issues required under the particular rule or court order. This requirement is reciprocal and applies to all participants. Unless these rules or a court order provide otherwise, this requirement may only be satisfied through direct dialogue and discussion in a face-to-face meeting, telephone conference, or video conference. The exchange of written, electronic, or voice-mail communications does not satisfy this requirement.

The rule goes on to state:

(3) In addition to any sanction available under the Federal Rules of Civil Procedure, statutes, or case law, the court may impose appropriate sanctions under LR IA 11-8 for a party's failure to comply with the meet and-confer requirement.

Additionally,

LPR 1-21. GOOD FAITH PARTICIPATION A failure to make a good-faith effort to provide disclosures, narrow the instances of disputed claim-construction terms, reduce the number of claims and prior art references asserted, participate in the meet-and-confer process, or comply with any other obligations under these rules may

At no time, up to the date of this filing, has PLAINTIFF received a 'good faith effort through personal or telephone conferences to 'meet and confer'. As a matter of fact, PLAINTIFF has received nothing but vitriol and negativity from the defendant and their lawyer. PLAINTIFF tried to seek help from the defendant and reached out to management. PLAINTIFF received no contact back to try to address her concern nor try to resolve the issues before a lawsuit was filed. Racism was expressed from the beginning. The US District Court, Nevada District court's clerks, judges, security staff have gone out of their way to treat PLAINTIFF with hatred, disdain and a confrontational tone from day one. When PLAINTIFF visited the court house located at 333 Las Vegas Blvd., Las Vegas, NV she is met with the security staff treating her like a domestic terrorist. This is because LVMPD has put her and her elderly mother on a watchlist in

retaliation. As PLAINTIFF has explained in her complaint, LVMPD is involved in this case and all of PLAINTIFF'S other civil matters. Other law enforcement agencies throughout Nevada have conspired to try to destroy PLAINTIFF. The laws, rules and procedures for court have been ignored and all of PLAINTIFF'S motions are denied, even without citing laws for the denial. No judicial officer has cited this rule/law, however, or has made the defendant follow it. Therefore, PLAINTIFF is motioning the court to follow the cited law/rule and compel the defendant to do the same. The defendant's lawyers have all of PLAINTIFF's contact information and can communicate with her to make a 'good faith effort' to meet and confer pursuant to the local rules stated above.






CONCLUSION

For the reasons set forth above, PLAINTIFF would humbly motion the court to follow the rule/law stated above and compel the defendant to follow it as well.

Submitted on this 13th date of February, 2024

Allanna Warren

Pro Se Name Allanna Warren

CERTIFICATE OF SERVICE

I hereby certify that I sent the foregoing NOTICE THAT THE DEFENDANT IS VIOLATING THE LOCAL RULES THAT GOVERN THE US DISTRICT COURT NEVADA DISTRICT to The US District Court Nevada District Clerk for electronic filing at the following email address lv_public_docketing@nvd.uscourts.gov on THE 13TH DAY OF FEBURARY.2024.

■ I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by CM/ECF system.

Allanna Warren
PLAINTIFF