UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 4 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ALLANNA WARREN,

Plaintiff - Appellant,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al.,

Defendants - Appellees.

No. 23-4443

D.C. No.
2:23-cv-00601-GMN-EJY
District of Nevada,
Las Vegas

ORDER

Before: CLIFTON, CALLAHAN, and H.A. THOMAS, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *In re San Vicente Med. Partners Ltd.*, 865 F.2d 1128, 1131 (9th Cir. 1989) (order) (magistrate judge order not final or appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

No further filings will be entertained in this appeal.

**DISMISSED.**