Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

MAY 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-2849 |
| Originating Case Number: | 2:23-cv-00601-GMN-EJY |
| Short Title: | Warren v. The Lincoln National Life Insurance Company, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The $605 docketing fee remains due.** Failure to correct this deficiency within 14 days will result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the district court or the tax court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 24-2849 |
| Originating Case Number: | 2:23-cv-00601-GMN-EJY |
| Case Title: | Warren v. The Lincoln National Life Insurance Company, et al. |

**Wednesday, June 12, 2024**

| | |
|---|---|
| Allanna Warren | Appeal Opening Brief (No Transcript Due) |

**Friday, July 12, 2024**

| | |
|---|---|
| The Lincoln National Life Insurance Company | Appeal Answering Brief (No Transcript Due) |
| Craig Beazer | Appeal Answering Brief (No Transcript Due) |
| Ellen Cooper | Appeal Answering Brief (No Transcript Due) |
| Ashley Tilley | Appeal Answering Brief (No Transcript Due) |
| Isabella Lombardi | Appeal Answering Brief (No Transcript Due) |
| Julie Donald | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**