UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ALLANNA WARREN,

Plaintiff - Appellant,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al.,

Defendants - Appellees.

No. 24-2849

D.C. No.
2:23-cv-00601-GMN-EJY
District of Nevada,
Las Vegas

ORDER

Before: CANBY, TASHIMA, and KOH, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc) (dismissal of complaint with leave to amend is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

No further filings will be entertained in this appeal.

**DISMISSED.**