AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Allanna Warren

Plaintiff,

v.

The Lincoln National Life Insurance Company, et al

Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00601-GMN-EJY

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of Defendants The Lincoln National Life Insurance Company, Craig Beazer, Ellen Cooper, Ashley Tilley, Isabella Lombardi and Julie Donald and against Plaintiff Allanna Warren. This action is dismissed prejudice.

6/21/2024
Date

DEBRA K. KEMPI
Clerk

/s/ M. Moran
Deputy Clerk