UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALLANNA WARREN,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant - Appellee. | No. 24-3953<br><br>D.C. No.<br>2:23-cv-00601-GMN-EJY<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: W. FLETCHER, BERZON, and RAWLINSON, Circuit Judges.

Upon a review of the record and the responses to the court's August 13, 2024 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 4), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DISMISSED**.